## *TABLE OF CONTENTS*

1. **Employee Updates (Chronological order)**
   a. Acknowledgements (Handbook / Policy)
   b. Oath of Office / Statement of Elected/Appointed Office
   c. Personnel Adjustment Request (PAR)
   d. Texas Commission On Law Enforcement (TCOLE) notifications

2. **Acknowledgements (Chronological order)**
   a. Annual Job Performance
   b. Awards / Certificates (for job well done)
   c. Job Based Harassment Questionnaire
   d. Positive Emails / Memorandums

3. **Discipline (Chronological order)**
   a. Administrative Action Committee Findings (AACF)
   b. Administrative Action Report (AAR)
   c. Employee Conference Record (ECR)
   d. Negative Emails / Memorandums
   e. Sick Abuse Letters / Notifications

4. **Miscellaneous Items (Chronological order)**
   a. Certificates / Transcripts
   b. Medical Records
   c. TCOLE Application

In between Sections 4 and 5 will be ***DRUG TEST(s)*** in Chronological Order

5. **Application**
   a. Background information provided by Recruiting
   b. Legal Request (Chronological order)

   **\*\*Note for *Legal Request*:** *When making copies for legal request, if a copy is made of a page, do not make it part of the personnel folder, destroy it upon completion.*

## TCOLE information once filed here is now located at the Training Office in a separate brown folder

Benson 000001
CONFIDENTIAL

7736
GCSO Employee ID #



# HENRY TROCHESSET
### Sheriff
## Galveston County

I ___Edward  Bermudez  Jr___ , ___[redacted]___ ,

**(Employee - Full Printed Name)**          **(TCLEOSE PID or SSN)**

the undersigned do hereby attest that I have **received** and **will read** the following updates to the Galveston County Sheriff's Office Policy Manual:

GC.05      Career Path
GC.12      Employee Alcohol and Drug Testing
GC.20      Shift Differential
GC.27      Communication with Hearing Disabled
GC.29      Attendance
GC.124     Social Media
GC.125     Distracted Driving

_____          1/4/2017

**(Employee - Full Signature)**          **Date**

Benson 000002
CONFIDENTIAL

*1736*



# OATH OF OFFICE

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

I, _Edward Bernandez Jr_ , do solemnly swear (or affirm), that I will faithfully execute the duties of the office of **DEPUTY SHERIFF, GALVESTON COUNTY** of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____ #1736

Officer's Signature

State of **TEXAS**,
County of **GALVESTON**

Sworn to and subscribed before me this _21st_ day of _December, 2016_ .

(seal)

> MEGAN R. DOLATO
> Notary Public, State of Texas
> My Commission Expires
> MARCH 14, 2018

_____
Signature of Notary Public or Other Officer Administering Oath

_Megan Dolato_
Printed or Typed Name

Benson 000003
CONFIDENTIAL

# FILED AND RECORDED

Instrument Number:     *2017002274*

Recording Fee: 0.00

Number Of Pages:       2

Filing and Recording Date: 01/10/2017 4:53PM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.

**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*

Benson 000004
CONFIDENTIAL

7736



## STATEMENT OF ELECTED/APPOINTED OFFICER

I, _Edwin Berriner Jr_____, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

*UNDER PENALITIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.*

12/21/2016
_____
Date

_____
Officer's Signature

Position to Which Elected/Appointed: Deputy Sheriff          City and/or County: Galveston

MEGAN R. DOLATO
Notary Public, State of Texas
My Commission Expires
MARCH 14, 2018

# FILED AND RECORDED

Instrument Number:      *2017002275*

Recording Fee: 0.00

Number Of Pages:      2

Filing and Recording Date: 01/10/2017 4:53PM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.

**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*

Benson 000006
CONFIDENTIAL

7736

# **Job Based Harassment Questionnaire**

1.  Do you understand GC.15 - Harassment and Discrimination policy?        (Yes)   No

2.  Do you have any questions about this policy?                           Yes   (No)

3.  Do you know how to file a complaint should you ever have a problem
    with harassment, or if you see inappropriate behaviors at work?       (Yes)   No

4.  Are you aware of any behaviors either in or outside the workplace that
    are inconsistent with this policy?                                    Yes   (No)

_____          12/21/2016
Employee Signature                        Date

_____          12/21/16
Supervisor Signature                      Date

Benson 000007
CONFIDENTIAL



7736
GCSO Employee ID #



# HENRY TROCHESSET
## Sheriff
### Galveston County

5 / 8 / 2015
Date

I ___Edward Benavidez Jr___, ___392046___,
**(Employee - Full Printed Name)**     **(TCLEOSE PID or SSN)**

the undersigned do hereby attest that I have received a copy of the following:

GC.10 Employee Drug Testing

I further understand and agree that receipt of this document constitutes a responsibility on my part to read its contents and comply with the rules and regulations described herein.

**(Employee - Full Signature)**

KEVIN KIM
**(Witness - Full Printed Name)**

**(Witness - Full Signature)**

Benson 000008
CONFIDENTIAL

7736



## STATEMENT OF ELECTED/APPOINTED OFFICER

I, _Edward Benavidez_ , do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

*UNDER PENALITIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.*

_1/4/13_
Date

_W Jnr_
Officer's Signature

Position to Which Elected/Appointed: <u>Deputy Sheriff</u>          City and/or County: <u>Galveston</u>

JENNIFER ANN OLVERA
MY COMMISSION EXPIRES
July 14, 2013

Benson 000009
CONFIDENTIAL



# OATH OF OFFICE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

I, _Edward Benavidez_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of **DEPUTY SHERIFF, GALVESTON COUNTY** of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Officer's Signature

State of **TEXAS**,
County of **GALVESTON**

Sworn to and subscribed before me this _3ʳᵈ_ day of _January_, _2013_.
        (seal)

_____
Signature of Notary Public or Other Officer Administering Oath

JENNIFER ANN OLVERA
MY COMMISSION EXPIRES
July 14, 2013

_Jennifer Olvera_____
Printed or Typed Name

Benson 000010
CONFIDENTIAL

7736



## STATEMENT OF ELECTED/APPOINTED OFFICER

I, _Edward Benavens_ _____, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

*UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.*

_12/28/12_
Date

_Wburm_
Officer's Signature

Position to Which Elected/Appointed: Deputy Sheriff          City and/or County: Galveston

BONNIE JEAN WITTMAN
Notary Public
STATE OF TEXAS
My Comm. Exp. Jan. 21, 2014

Benson 000011
CONFIDENTIAL





Galveston County Human Resources Policy Manual

APPENDIX B

EMPLOYEE AT WILL ACKNOWLEDGMENT FORM

**Employee Acknowledgement**

I, ( print name) Edward Benavidez Jr , an Employee of Galveston County acknowledge:

1.  I have been given a copy of the County's Human Resources Employee handbook and have been provided with access to the Human Resources Policy Manual posted on the County's website at www.co.galveston.tx.us. There is a paper copy of the HR Manual in the Employee's respective Department's office and Human Resources Department. I may review the HR Manual at any time and request a copy. I have had an opportunity to review the Employee Handbook and have had the opportunity to discuss it with the Human Resources Department, and have read and understand it.

2.  I am an Employee AT WILL, whose employment may be terminated for any reason, with or without cause, with or without notice.

3.  The Employee Handbook I have been given is not a contract for my employment but is a general guide for information purposes only.

4.  I am not guaranteed by contract or otherwise, any term or condition of employment even after successful completion of the introductory period.

5.  Employee Compensation and any or all Benefits, such as Vacation, Sick Time, Holidays, Medical or other benefits, are subject to change and do not create a specific right, contract, term or condition of employment.

Edward Benavidez Jr
_____
**Employee PRINT NAME**

10/5/2012
_____
DATE

_____
**EMPLOYEE SIGNATURE**

_____
DATE

_____
HUMAN RESOURCES DEPARTMENT

10-10-12
_____
DATE

_____
DEPARTMENT HEAD SIGNATURE

**INSTRUCTIONS**

1.  Employee and Department Head must sign immediately upon hire.

2.  ORIGINAL copy to Human Resources Department for Employee file.

141

Benson 000012
CONFIDENTIAL

Galveston County Employee Handbook

## HANDBOOK RECEIPT & ACKNOWLEDGEMENT

I have received a copy of the Galveston County Employee Handbook.  I have read the handbook, understand it, and agree to follow it during my employment with the County.

I acknowledge that the County reserves the right to change, revise, or delete the plans, policies, benefits, and procedures described in this handbook at any time the County determines such a change is necessary or desirable.

I acknowledge that this handbook is not a contract of employment. Nothing contained in this handbook or in any other statement of company policy, including statements made in the course of employment, will be taken as constituting an express or implied promise of continued employment.

I understand and agree that my employment can be terminated at will, so that both the County and I remain free to choose to end our work relationship at any time for any reason.

I understand that this handbook is the property of Galveston County  and must be returned to the County upon termination of employment.

Employee Signature _____ Date _10/5/12_
Employee Name (Printed) _Edward Benavides Jr_ Date _10/5/12_
Human Resources/ Witness Signature _____ Date _____

**County Copy for Human Resources Employee File**

March 2012

22

Benson 000013
CONFIDENTIAL

# Texas Commission On Law Enforcement
## Personal Status Report

| Name | TCOLE ID (P ID) | STATUS |
|---|---|---|
| EDDIE S. BENAVIDEZ JR. | 392044 | |

| Citizen | Race | Gender | Federal ID | State ID |
|---|---|---|---|---|
| Yes | Hispanic | Male | | |

## Education Information

| Institution | Hours | Education |
|---|---|---|
| | 0 | High School |
| Galveston College | 81 | College Credits |
| Total Hours | 81 | |
| Total Training Hours | 1620 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer (Full Time) | GALVESTON CO. SHERIFF'S OFFICE | Peace Officer License | 1/25/2012 | | 7 years, 4 months |
| Jailer | GALVESTON CO. SHERIFF'S OFFICE | Jailer License | 10/10/2011 | | 7 years, 7 months |
| Jailer (Full Time) | GALVESTON CO. SHERIFF'S OFFICE | Temporary Jailer License | 9/19/2011 | 10/10/2011 | 0 years, 1 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 7 years, 8 months |
| Peace Officer | 7 years, 4 months |
| Total officer time | 7 years, 4 months |

*Page Number:* 1

Benson 000014
CONFIDENTIAL

# Tex   Commission On Law Enfo   cement
## Personal Status Report

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Temporary Jailer License | License | | |
| | | Granted | 9/19/2011 |
| | | Expired - replaced by permanent license | 10/10/2011 |
| Jailer License | License | | |
| | | Granted | 10/10/2011 |
| Peace Officer License | License | | |
| | | Granted | 1/25/2012 |
| Basic Jailer | Certificate | | |
| | | Certification Issued | 1/17/2013 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 3/19/2017 |
| Intermediate Jailer Proficiency | Certificate | | |
| | | Certification Issued | 4/9/2019 |
| Advanced Jailer Proficiency | Certificate | | |
| | | Certification Issued | 4/9/2019 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 10/7/2011 | Galveston Co. Sheriff's Academy | Basic County Jail Course |
| Completed | 10/6/2011 | Galveston Co. Sheriff's Academy | Basic County Jail Course |
| Completed | 5/10/2011 | Galveston College LEA | Basic Peace Officer |

## Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2110 | Spanish for Law Enforcement Distance (Intermed.) | 3/19/2019 | 28 | OSS Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3277 | Identity Theft | 3/19/2019 | 3 | OSS Academy | Identity Theft (Intermediate) |
| 3502 | Inmate Rights and Privileges (Intermediate) | 3/19/2019 | 16 | OSS Academy | Inmate Rights and Responsibilities (Intermediate) |
| 4067 | Trauma affected Veterans | 8/23/2018 | 24 | Galveston Co. Sheriff's Academy | |
| 1849 | De-escalation Tech (SB 1849) | 8/10/2018 | 8 | Combined Law Enforcement Asso. of Texas | De-escalation Tech (SB 1849) |

Benson 000015
CONFIDENTIAL

## Tex    Commission On Law Enfo    ement
### Personal Status Report

### Courses Completed

**09/01/2017 - 08/31/2019 ***

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 355 | Annual Firearms Qualification 1701.355 | 7/27/2018 | 0 | Galveston Co. Sheriff's Academy | |
| 3845 | CPR | 3/7/2018 | 2 | Galveston Co. Sheriff's Academy | |
| | | **Unit Hours** | 81 | | |

**09/01/2015 - 09/30/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2106 | Crime Scene Investigation (Intermediate) | 7/21/2017 | 40 | Galveston Co. Sheriff's Academy | Crime Scene Investigation (Intermediate) |
| 355 | Annual Firearms Qualification 1701.355 | 7/14/2017 | 0 | Galveston Co. Sheriff's Academy | |
| 7887 | Interacting with drivers deaf or hard of hearing | 5/15/2017 | 4 | Galveston Co. Sheriff's Academy | Interacting with drivers deaf or hard of hearing (Intermediate) |
| 3843 | CIT-Update | 4/4/2017 | 8 | Galveston Co. Sheriff's Academy | Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 2009-09 |
| 3232 | Special Investigative Topics | 4/1/2017 | 8 | OSS Academy | Special Investigative Topics (Intermediate) |
| 4068 | Child Safety Check Alert List (Intermediate/Advanc | 3/27/2017 | 1 | OSS Academy | Child Safety Check Alert List (Advance) Child Safety Check Alert List (Intermediate) |
| 3384 | 84th Legislative Session Legal Update (TCOLE Onlin | 3/23/2017 | 4 | TCOLE Online | 84th Session State and Federal Law Update |
| 3270 | Human Trafficking | 3/18/2017 | 4 | TCOLE Online | Human Trafficking |
| 394 | Cultural Diversity Web with Exercises | 3/12/2017 | 8 | TCOLE Online | Cultural Diversity (Intermediate) |
| 4065 | Canine Encounters (Intermediate/Advance) | 3/3/2017 | 8 | Texas City Police Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 10/28/2015 | 16 | Texas City Police Academy | Arrest, Search, and Seizure (Intermediate) |
| | | **Unit Hours** | 101 | | |

Benson 000016
CONFIDENTIAL

# Tex   Commission On Law Enfo_ement
## Personal Status Report

### Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 66094 | FEMA Intro ICS Law Enf (FEMA IS-100LEb) | 6/25/2015 | 3 | GALVESTON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 66201 | FEMA ICS Single Res/Initial Incident (FEMA IS-200b | 6/25/2015 | 3 | GALVESTON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 66800 | FEMA National Resp Plan Intro (FEMA IS-800b) | 6/25/2015 | 3 | GALVESTON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 66700 | FEMA National ICS (FEMA IS-700a) | 6/25/2015 | 3 | GALVESTON CO. SHERIFF'S OFFICE (Training Rosters) | |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 5/22/2015 | 24 | Texas City Police Academy | Child Abuse Prevention and Investigation (Intermediate) |
| 3275 | Missing and Exploited Children | 5/11/2015 | 4 | Galveston Co. Sheriff's Academy | Missing and Exploited Children (Advance) Missing and Exploited Children (Intermediate) |
| 3383 | 83rd Legislative Session Legal Update (TCOLE Onlin | 5/6/2015 | 3 | TCOLE Online | 83rd Session State and Federal Law Update |
| 3845 | CPR | 6/20/2014 | 2 | Galveston Co. Sheriff's Academy | |
| | | **Unit Hours** | 45 | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2049 | Report Writing - general | 6/26/2013 | 16 | Galveston Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 6/26/2013 | 4 | Galveston Co. Sheriff's Academy | |
| 3182 | 82nd Legislative Session Legal Update | 6/1/2013 | 2 | Galveston Co. Sheriff's Academy | 82nd Session State and Federal Law Update |
| 2045 | Patrol Procedures | 5/17/2013 | 20 | Galveston Co. Sheriff's Academy | |
| 3722 | Peace Officer Field Training | 4/17/2013 | 1 | Galveston Co. Sheriff's Academy | Peace Officer Field Training |
| 2055 | Firearms | 3/20/2013 | 2 | Galveston Co. Sheriff's Academy | |
| 3700 | Management/Supervision | 8/1/2012 | 1 | Tarrant Co. College District Training Center Po | |
| 3504 | Use of Force in a Jail Setting (Intermediate) | 6/14/2012 | 16 | Galveston Co. Sheriff's Academy | Use of Force in a Jail Setting (Intermediate) |

Benson 000017
CONFIDENTIAL

## Texas Commission On Law Enforcement
### Personal Status Report

### Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2045 | Patrol Procedures | 5/18/2012 | 20 | Galveston Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 2/2/2012 | 8 | Galveston Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3501 | Suicide Detection and Prevention in Jails (Inter) | 1/26/2012 | 16 | Galveston Co. Sheriff's Academy | Suicide Detection and Prevention in Jails (Intermediate) |
| 3721 | County Correction Officer Field Training | 11/4/2011 | 120 | Galveston Co. Sheriff's Academy | County Correction Officer Field Training |
| 3503 | Interpersonal Communications Corr. Setting (Inter) | 10/28/2011 | 16 | Galveston Co. Sheriff's Academy | Interpersonal Communications Corr. Setting (Intermediate) |
| 3841 | Crisis Intervention Training | 10/21/2011 | 16 | Galveston Co. Sheriff's Academy | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18 Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 Peace Officer Intermediate Options 2009-09 |
| 3182 | 82nd Legislative Session Legal Update | 10/13/2011 | 2 | Galveston Co. Sheriff's Academy | 82nd Session State and Federal Law Update |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 10/13/2011 | 0 | Galveston Co. Sheriff's Academy | Personnel Orientation |
| 1007 | Basic County Jail Course | 10/7/2011 | 112 | Galveston Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3500 | Jail | 10/7/2011 | 8 | Galveston Co. Sheriff's Academy | |
| 1007 | Basic County Jail Course | 10/6/2011 | 120 | Galveston Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | 500 | | |

5/20/2019

Benson 000018
CONFIDENTIAL

# Texas Commission On Law Enforcement
## Personal Status Report

## Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 5/10/2011 | 624 | Galveston College LEA | Crisis Intervention Training (Mandate) Cultural Diversity (Mandate) S.F.S.T. NHTSA 24hour Practitioner Special Investigative Topic (Mandate) State and Federal Law Update |
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 3/1/2011 | 0 | Galveston College LEA | |
| 3842 | CIT(16hr)-BPOC | 10/11/2010 | 0 | Galveston College LEA | Crisis Intervention Training (AdvPOC) issued prior to 4-1-18 Crisis Intervention Training (Intermediate) issued prior to 4-1-18 Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 Peace Officer Intermediate Options 2009-09 |

|  | | |
|---|---|---|
| **Unit Hours** | 624 | |
| **Total Hours** | 1351 | |

## Total Hours

| | | |
|---|---|---|
| **TotalTraining Hours From Education** | 1620 | |
| **Total Course Hours** | 1351 | |
| **Total Hours** | 2971 | |

*Courses submitted between 09/01/2017 and 09/30/2017 will be credited to the 2015-2017 and 2017-2019 training unit, but will only count once toward total training hours.

5/20/2019

*Page Number:* 6

Benson 000019
CONFIDENTIAL

7736

## REQUEST FOR PERSONNEL ACTION

**Edward Benavidez**
Name of Applicant

Address

~~(redacted)~~
Social Security Number

TYPE OF ACTION

**Career Ladder Increase**
Appointment, Promotion, Transfer, Reassignment, etc.

**09/19/2012**
Effective Date of Action
(MM/DD/YYYY)

### CURRENT

| Psn# | Grade | Budgeted Title | |
|------|-------|----------------|---|
| **2111330080** | **12D** | **Corrections - Entry** | $ ~~____~~ $ Bi-Weekly / Hourly |

Remarks

### REQUESTED

| Psn# | Grade | Budgeted Title | |
|------|-------|----------------|---|
| **2111330080** | **13D** | **Corrections - Deputy I** | $ ~~____~~ $ Bi-Weekly / Hourly |

Remarks

Use **"Current"** and **"Requested"** if individual is presently employed by the County. Use **"Requested"** ONLY, if the individual is a **NEW** employee. If position is not listed in County Budget, please contact the Human Resources Dept.

**Sheriff**
Title (Print or Type)

_Freddie (signature)_
Elected Official/Department Head Signature

### DEPARTMENTAL BUDGET INFORMATION

**1101 211133 5100000**
IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

Calendar Code: **80** Employee Type: **FTBE**

If position is Grant funded, specify Type: _____

In Accordance to FLSA regarding overtime, is position:

Exempt ☐ Non-Exempt ☒

Is position: FT ☒ HT ☐ PT ☐

Is position benefit eligible?: Yes ☒ No ☐

Is position eligible for a car allowance?: Yes ☐ No ☒

Is position eligible for a longevity contribution?: Yes ☒ No ☐

### DEPARTMENTAL EMPLOYEE CLASSIFICATION INFORMATION

Emergency Preparedness Tier Level: 1 ☒ 2 ☐ 3 ☐ 4 ☐

Does position require a Commericial Driver's License? Yes ☐ No ☒

Is position classified as a Safety Impact position? Yes ☐ No ☒

### FOR HUMAN RESOURCES DEPARTMENT USE

Human Resources Director _____ Annual Budget ☐ Budget Amendment _____

ORIGINAL - Human Resources • Department: KEEP COPY FOR YOUR FILES

Benson 000020
CONFIDENTIAL

7736



# FREDDIE POOR
## Sheriff
### Galveston County

This is to certify that  Edward Benavidez Jr

SS#/PID#

Has received a program of instruction as required by the Texas Occupations Code, Chapter 1701, Section 402 and Commission Rule 221.3 on federal and state statutes related to employment issues affecting peace officers, county jailers, and others employed by the Galveston County Sheriff's Office, including:

_____✓_____ civil service;

_____✓_____ compensation, including overtime compensation and vacation time;

_____✓_____ personnel files and other employee records;

_____✓_____ management-employee relations in law enforcement organizations;

_____✓_____ work related injuries;

_____✓_____ complaints and investigations of employee misconduct; and

_____✓_____ disciplinary actions and the appeal of disciplinary actions.

Program of instruction presented by:

_____LT. _____          ____10-13-11____

                                         Date

*To Protect and Serve*

601 54TH STREET   •   SUITE 2100   •   GALVESTON, TEXAS  77551-4248   •   PHONE: 409-766-2302

Benson 000021
CONFIDENTIAL

## APPENDIX B

## EMPLOYEE AT WILL ACKNOWLEDGMENT FORM

**Employee Acknowledgement**

    I, ( print name) _Edward Benavidez Jr_____, an Employee of Galveston County acknowledge:

1.    I have been given a copy of the County's Human Resources Policy Manual, have had an opportunity to discuss it with the Human Resources Department, and have read and understand it.

2.    I am an Employee AT WILL, whose employment may be terminated for a specified good cause, no cause or bad cause and with or without notice.

3.    The Policy Manual I have been given is not a contract for my employment but is a general guide for information purposes only.

4.    I am not guaranteed by contract or otherwise, any term or condition of employment even after successful completion of the introductory period.

                                                                    _Edward Benavidez Jr_____

                                                                     **Employee PRINT NAME**

_10/12/2011_

**DATE**                                                      **Employee SIGNATURE**

_10/17/2011_

**DATE**                                                  **DEPARTMENT HEAD SIGNATURE**

**INSTRUCTIONS**

1.    Employee and Department Head must sign within two weeks of Employee's employment.

2.    Return original copy to Human Resources Department.

07.25.08

Benson 000022
CONFIDENTIAL

## *ACKNOWLEDGEMENT*

I, Edward Benavidez Jr _____, an employee of Galveston County,
                          (Print Name)
acknowledge that I have been given a copy of the Galveston County Emergency Preparedness & Operations
Policy. I have read and understand its contents and have had the opportunity to discuss it with my
Elected/Appointed Official or Department Head/Supervisor.

I understand that under this policy, my position will be classified as Tier 1, Tier 2, Tier 3, or Tier 4. I also
understand that if my position is classified as Tier 1 or Tier 2, I may **not** be eligible for evacuation.

I agree to comply with this policy. I understand that any violation of this policy may result in disciplinary
action up to and including termination.

_____          10/12/2011
Employee Signature                        Date

_____          _____
Supervisor Signature                      Date

_____          10/17/2011
Department Head Signature                 Date

Instructions:
7.  Please return original signed form to the Human Resources Department for placement in Employee Personnel File
8.  Copy to Employee
9.  Copy for Departmental File                                                    Appendix 3

Benson 000023
CONFIDENTIAL

## REQUEST FOR PERSONNEL ACTION

**Edward Benavidez**

Name of Applicant

TYPE OF ACTION

Address

**Transfer**

Appointment, Promotion, Transfer, Reassignment, etc.

Social Security Number

**10/07/2011**

Effective Date of Action
(MM/DD/YYYY)

### CURRENT

| Psn# | Grade | Budgeted Title | $ | $ |
|------|-------|----------------|---|---|
| 2111430054 | exempt | **Part-time Deputy** | Bi-Weekly | Hourly |

Remarks

### REQUESTED

| Psn# | Grade | Budgeted Title | $ | $ |
|------|-------|----------------|---|---|
| 2111330145 | 12D | **Corrections - Entry** | Bi-Weekly | Hourly |

Remarks

Use **"Current"** and **"Requested"** if individual is presently employed by the County. Use **"Requested" ONLY**, if the individual is a **NEW** employee. If position is not listed in County Budget, please contact the Human Resources Dept.

**Sheriff**

Title (Print or Type)

Elected Official/Department Head Signature

### DEPARTMENTAL BUDGET INFORMATION

1101 211133 5100000

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

In Accordance to FLSA regarding overtime, is position:

Exempt ☐    Non-Exempt ☒

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

Is position: FT ☒  HT ☐  PT ☐

Is position benefit eligible?:  Yes ☒   No ☐

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

Is position eligible for a car allowance?  Yes ☐  No ☒

Calendar Code: ___ **80** ___    Employee Type: **FTBE**

If position is Grant funded, specify Type: _____

Is position eligible for a longevity contribution?:  Yes ☒  No ☐

### DEPARTMENTAL EMPLOYEE CLASSIFICATION INFORMATION

Emergency Preparedness Tier Level:   1 ☒   2 ☐   3 ☐   4 ☐

Does position require a Commericial Driver's License?  Yes ☐  No ☒

Is position classified as a Safety Impact position?  Yes ☐  No ☒

### FOR HUMAN RESOURCES DEPARTMENT USE

Human Resources Director _____    Annual Budget ☐    Budget Amendment _____

ORIGINAL - Human Resources • Department: KEEP COPY FOR YOUR FILES

Benson 000024
CONFIDENTIAL

## REQUEST FOR PERSONNEL ACTION

**Edward Benavidez**

Name of Applicant

TYPE OF ACTION

Address

**Transfer**
Appointment, Promotion, Transfer, Reassignment, etc.

**10/06/2011**

Social Security Number

Effective Date of Action
(MM/DD/YYYY)

### CURRENT

| Psn# | Grade | Budgeted Title | $ | $ |
|------|-------|----------------|---|---|
| 2111430054 | exempt | **Part-time Deputy** | Bi-Weekly | Hourly |

Remarks

### REQUESTED

| Psn# | Grade | Budgeted Title | $ | $ |
|------|-------|----------------|---|---|
| 2111330080 | 12D | **Corrections - Entry** | Bi-Weekly | Hourly |

Remarks

Use **"Current"** and **"Requested"** if individual is presently employed by the County. Use **"Requested" ONLY**, if the individual is a **NEW** employee. If position is not listed in County Budget, please contact the Human Resources Dept.

**Sheriff**

Title (Print or Type)

Elected Official/Department Head Signature

### DEPARTMENTAL BUDGET INFORMATION

**1101 211133 5100000**

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

Calendar Code: **80** Employee Type: **FTBE**

If position is Grant funded, specify Type: _____

In Accordance to FLSA regarding overtime, is position:

Exempt ☐    Non-Exempt ☒

Is position: FT ☒   HT ☐   PT ☐

Is position benefit eligible?:  Yes ☒   No ☐

Is position eligible for a car allowance?:  Yes ☐   No ☒

Is position eligible for a longevity contribution?:  Yes ☒   No ☐

### DEPARTMENTAL EMPLOYEE CLASSIFICATION INFORMATION

Emergency Preparedness Tier Level:   1 ☒   2 ☐   3 ☐   4 ☐

Does position require a Commericial Driver's License?   Yes ☐   No ☒

Is position classified as a Safety Impact position?   Yes ☐   No ☒

### FOR HUMAN RESOURCES DEPARTMENT USE

Human Resources Director _____    Annual Budget ☐    Budget Amendment _____

ORIGINAL - Human Resources • Department: KEEP COPY FOR YOUR FILES

Benson 000025
CONFIDENTIAL

## EMERGENCY PREPAREDNESS
### EMPLOYEE CLASSIFICATION & INFORMATION FORM

Name: Benavidez Jr          Edward          Steven
　　　　Last　　　　　　　　　First　　　　　　　Middle

Department: Sheriff                    Date of Employment: 10-6-11
Division:                              Social Security No.:
Job Title: Corrections entry          Position No.: 80

Home Phone:                           Alternate Phone:
Cellular Phone:                       Pager No:

Home Address / City, State / Zip Code:
Alternate Address:

### JOB CLASSIFICATION

Tier 1　**ESSENTIAL** -- Employee with specific responsibilities who remain in the County on the job or at a designated location during an emergency.

Tier 2　**RESERVE ESSENTIAL** -- Employees who report to or remain on the job as instructed preceding an emergency for the preparatory phase and are subject to being re-designated as needed by their department.

Tier 3　**RE-ENTRY ESSENTIAL** -- Employees who must return to supplement or relieve Tier 1 or Tier 2 employees when roads are accessible.

Tier 4　**NON-ESSENTIAL** – Employees whose presence is not essential in carrying out the Emergency Plan, but who cannot leave their positions until released by their supervisor and must return to work as usual under normal operations after emergency status has ended.

***THIS JOB CLASSIFICATION IS A PART OF THE JOB DESCRIPTION.***

Employee Signature          Supervisor Signature          Department Head Signature

10/12/2011                                                10/17/2011
Date                        Date                          Date

Instructions:
1.　Please return original signed form to the Human Resources Department for placement in Employee Personnel File
2.　Copy to Employee
3.　Copy for Departmental File                                    Appendix 1

Benson 000026
CONFIDENTIAL

## REQUEST FOR PERSONNEL ACTION

**Edward Steven Benavidez**
Name of Applicant

**1810 Bayou Homes Drive**
Address

**Galveston, TX**

~~ ~~
Social Security Number

TYPE OF ACTION

**Appointment**
Appointment, Promotion, Transfer, Reassignment, etc.

**09/19/2011**
Effective Date of Action
(MM/DD/YYYY)

### CURRENT

| Psn# | Grade | Budgeted Title | $ _____ Bi-Weekly | $ _____ Hourly |
|------|-------|----------------|---------|--------|
|      |       |                |         |        |

Remarks

### REQUESTED

| Psn# | Grade | Budgeted Title | $ _____ Bi-Weekly | $ _____ Hourly |
|------|-------|----------------|---------|--------|
| 2111430054 |  | **Part-time Deputy** |  |  |

Remarks **Assigned duties in the jail.**

Use **"Current"** and **"Requested"** if individual is presently employed by the County. Use **"Requested"** ONLY, if the individual is a NEW employee. If position is not listed in County Budget, please contact the Human Resources Dept.

**Sheriff**
Title (Print or Type)

Elected Official/Department Head Signature

### DEPARTMENTAL BUDGET INFORMATION

**1101 211143 5100000**
IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

_____
IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

_____
IFAS ACCOUNT # (Fund, Cost Center, Object, etc.)

Calendar Code: **20**  Employee Type: **PTNS**

If position is Grant funded, specify Type: _____

In Accordance to FLSA regarding overtime, is position:

Exempt [ ]  Non-Exempt [X]

Is position: FT [ ]  HT [ ]  PT [X]

Is position benefit eligible?: Yes [ ]  No [X]

Is position eligible for a car allowance?: Yes [ ]  No [X]

Is position eligible for a longevity contribution?: Yes [ ]  No [X]

### DEPARTMENTAL EMPLOYEE CLASSIFICATION INFORMATION

Emergency Preparedness Tier Level:  1 [X]  2 [ ]  3 [ ]  4 [ ]

Does position require a Commercial Driver's License?  Yes [ ]  No [X]

Is position classified as a Safety Impact position?  Yes [ ]  No [X]

### FOR HUMAN RESOURCES DEPARTMENT USE

Human Resources Director _____  Annual Budget [ ]  Budget Amendment _____

ORIGINAL - Human Resources • Department: KEEP COPY FOR YOUR FILES

Benson 000027
CONFIDENTIAL

**VINCENT RUSCELLI, Ph.D.**
Clinical Psychology
16815 Royal Crest
Houston, Texas  77058
281-338-1382

Galveston County Sheriff's Department
601 54th Street, Suite 1113
Galveston, Texas 77551

Attn:  Sergeant Vic Maceo

Applicant:  *Edward Benavidz*

Date Tested:  *9/12/2011*

Otis Gamma, Form EM   Test Results:  *103*

Comments:  *average intelligence*


*Vincent Ruscelli, PhD*
Vincent Ruscelli, Ph.D.



## Job Description Certification

I certify that I have read and understand the attached job description for the position of

Corrections - Entry and it is an accurate description of my work.
Job Title

| | | |
|---|---|---|
| _Edward Penman_ | Edward S Benavidez Jr | 09/07/2011 |
| Employee's Signature | Print Name | Date |

I certify that I have read and understand the attached job description for the above position of

Corrections - Entry and it is an accurate description of this employee's work.
Job Title

| | | |
|---|---|---|
| _T. Barr_ | T. BARR | 9.7.11 |
| Supervisor's Signature | Print Name | Date |

Benson 000029
CONFIDENTIAL



## OATH OF OFFICE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

I, _Edward Steven Benavidez Jr_____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of **DEPUTY SHERIFF, GALVESTON COUNTY** of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Officer's Signature

State of **TEXAS**,
County of **GALVESTON**

Sworn to and subscribed before me this __7th__ day of __September__, __2011__.
    (seal)

_____
Signature of Notary Public or Other Officer Administering Oath

JENNIFER ANN OLVERA
MY COMMISSION EXPIRES
July 14, 2013

_Jennifer Olvera_____
Printed or Typed Name

Benson 000030
CONFIDENTIAL



## GALVESTON COUNTY SHERIFF'S OFFICE
### GALVESTON COUNTY, TEXAS

DATE: 09/07/2011

I understand that by accepting this offer of employment, I agree to serve a one year probationary period. I further understand that my employer may at any time during that period dismiss me from my position for "failure to successfully complete probationary employment".

**SIGNATURE**

Edward Steven Benavidez Jr

**PRINT NAME**

**WITNESS**

Benson 000031
CONFIDENTIAL



## STATEMENT OF ELECTED/APPOINTED OFFICER

I, _Edward Steven Benavidez Jr_____, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

*UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.*

_09/07/2011_

Date

_Edward Ben_____

Officer's Signature

Position to Which Elected/Appointed: <u>Deputy Sheriff</u>            City and/or County:  <u>Galveston</u>

Benson 000032
CONFIDENTIAL

| Employee: | Benavidez, Edward | Employee # | 7736 |
| Supervisor: | Sgt. Victor Tobar | Employee # | 8024 |

Type of Appraisal:   Annual

| Sheriff Office Values | Level of Performance | COMMENTS |
|---|---|---|
| Service | 4 | Always willing to work and completed any assigned tasked to him |
| Honesty | 3 | Deputy is always honest with his peers, the inmates and supervisors. |
| Embrace Diversity | 3 | |
| Respect | 3 | Deputy is always respectful to everyone. |
| Integrity | 3 | Deputy has not conducted himself in a way that would question his integrity |
| Firm Commitment | 3 | |
| Full Accountability | 3 | |

| Professionalism | | |
|---|---|---|
| Appearance / Grooming | 3 | Deputy always has uniforms clean and pressed. |
| Professionalism / Demeanor | 4 | Deputy adapts to working station and remains consistant in all areas. |
| Judgment: Decision - Making / Common Sense | 3 | |
| Non-Stressful Situations | 3 | |
| Stressful Situations | 3 | |
| Policies & Procedures | 3 | |

| Dependability | | |
|---|---|---|
| Attendance | 4 | Deputy has called in once in the reporting year. |
| Observance of duty hours / tardiness | 4 | Deputy is always on time for shift briefing. Only has 1x tardy this year. |
| Proper notification to Supervisor | 3 | Deputy always notifies a supervisor when needed. |

| Productivity | | |
|---|---|---|
| Quality of Work | 5 | Deputy has not received one ECR in the reporting year. |
| Motivation / Commitment | 3 | Deputy is always willing to mentor new deputies. |
| Security Consciousness | 3 | |

Benson 000033
CONFIDENTIAL

| | | |
|---|---|---|
| Safety Awareness | 3 | |
| Self-initiated Activities | 4 | Deputy consistantly performs his duties without reminder |

**Written Communication**

| | | |
|---|---|---|
| Report Writing / Form Proficiency | 4 | Reports provide complete and accurate information. |
| Computer Skills | 3 | |
| Correspondence Skills | 3 | |

**Interpersonal Communication**

| | | |
|---|---|---|
| Coordination with staff | 3 | |
| Rapport with peers / subordinates / supervisors | 3 | Deputy has a good rapport with his peers and supervisors. |
| Raport with inmates / public / client | 3 | |
| Radio / Telephone communication skills | 3 | |
| Response to training / cooperation | 4 | Deputy accepts constructive criticism and is always looking to improve |

**Basic Job Skills - Corrections Deputy**

| | | |
|---|---|---|
| Facilty / Shift Operating Procedures | 3 | |
| Counts / Post Visuals / Securing inmates into and releasing from cells | 3 | Conducts PHC in a timely manner and withotu mistakes |
| Inmate and unit management / inmate rules and regulations | 4 | Deputy always enforces the rules and regulations in the housing areas. |
| Inmate movement / receiving / releasing inmates | 3 | |
| Use of restraints / use of force / Physical control of inmates | 3 | |

| Raw Score | Percentage |
|---|---|
| 112 | 0.66 |

Benson 000034
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|----------|----------|
|          | Deputy comes to work consistantly , never complaining, always ready to work and assist in every capacity. |
|          | Deputy is eager to assist deputies in need of assistance with reports or questions they may have. |
|          |          |

Employee Goals for the next reporting Period.

Advance my career at the Galveston County Sheriff's office by becoming a supervisor.

Career Counseling by Supervisor.

Deputy Benavidez is always willing to mentor new deputies and completes any assigned tasks without complaint.

I certify I have read and understand the appraisal, and my supervisor has discussed it with me.  Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor.  If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments:

Signature of Employee _____  ID# 7736  Date 7/18/2020

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signiture of Supervisor  Sgt. Tabar / Sgt. Miranda  ID# 8024/8035  Date 7/18/20
Chain of Command Review
Lieutenant _____ Captain _____  Major _____

Copy of appraisal issued to employee by _____ on _____

Benson 000035
CONFIDENTIAL

# Job Based Harassment Questionnaire



1. Do you understand GC.15 - Harassment and Discrimination policy?        (Yes)   No

2. Do you have any questions about this policy?        Yes    (No)

3. Do you know how to file a complaint should you ever have a problem
   with harassment, or if you see inappropriate behaviors at work?        (Yes)   (No)

4. Are you aware of any behaviors either in or outside the workplace that
   are inconsistent with this policy?        Yes    (No)

_____        7/18/2020
Employee Signature                          Date

Sgt. Tobar #8024        7/18/20
Supervisor Signature                        Date

Benson 000036
CONFIDENTIAL

| Employee: | Edward Benavides | Employee # | 7736 |
|---|---|---|---|
| Supervisor: | Sgt. Daryn Hinze | Employee # | 7610 |

Type of Appraisal: Annual ▼

| Sheriff Office Values | Level of Performance | COMMENTS |
|---|---|---|
| Service | 3 | |
| Honesty | 4 | Deputy is always honest about incidents and giving information. |
| Embrace Diversity | 3 | |
| Respect | 3 | |
| Integrity | 4 | Deputy follows through on all commitments. |
| Firm Commitment | 3 | |
| Full Accountability | 3 | |

**Professionalism**

| | | |
|---|---|---|
| Appearance / Grooming | 4 | Uniform is always pressed and is well groomed. |
| Professionalism / Demeanor | 4 | Deputy has a very good attitude towards others and his work. |
| Judgment: Decision - Making / Common Sense | 3 | |
| Non-Stressful Situations | 4 | Does well with day to day oprerations in the corrections setting. |
| Stressful Situations | 3 | |
| Policies & Procedures | 3 | |

**Dependability**

| | | |
|---|---|---|
| Attendance | 4 | Deputy has only taken two sick days in the last calender year. |
| Observance of duty hours / tardiness | 4 | Deputy shows up for work and is rarely tardy. |
| Proper notification to Supervisor | 3 | |

**Productivity**

| | | |
|---|---|---|
| Quality of Work | 3 | |
| Motivation / Commitment | 3 | |
| Security Consciousness | 3 | |

Benson 000037
CONFIDENTIAL

| | | |
|---|---|---|
| Safety Awareness | 3 | |
| Self-initiated Activities | 4 | Deputy is a self starter and very attentive to his resposibilities |

### Written Communication

| | |
|---|---|
| Report Writing / Form Proficiency | 3 |
| Computer Skills | 3 |
| Correspondence Skills | 3 |

### Interpersonal Communication

| | | |
|---|---|---|
| Coordination with staff | 3 | |
| Rapport with peers / subordinates / supervisors | 4 | Deputy has a good rapport with his peers and supervisors. |
| Raport with inmates / public / client | 3 | |
| Radio / Telephone communication skills | 3 | |
| Response to training / cooperation | 3 | |

### Basic Job Skills - Corrections Deputy

| | | |
|---|---|---|
| Facilty / Shift Operating Procedures | 3 | |
| Counts / Post Visuals / Securing inmates into and releasing from cells | 3 | |
| Inamte and unit management / inmate rules and regulations | 4 | Deputy always enforces the rules and regulations in the housing areas. |
| Inmate movement / receiving / releasing inmates | 4 | Deputy always follows GCSO policy and procedures when dealing with inmate movement. |
| Use of restraints / use of force / Physical control of inmates | 3 | |

| Raw Score | Percentage |
|---|---|
| 113 | 0.66 |

Benson 000038
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Employee Goals for the next reporting Period.

Continue to learn and improve in all aspects of the jail.  Continue to get personal goals for advancement.

Career Counseling by Supervisor.

Set goals to become the most well rounded deputy as possible, preparing for advancement within the agency.

I certify I have read and understand the appraisal, and my supervisor has discussed it with me.  Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor.  If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments: _____

_____

_____

_____

Signature of Employee _____  ID# 7776  Date 7/30/2019

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signiture of Supervisor _____  ID# 8035  Date 7/30/19

Chain of Command Review

Lieutenant _____ 8058  Captain _____  Major _____

Copy of appraisal issued to employee by  Sgt. Mirode _____  on 7/30/19

5

Benson 000039
CONFIDENTIAL

# Job Based Harassment Questionnaire



1. Do you understand GC.15 - Harassment and Discrimination policy?    Yes    No

2. Do you have any questions about this policy?    Yes    No

3. Do you know how to file a complaint should you ever have a problem with harassment, or if you see inappropriate behaviors at work?    Yes    No

4. Are you aware of any behaviors either in or outside the workplace that are inconsistent with this policy?    Yes    No

_____
Employee Signature

7/30/2019
Date

_____
Supervisor Signature

8/8/2019
Date

Employee:      BENEVIDEZ, EDWARD      Employee #     7736

Supervisor:      Sgt. L.Drewes/Sgt. K. Wisner      Employee # 7594//7734

Type of Appraisal:      Annual

| Sheriff Office Values | Level of Performance | COMMENTS |
|---|---|---|
| Service | 4 | Deputy service with GCSO since September 19, 2011. |
| Honesty | 4 | Deputy is always honest with his peers, the inmates and supervisors. |
| Embrace Diversity | 3 | |
| Respect | 4 | Deputy is always respectful to everyone. |
| Integrity | 3 | |
| Firm Commitment | 3 | |
| Full Accountability | 3 | |

| Professionalism | | |
|---|---|---|
| Appearance / Grooming | 4 | Deputy is always clean shaven and uniforms are pressed. |
| Professionalism / Demeanor | 4 | |
| Judgment: Decision - Making / Common Sense | 3 | |
| Non-Stressful Situations | 3 | |
| Stressful Situations | 4 | |
| Policies & Procedures | 3 | |

| Dependability | | |
|---|---|---|
| Attendance | 4 | Deputy has currently has 445 sick hours |
| Observance of duty hours / tardiness | 4 | Deputy is always on time for shift briefing. |
| Proper notification to Supervisor | 4 | Deputy always notifys a supervisor when needed. |

| Productivity | | |
|---|---|---|
| Quality of Work | 3 | |
| Motivation / Commitment | 3 | |
| Security Consciousness | 3 | |

Benson 000041
CONFIDENTIAL

| | |
|---|---|
| Safety Awareness | 3 |
| Self-initiated Activities | 3 |

### Written Communication

| | | |
|---|---|---|
| Report Writing / Form Proficiency | 3 | Deputy has completed 15 reports. He has good report writing skills. |
| Computer Skills | 3 | |
| Correspondence Skills | 3 | |

### Interpersonal Communication

| | | |
|---|---|---|
| Coordination with staff | 3 | |
| Rapport with peers / subordinates / supervisors | 4 | Deputy has a good rapport with his peers and supervisors. |
| Raport with inmates / public / client | 3 | |
| Radio / Telephone communication skills | 3 | |
| Response to training / cooperation | 3 | |

### Basic Job Skills - Corrections Deputy

| | | |
|---|---|---|
| Facilty / Shift Operating Procedures | 4 | |
| Counts / Post Visuals / Securing inmates into and releasing from cells | 4 | |
| Inamte and unit management / inmate rules and regulations | 3 | Deputy always enforces the rules and regulations in the housing areas. |
| Inmate movement / receiving / releasing inmates | 3 | Deputy always follows GCSO policy and procedures when dealing with inmate movement. |
| Use of restraints / use of force / Physical control of inmates | 3 | |

| Raw Score | Percentage |
|---|---|
| 114 | 0.67 |

Benson 000042
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Employee Goals for the next reporting Period.

Countinue working on career ladder

Career Counseling by Supervisor.

Countinue working towards TCOLE and State Mandated classes

I certify I have read and understand the appraisal, and my supervisor has discussed it with me.  Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor.  If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments:

Signature of Employee _____   ID# 7736   Date 7/1/2018

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signature of Supervisor _____ /SGT Brewer   ID# _____ Date 7/3/18

Chain of Command Review

Lieutenant _____ 7/3/18   Captain _____   Major _____

Copy of appraisal issued to employee by _____ on _____

Benson 000043
CONFIDENTIAL

# <u>Job Based Harassment Questionnaire</u>

1.  Do you understand GC.15 - Harassment and Discrimination policy?  (Yes)  No

2.  Do you have any questions about this policy?  Yes  (No)

3.  Do you know how to file a complaint should you ever have a problem
    with harassment, or if you see inappropriate behaviors at work?  (Yes)  No

4.  Are you aware of any behaviors either in or outside the workplace that
    are inconsistent with this policy?  Yes  (No)



_____   #7776        7/3/18
**Employee Signature**             **Date**

_____        7/3/18
**Supervisor Signature**             **Date**

Benson 000044
CONFIDENTIAL

Employee: _____ Edward Benavidez _____   Employee # _____ 7736 _____

Supervisor: _____ Sgt. K. Kim / Sgt. K. Wisner _____   Employee # 6758 / 7734

Type of Appraisal: [ Annual ▼ ]

| Sheriff Office Values | Level of Performance | COMMENTS |
|---|---|---|
| Service | 4 | |
| Honesty | 4 | |
| Embrace Diversity | 4 | |
| Respect | 4 | |
| Integrity | 4 | |
| Firm Commitment | 4 | |
| Full Accountability | 4 | |

| Professionalism | | |
|---|---|---|
| Appearance / Grooming | 4 | |
| Professionalism / Demeanor | 4 | |
| Judgment: Decision - Making / Common Sense | 4 | |
| Non-Stressful Situations | 4 | |
| Stressful Situations | 3 | |
| Policies & Procedures | 3 | |

| Dependability | | |
|---|---|---|
| Attendance | 4 | |
| Observance of duty hours / tardiness | 5 | Deputy Benavidez is always prompt and always on time. |
| Proper notification to Supervisor | 4 | |

| Productivity | | |
|---|---|---|
| Quality of Work | 4 | |
| Motivation / Commitment | 3 | |
| Security Consciousness | 3 | |

Benson 000045
CONFIDENTIAL

| | |
|---|---|
| Safety Awareness | 4 |
| Self-initiated Activities | 3 |

### Written Communication

| | |
|---|---|
| Report Writing / Form Proficiency | 3 |
| Computer Skills | 3 |
| Correspondence Skills | 3 |

### Interpersonal Communication

| | |
|---|---|
| Coordination with staff | 3 |
| Rapport with peers / subordinates / supervisors | 3 |
| Raport with inmates / public / client | 3 |
| Radio / Telephone communication skills | 3 |
| Response to training / cooperation | 4 |

### Basic Job Skills - Corrections Deputy

| | |
|---|---|
| Facility / Shift Operating Procedures | 3 |
| Counts / Post Visuals / Securing inmates into and releasing from cells | 4 |
| Inmate and unit management / inmate rules and regulations | 4 |
| Inmate movement / receiving / releasing inmates | 3 |
| Use of restraints / use of force / Physical control of inmates | 4 |

| Raw Score | Percentage |
|---|---|
| 123 | 0.72 |

Benson 000046
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|----------|----------|
|          |          |
|          |          |
|          |          |

Employee Goals for the next reporting Period.

We would like to see Deputy Benavidez train in all areas of the jail.

Career Counseling by Supervisor

Deputy Benavidez should work on his Dep. 2 status.

I certify I have read and understand the appraisal, and my supervisor has discussed it with me. Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor. If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments:

Signature of Employee                          ID# 7736        Date 7/1/17

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signiture of Supervisor                         ID# 6758        Date 7/1/17

Chain of Command Review

Lieutenant                    Captain _____    Major _____

Copy of appraisal issued to employee by _____ on _____

Benson 000047
CONFIDENTIAL

# Job Based Harassment Questionnaire

1. Do you understand GC.15 - Harassment and Discrimination policy?     (Yes)  No

2. Do you have any questions about this policy?     Yes   (No)

3. Do you know how to file a complaint should you ever have a problem with harassment, or if you see inappropriate behaviors at work?     (Yes)  No

4. Are you aware of any behaviors either in or outside the workplace that are inconsistent with this policy?     Yes   (No)

_____          7/1/17
Employee Signature                        Date

_____          7/1/17
Supervisor Signature                      Date

Benson 000048
CONFIDENTIAL

| Employee: | Edward Benavidez | Employee # | 7736 |
| --- | --- | --- | --- |
| Supervisor: | Sgt. K. Kim / Sgt. K. Wisner | Employee # | 6758 / 7734 |

Type of Appraisal:  Annual ▼

| Sheriff Office Values | Level of Performance | COMMENTS |
| --- | --- | --- |
| Service | 4 | |
| Honesty | 4 | |
| Embrace Diversity | 4 | |
| Respect | 4 | |
| Integrity | 4 | |
| Firm Commitment | 4 | |
| Full Accountability | 4 | |

| Professionalism | | |
| --- | --- | --- |
| Appearance / Grooming | 4 | |
| Professionalism / Demeanor | 4 | |
| Judgment: Decision - Making / Common Sense | 3 | |
| Non-Stressful Situations | 4 | |
| Stressful Situations | 3 | |
| Policies & Procedures | 3 | |

| Dependability | | |
| --- | --- | --- |
| Attendance | 4 | |
| Observance of duty hours / tardiness | 5 | Deputy Benavidez is always prompt and always on time. |
| Proper notification to Supervisor | 4 | |

| Productivity | | |
| --- | --- | --- |
| Quality of Work | 4 | |
| Motivation / Commitment | 3 | |
| Security Consciousness | 2 | Was recently suspended for transporting a wrong inmate to booking. |

Benson 000049
CONFIDENTIAL

Safety Awareness                                                    4
Self-initiated Activities                                           3

### Written Communication
Report Writing / Form Proficiency                                  3
Computer Skills                                                    3
Correspondence Skills                                             3

### Interpersonal Communication
Coordination with staff                                           3

Rapport with peers / subordinates / supervisors                   3
Raport with inmates / public / client                             3

Radio / Telephone communication skills                            3
Response to training / cooperation                                4

### Basic Job Skills - Corrections
### Deputy
Facility / Shift Operating Procedures                             3
Counts / Post Visuals / Securing inmates into
and releasing from cells                                          4
Inmate and unit management / inmate rules
and regulations                                                   4
Inmate movement / receiving / releasing        Was recently suspended for transporting a wrong inmate to booking.
inmates                                                           2
Use of restraints / use of force / Physical
control of inmates                                                4

| Raw Score | Percentage |
|-----------|------------|
| 120       | 0.71       |

Benson 000050
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|----------|----------|
| | |
| | |
| | |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|----------|----------|
| | |
| | |
| | |

Employee Goals for the next reporting Period.

We would like to see Deputy Benavidez train in all areas of the jail.

Career Counseling by Supervisor

Deputy Benavidez should work on his Dep. 2 status.

I certify I have read and understand the appraisal, and my supervisor has discussed it with me. Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor. If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments:

Signature of Employee _____  ID# 7736  Date 7/7/16

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signiture of Supervisor _____  ID# 658/7734  Date 7/7/16

Chain of Command Review

Lieutenant _____  Captain _____  Major _____

Copy of appraisal issued to employee by _____  on _____

Benson 000051
CONFIDENTIAL

| Employee: | Edward Benevides | Employee # | 7736 |
|---|---|---|---|
| Supervisor: | Sgt. Finlaw | Employee # | 7596 |

Type of Appraisal: Annual ▼

| Sheriff Office Values | Level of Performance | COMMENTS |
|---|---|---|
| Service | 4 | |
| Honesty | 4 | |
| Embrace Diversity | 4 | |
| Respect | 4 | |
| Integrity | 4 | |
| Firm Commitment | 4 | |
| Full Accountability | 3 | |

**Professionalism**

| | | |
|---|---|---|
| Appearance / Grooming | 4 | |
| Professionalism / Demeanor | 4 | |
| Judgment: Decision - Making / Common Sense | 3 | |
| Non-Stressful Situations | 4 | |
| Stressful Situations | 4 | |
| Policies & Procedures | 4 | |

**Dependability**

| | | |
|---|---|---|
| Attendance | 4 | |
| Observance of duty hours / tardiness | 4 | |
| Proper notification to Supervisor | 4 | |

**Productivity**

| | | |
|---|---|---|
| Quality of Work | 4 | |
| Motivation / Commitment | 4 | |
| Security Consciousness | 4 | |

Benson 000052
CONFIDENTIAL

| | |
|---|---|
| Safety Awareness | 4 |
| Self-initiated Activities | 4 |

**Written Communication**

| | |
|---|---|
| Report Writing / Form Proficiency | 4 |
| Computer Skills | 3 |
| Correspondence Skills | 4 |

**Interpersonal Communication**

| | |
|---|---|
| Coordination with staff | 3 |
| Rapport with peers / subordinates / supervisors | 3 |
| Raport with inmates / public / client | 3 |
| Radio / Telephone communication skills | 4 |
| Response to training / cooperation | 3 |

**Basic Job Skills - Corrections Deputy**

| | |
|---|---|
| Facilty / Shift Operating Procedures | 4 |
| Counts / Post Visuals / Securing inmates into and releasing from cells | 4 |
| Inmate and unit management / inmate rules and regulations | 4 |
| Inmate movement / receiving / releasing inmates | 3 |
| Use of restraints / use of force / Physical control of inmates | 4 |

| Raw Score | Percentage |
|---|---|
| 128 | 0.75 |

Benson 000053
CONFIDENTIAL

List any areas where additional comments are needed and category.

| Category | Comments |
|---|---|
|  |  |
|  |  |
|  |  |

Make specific comments about categories in which the Employee received a rating of 5.

| Category | Comments |
|---|---|
|  |  |
|  |  |
|  |  |

Employee Goals for the next reporting Period.

I would like to see Deputy Benevides get his Deputy II statue

Career Counseling by Supervisor.

I will counsel Deputy Benevides on what he needs to get his Deputy II status.

I certify I have read and understand the appraisal, and my supervisor has discussed it with me.  Furthermore, I understand I have the right to dispute anything in the appraisal or to discuss any problems pertaining to my appraisal with my supervisor.  If the discussion does not resolve the issue, I understand I have the right to appeal in writing to the Section Lieutenant, then through the chain of command.

Employee Comments:

Signature of Employee _____   ID# _7736_   Date _7/4/15_

I certify I have discussed the contents of the appraisal with the employee rated above.

Supervisor Comments:

Signiture of Supervisor _____   ID# _7556_   Date _7-4-15_

Chain of Command Review.
Lieutenant _____   Captain _____   Major _____

Copy of appraisal issued to employee by _____   on _____

Benson 000054
CONFIDENTIAL

ADMINISTRATIVE ACTION COMMITTEE FINDINGS

In the matter of Administrative Action Report initiated by Captain Cody Schlageter

Against Deputy Edward Benavidez

Policy Violations: Galveston County Sheriff's Office Policy Manual Section

201 Use of Force, B. Use of Deadly Force. To apprehend an armed and dangerous person whom the officer has probable cause to believe will pose a significant threat of death or serious physical injury to the officer or others and when an alternative means of apprehension would involve a substantial risk of death or serious bodily harm and the safety of others would not be jeopardized by the officer's actions.

The Committee finds that:

___X___ The recommendation is consistent with the fact situation in this matter.

_____ The recommendation is not consistent with the fact situation in this matter.

Recommendation/Remarks: Due to the policy violations given the committee recommends termination.

_____
Chairman – Chief Deputy Macik

September 10, 2021
Date

Committee Members Present:

_____
Major Ron Hill

_____
Captain Mark McGaffey

_____
Captain Mike Bell

7736 (B) 8/31/20

## GALVESTON COUNTY SHERIFF'S OFFICE
## EMPLOYEE CONFERENCE RECORD

**DIVISION:** CORRECTIONS                    **DATE:** 08/30/2020

**NAME:** Benavidez, Edward                 **TITLE:** DEPUTY

**INITIATING SUPERVISOR:** Sergeant Miranda, Anthony

### CONFERENCE INITIATED BY

☒ **SUPERVISOR**          ☐ **EMPLOYEE**          ☐ **OTHER**

**ISSUE:**

GC.03 Standards of Conduct
1. Employees shall conduct themselves in a manner that will foster cooperation among all members of this agency, showing respect, courtesy, and professionalism in their dealing with one another.

**RELEVANT FACTORS:**

Over the last two days August 28, 2020 and August 29, 2020, we B-Shift supervisors have received complaints from numerous deputies on shift regarding "demeaning" and unwanted comments made towards them while at work by Deputy Benavidez. The comments that others claim were that of favoritism between supervisor and deputies and statements regarding others health conditions. We have spoken to Benavidez regarding this same issue on a previous occasion. Due to the excessive complaints received, we (supervisors) decided to conduct this ECR in attempts that his unwanted comments cease towards other deputies.

**ACTIONS OR CONCLUSIONS:**

Deputy Benavidez was counseled on keeping unwanted comments to himself and watch what he says and who he says it around. There is a line in which we should not cross when speaking to other deputies or anyone in general. Benavidez was informed to remain professional at all times to everyone he encounters.

_Sgt. Miranda #625_                    _[signature] #7736_
**SUPERVISOR'S SIGNATURE**              **EMPLOYEE'S SIGNATURE**

_Sgt. Tobar #624_
**OTHER PERSONNEL PARTICIPATING IN CONFERENCE:**

- **(USE BACK OF PAGE OR ADDITIONAL PAGE TO RECORD INFORMATION IF NECESSARY.)**

Benson 000056
CONFIDENTIAL

GALVESTON COUNTY SHERIFF'S OFFICE

ADMINISTRATIVE ACTION REPORT

DIVISION: Corrections                    DATE: 05/24/2016

NAME: Edward Benavidez

On Saturday March 26, 2016, while assigned to E100, Deputy Edward Benavidez negligently permitted inmate Alex Washington escape by transporting him from Pod F200, without attempting positively identify him by check his armband and cross-referencing his information. Benavidez's negligence allowed Inmate Washington to execute a planned escape, costing Galveston County over $6,541.91, of overtime spending. Deputy Benavidez's actions also caused the United State Marshal Service to activate several 3 to 4 man teams in the Houston area, who also pursued inmate Washington.

**Investigation Findings:** The allegation Martin Camarillo **GCSO Employee Policy Manual, 03.4 C.2 m (Accountability, Responsibility, and Discipline)** is SUSTAINED.
2. Dereliction of Duty on the part of any employee which is prejudicial to the effective and efficient operation of this agency is considered a cause for disciplinary action, punishable according to the degree of severity, results brought about by such dereliction, the effect on general discipline, good order, and the best interests of the agency. Acts of dereliction may include, but are not limited to:

m. Negligently permitting the escape of a person in custody.

The conclusion is based on the following:

Deputy Edward Benavidez stated he has been employed with the GCSO Corrections Division for five years and he has been trained on inmate identity confirmation. Deputy Benavidez stated he transported two inmates the night of the escape and failed to check the armband (with incorporated picture) of either inmate he transported. Deputy Benavidez stated he looked at the inmate's movement sheet but took no further action on trying to confirm the identity of the inmate escapee (Alex Washington). Captain Walker further confirmed in a statement that all Corrections deputies are trained on how to confirm the identity of inmates in the jail to include the inmate's armband with incorporated picture, facial recognition using pictures from the computer along with physical identifiers among other techniques.

Benson 000057
CONFIDENTIAL

***Recommendation:*** Three (3) days suspension without pay.

_____
Initiating Supervisor

_____
Witness

6/6/16

I hereby acknowledge this cause for action,
waive my right to a hearing
and appeal process.  Furthermore, I accept
the recommended action.

_____
Employee's Signature

I respectfully reject this cause for action and
request a hearing before the committee.

_____
Employee's Signature

- Use back of page or additional page to record information if necessary.
  One copy- Personnel file / One copy-Division file / One copy-To employee

*Cpl Walk* 11/30/15
*Magi AC2fwgmay* 12/7/15

## GALVESTON COUNTY SHERIFF'S OFFICE
### EMPLOYEE CONFERENCE RECORD

**DIVISION:** CORRECTIONS                **DATE:** 11-26-15

**NAME:** Edward Benavides          **TITLE:** DEPUTY

**INITIATING SUPERVISOR:** Cpl F.Moore

### CONFERENCE INITIATED BY

☒ **SUPERVISOR**          ☐ **EMPLOYEE**          ☐ **OTHER**

**ISSUE:**
Deputy Benavides did not complete all the required 15 minute checks in E-100.

**RELEVANT FACTORS:**
At approximately 1752 Deputy Benavides was 1 minute over the allotted time for cells E-118, E-119, and E-120.

**ACTIONS OR CONCLUSIONS:**

Deputy Benavides was counseled on his actions and advised on how he could better complete the task of making 15 minute checks in a timely manner.

_____                    _____
**SUPERVISOR'S SIGNATURE**                    **EMPLOYEE'S SIGNATURE**


_____
### OTHER PERSONNEL PARTICIPATING IN CONFERENCE:

- **(USE BACK OF PAGE OR ADDITIONAL PAGE TO RECORD INFORMATION IF NECESSARY.)**

**ONE COPY: DIVISION FILE**
**ONE COPY: TO EMPLOYEE**

Benson 000059
CONFIDENTIAL

**Moore, Franklin**

| | |
|---|---|
| **From:** | Benavidez, Edward |
| **Sent:** | Friday, November 27, 2015 2:36 AM |
| **To:** | Moore, Franklin |
| **Subject:** | E-100 Rounds |

On November 26th 2015  I Dep. E. Benavidez was assigned to E-100 with Dep. Boyd. At 1945 I returned from my first break. When I came back to the pod I asked Dep. Boyd when was the last time he made a round. Dep. Boyd stated that he just made a round at 1941and wrote it on the pass over. When Dep. Boyd left to go relieve pods for break. I decided to make a round earlier than the 15 minute mark at 1953 and wrote it on the pass over. I was notified by Cpl. Moore that at 1952 the 15 minute time limit had expired. While talking to Cpl. Moore I realized that the time limit expired while a round was in progress.

E.Benavidez #7736

1

Benson 000060
CONFIDENTIAL

# VINCENT RUSCELLI, Ph.D.
## Clinical Psychology
18219 Carriage Lane
Houston, Texas 77058
281-338-1382

Galveston County Sheriff's Office
601 54th Street
Galveston, TX 77551

Invoice Number: 0098

Date: July 26, 2019

Date of Evaluation/s: July 25, 2019

Applicant/s Evaluated:

　　　Edward Benavides

Fee for Evaluation/s: $250.00  (Fitness for Duty Evaluation & report)

Respectfully,

Vincent Ruscelli, Ph.D.

Benson 000061
CONFIDENTIAL

# VINCENT RUSCELLI, Ph.D. PC
## Clinical Psychology
18219 Carriage Lane
Houston, Texas 77058
281-338-1382

### Fitness For Duty Evaluation

Deputy:  Edward Benavides

Date of Evaluation:  July 25, 2019

Date of Report:  July 26, 2019

Procedures:

> Clinical Interview
> Minnesota Multiphasic Personality Inventory (MMPI – 2)
> Sentence Completion Test
> General History
> PTSD Assessment

Deputy Benavides was cooperative and candid during the evaluation session.  He described the incident in which he had to fire his weapon when an inmate in his custody attempted to escape.  He felt the public was in danger and after repeated warnings he had to fire and wound the inmate in order to prevent his escape.

As Deputy Benavides described the incident there were no observable signs of distress although he said he was relieved that the inmate recovered from the gunshot wound to his thigh.  He believes that he did what he had to do to protect himself and the public.

The clinical interview and the psychological testing indicate that Deputy Benavides is free of any psychopathology, and in fact the evaluation reveals him to be very stable emotionally.  There are no symptoms of Post Traumatic Stress.

Benson 000062
CONFIDENTIAL

In my opinion, based on the clinical interview and the psychological testing, Deputy Benavides is clearly emotionally stable and is fit to resume his duties as an officer of the law.

Vincent Ruscelli, Ph.D.

Benson 000063
CONFIDENTIAL

**TEXAS COMMISSION ON LAW ENFORCEMENT**
OFFICER STANDARDS AND EDUCATION
6330 E. Highway 290, STE. 200
Austin, Texas 78723-1035
Phone: (512) 936-7700

**Law Enforcement Agency Licensee Records Checklist**

NAME: Edward Benavidez JR PID: 39⬛⬛⬛1

TYPE OF LICENSE:  ☐ PEACE OFFICER  ☐ RESERVE  ☐ JAILER  ☐ TELECOMMUNICATOR*

DATE LICENSE ISSUED:_____

DATE OF APPOINTMENT WITH CURRENT AGENCY:_____

DATE OF TERMINATION WITH PRIOR AGENCY:_____

☑ **FIRST APPOINTMENT? YES,** GO TO Column #1. **NO,** Next Question

☐ **SUBSEQUENT APPOINTMENT?**

   BREAK IN SERVICE **MORE THAN 180 DAYS? YES,** GO TO COLUMN #3. **NO,** GO TO COLUMN #2.

☐ **DOCUMENTS MISSING?** GO TO COLUMN #4.

**Telecommunicators:** The T-1 is the only required document.

| 1. New licensee (217.1) | 2. 180 days or less break in service (217.7)(e) | 3. More than 180 day break in service (217.7)(f) | 4. Missing Documents |
|---|---|---|---|
| ☑ L-1 (signed original) ☑ L-2 (copy*) ☑ L-3 (copy*) ☐ *accepted from academy within 180 days of graduation ☑ CCH (TCIC-NCIC) ☑ Proof of Education ☑ Proof of Military, (if applicable) ☐ DPS & FBI/FP return ☑ Proof of Citizenship ☐ **If criminal record exists, agency must have copy of certified record of disposition of all charges.** | ☐ F-5R (copy) (not required for licensees hired before 9.1.2005) ☐ L-1 (signed original) ☐ L-2 (copy*) ☐ L-3 (copy*) *these documents are required for appointments after 3.1.2011 ☐ Weapons qualification within last 12 months. | ☐ F-5R (copy) (not required for licensees hired before 9.1.2005) ☐ L-1 (signed original) ☐ L-2 ☐ L-3 ☐ CCH (TCIC-NCIC) ☐ proof of fingerprint submission to DPS & FBI ☐ Weapons qualification within last 12 months. ☐ **If criminal record exists, agency must have copy of certified record of disposition of all charges.** | ☐ F-5R (copy) (not required for licensees hired before 9.1.2005) ☐ L-1 (signed original) ☐ L-2 ☐ L-3 ☐ CCH (TCIC-NCIC) ☐ Proof of Education ☐ Proof of Military, (if applicable) ☐ DPS & FBI/FP return ☐ Proof of Citizenship ☐ Weapons Qualification ☐ **If criminal record exists, agency must have copy of certified record of disposition of all charges.** |
| Annual Weapons Proficiency? YES☐ NO☐ Date Qualified:  _____/_____/_____   (217.21) | | | |

Comments:_____
_____
_____

REVIEWED BY: _____   DATE: _____

Law Enforcement Agency Checklist 2.10.2011

Benson 000064
CONFIDENTIAL

**Texas Commission on Law Enforcement Officer Standards and Education**

6330 E. HIGHW.    290, SUITE 200, AUSTIN, Texas 78723-1035 F    ie (512) 936-7700

http://www.tcleose.state.tx.us

7736

## APPOINTMENT APPLICATION (L-1)

**Commission Rules 217.1, 217.3, 217.7**

**Non-refundable fee required electronic payment, money order, agency or cashier's check.**

**SECTION 1 - APPLICANT LICENSE STATUS.   (5541)**

[X] **New applicant (never licensed for this type of appointment) §217.1**

Agency must submit one FBI TCLEOSE Applicant fingerprint card stamped "Police Applicant" to Crime Records Division, TX Dept. of Public Safety.  Place the submitting agency ORI number in the employer address block.  Agency must retain copy of L-1, original L-2 & L-3 form, (or copy from academy) current criminal history (TCIC and NCIC), all DD214s (if applicable), proof of education, certified documents from the appropriate authority showing the final disposition of each arrest, probation, community supervision, conviction or other criminal history, along with fingerprint card returns from DPS showing record checks through FBI and DPS.   **(Applicant must sign page 2, section I)**

[ ] **Already Licensed §217.7**

Background investigation--A pre-employment background investigation that meets or exceeds the commission developed questionnaire/history statement.
Occupation Code (1701.451)

**Check one:**

[ ] **License holder with a "180 day break or less in service:"**   Agency retains copy of L-1 and F-5R response.  Must obtain a copy of old L-2 and L-3 from previous agency.

[ ] **License holder with more than a "180 day break in service:"**   Agency must retain copy of L-1, new L-2, L-3, current criminal history (TCIC and NCIC), fingerprint card returns submitted to DPS showing record checks through FBI and DPS per §217.7(o), weapons qualifications, if required, according to §217.21 within the last 12 months   **(Applicant must sign page 2, section II)**

**SECTION 2 - APPLICANT INFORMATION**

| 1. TCLEOSE PID | 2. Last Name | 3. First name | 4. M. I. | 5. Suffix (Jr., etc.) |
|---|---|---|---|---|
| 392044 | BENAVIDEZ | EDDIE | S | |

| 6. Race / Ethnicity | | | | | | 7. Date of Birth |
|---|---|---|---|---|---|---|
| [ ] American Indian or Alaskan Native | [ ] Asian | [ ] Black | [X] Hispanic | [ ] Multicultural | [ ] White | 7/25/1983 |

| 8. Gender | 9. US Citizen | 10. Driver's License Number | 11. Education |
|---|---|---|---|
| [X] Male   [ ] Female | [X] Yes   [ ] No | State:  TX<br>Num: | [ ] GED   [X] High School |

| 12. Home Mailing Address | 13. City | 14. State | 15. ZIP Code | 16. Primary Phone Number |
|---|---|---|---|---|
| ████ | Galveston | TX | 77551 | ████ |

**SECTION 3 - APPOINTMENT INFORMATION   ($35 processing fee for paper form)**

| 17. Date Appointed | 18. License / Appointment Type:   (CHECK ONLY ONE) |
|---|---|
| 1/25/2012 | [ ] Sheriff (Elected or Appointed)   [ ] Constable (Elected or Appointed)   [ ] Chief of Police   [ ] City Marshal<br>[X] Peace Officer   [ ] County Jailer   [ ] Reserve Officer (licensed reserve or conditional only) |

19. Peace Officer Pay Status: (as defined by Government Code 614.121)        **(CHECK ONLY ONE)**

[X] Full Time - Regularly work 32 hours a week or more and paid at or above federal minimum wage, eligible for benefits

[ ] Part Time - Regularly work less than 32 hours and paid at or above federal minimum wage, eligible for benefits

[ ] Reserve - Restricted to agencies identified in 1701.001: Sheriff, Constable, Municipal, or Water District

[ ] Other - Appointees that do not fit into above categories

| 20. Retired State Officer | 21. $100.00 Fee Required | | |
|---|---|---|---|
| [ ] Yes   [X] No | | [ ] Contract Jailer (5120) | [ ] Medical Facility Officer (5125) |

| 22. TCLEOSE Agency No. | 23. Appointing Agency | 24. Phone Number |
|---|---|---|
| 167100 | GALVESTON CO. SHERIFF'S OFFICE | (409) 766-2305 |

I certify that I am the chief administrator of the above-named agency, or the person designated by the chief administrator to sign this document.  I further certify that this agency has on file and readily accessible to the Commission the appropriate documents to show that the above-named individual meets the minimum standards for licensing and/or appointment.

Sgt. Vic A MACEO

Name and Title of Chief Administrator or Designee (Type or Print)        Signature of Chief Administrator or Designee

Sworn to and subscribed before me, the this the _25th_ day of _January_ , 20_12_

Notary public in and for, State of Texas

My Commission expires _July / 14 / 2013_        _Jennifer Olvera_
        Printed Name of Notary

Notary Seal or Stamp

JENNIFER ANN OLVERA
MY COMMISSION EXPIRES
July 14, 2013

Signature of Notary

Appointment of Licensee (L-1)

Benson 000065
CONFIDENTIAL

7730

 **TEXAS COMMISSION ON LAW ENFORCEMENT
OFFICER STANDARDS AND EDUCATION**

Kim Vickers
Executive Director

1/25/2012

FREDDIE L. POOR
GALVESTON CO. SHERIFF'S OFFICE
601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX  77551

REF:  EDDIE S. BENAVIDEZ - 3██████
       Peace Officer - Peace Officer License
       Date of appointment:   1/25/2012

Dear Administrator:

The Commission has received an employment report (L-1) for the licensee referenced
above. The Commission's records have been updated to note the licensee's current
employment. This acknowledgement must be maintained in your agency's personnel files
and must be available to Commission staff upon request.

Chief Kim Vickers
Executive Director

Phone:   (512) 936-7700      Fax:      (512) 936-7714      6330 E Highway 290  STE 200   Austin TX  78723-1035

Benson 000066
CONFIDENTIAL

### Special Conditions for the Appointment Application (L-1)

Persons who wish to reinstate their law enforcement officer licenses following a Commission-ordered disciplinary action (suspension or probation) are required to complete the "Licensee Reinstatement Application" prior to submitting this form.

---

**SECTION I: Applicant for new license:**

I, the undersigned, attest that I have received a copy of and read Commission Rule 217.1, Minimum Standards for Initial Licensure.  I further attest that I meet all requirements for initial licensure as outlined by Commission Rule 217.1.

I am fully aware that this application is a government document and, under penalties of perjury, I declare the foregoing information to be true and correct.

_____   Date: 1 , 25 , 12
Signature of Applicant or License Holder

Sworn to and subscribed before me, this the 25ᵗʰ day of January, 2012

Notary public in and for, State of Texas

My Commission expires July / 14 / 2013    Jennifer Olvera
                                            Printed Name of Notary

Notary Seal or Stamp

**JENNIFER ANN OLVERA**
**MY COMMISSION EXPIRES**
**July 14, 2013**

_____
Signature of Notary

---

**SECTION II: License holder with over "180 day break in service:"**

I, the undersigned, attest that I have received a copy of and read Commission Rule 217.7, Reporting the Appointment and Termination of a Licensee.  I further attest that I meet all requirements for appointment as outlined by Commission Rule 217.7.

I am fully aware that this application is a government document and, under penalties of perjury, I declare the foregoing information to be true and correct.

_____   Date: / /
Signature of Applicant or License Holder

Sworn to and subscribed before me, this the _____ day of _____, _____

Notary public in and for, State of Texas

My Commission expires _____ / _____ / _____    _____
                                                Printed Name of Notary

Notary Seal or Stamp

_____
Signature of Notary

Appointment of Licensee (L-1)  09.01.2011

Benson 000067
CONFIDENTIAL





# Texas Commission On Law Enforcement
## Officer Standards And Education

6330 E. HIGHWAY 290, SUITE 200, AUSTIN, Texas 78723-1035

(512) 936-7700

1/25/2012

GALVESTON CO. SHERIFF'S OFFICE

601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX 77551

To Department Administrator:

Based upon the application submitted by the GALVESTON CO. SHERIFF'S OFFICE, EDDIE S.
BENAVIDEZ JR. is hereby issued the following:

TYPE

**Peace Officer License**                      P ID    ISSUE DATE
**EDDIE S. BENAVIDEZ JR.**                     ~~9920441~~    **01/25/2012**

This acknowledgement is to be maintained in the personnel file of EDDIE S. BENAVIDEZ JR. and
made available for inspection by Commission personnel upon request.

Chief Kim Vickers

Executive Director

Good luck on your law enforcement career in
Texas. Please give us a call whenever we may
be of assistance.

**Card Removal Directions:**

**1.** Turn letter over
to remove card.

**2.** Push left side of card
towards you from back.

**3.** Slowly pull card away with clear
film and press film over card to seal.

Benson 000068
CONFIDENTIAL

7736



# TEXAS COMMISSION ON LAW ENFORCEMENT
# OFFICER STANDARDS AND EDUCATION

Kim Vickers
Executive Director

10/11/2011

FREDDIE L. POOR
GALVESTON CO. SHERIFF'S OFFICE
601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX 77551

REF:  EDDIE S. BENAVIDEZ JR. - ~~3020113~~
      Jailer - Jailer License
      Date of appointment:  10/10/2011

Dear Administrator:

The Commission's records have been updated to note the licensee referenced above has
successfully completed the jailer training course and passed the licensing examination.  This
acknowledgement must be maintained in your agency's personnel files and must be
available to Commission staff upon request.

Chief Kim Vickers
Executive Director

Phone:   (512) 936-7700      Fax:      (512) 936-7714      6330 E Highway 290  STE 200   Austin TX 78723-1035

Benson 000069
CONFIDENTIAL

7730



# TEXAS COMMISSION ON LAW ENFORCEMENT
## OFFICER STANDARDS AND EDUCATION

Kim Vickers
Executive Director

1/25/2012

FREDDIE L. POOR
GALVESTON CO. SHERIFF'S OFFICE
601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX  77551


REF:  EDDIE S. BENAVIDEZ - ▓▓▓▓▓
      Peace Officer - Peace Officer License
      Date of appointment:   1/25/2012


Dear Administrator:


The Commission has received an employment report (L-1) for the licensee referenced
above. The Commission's records have been updated to note the licensee's current
employment. This acknowledgement must be maintained in your agency's personnel files
and must be available to Commission staff upon request.


Chief Kim Vickers
Executive Director


Phone:   (512) 936-7700      Fax:      (512) 936-7714      6330 E Highway 290  STE 200   Austin TX 78723-1035

Benson 000070
CONFIDENTIAL



7730

## Texas Commission On Law Enforcement
## Officer Standards And Education

6330 E. HIGHWAY 290, SUITE 200, AUSTIN, Texas 78723-1035

(512) 936-7700

10/11/2011

GALVESTON CO. SHERIFF'S OFFICE

601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX 77551

To Department Administrator:

Based upon the application submitted by the GALVESTON CO. SHERIFF'S OFFICE, EDDIE S.
BENAVIDEZ JR. is hereby issued the following:

TYPE

| | P ID | ISSUE DATE |
|---|---|---|
| **Jailer License** | | |
| **EDDIE S. BENAVIDEZ JR.** | ~~████~~ | **10/10/2011** |

This acknowledgement is to be maintained in the personnel file of EDDIE S. BENAVIDEZ JR. and
made available for inspection by Commission personnel upon request.

Chief Kim Vickers

Executive Director

Good luck on your law enforcement career in
Texas. Please give us a call whenever we may
be of assistance.

**Card Removal Directions:**

**1.** Turn letter over
   to remove card.

**2.** Push left side of card
   towards you from back.

**3.** Slowly pull card away with clear
   film and press film over card to seal.

Benson 000071
CONFIDENTIAL



# Texas Commission On Law Enforcement
# Officer Standards And Education

6330 E. HIGHWAY 290, SUITE 200, AUSTIN, Texas 78723-1035

(512) 936-7700

9/19/2011

GALVESTON CO. SHERIFF'S OFFICE

601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX 77551

To Department Administrator:

Based upon the application submitted by the GALVESTON CO. SHERIFF'S OFFICE, this Temporary
Jailer License is being issued to EDDIE S. BENAVIDEZ JR..

| TYPE | P ID | ISSUE DATE | EXPIRATION DATE |
|---|---|---|---|
| **Temporary Jailer License** | | | |
| **EDDIE S. BENAVIDEZ JR.** | ~~392044~~ | **09/19/2011** | **09/19/2012** |

This acknowledgement is to be maintained in the personnel file of EDDIE S. BENAVIDEZ JR. and
made available for inspection by Commission personnel upon request.

Chief Kim Vickers

Executive Director

Good luck on your law enforcement career in
Texas. Please give us a call whenever we may
be of assistance.

**Card Removal Directions:**

**1.** Turn letter over
to remove card.

**2.** Push left side of card
towards you from back.

**3.** Slowly pull card away with clear
film and press film over card to seal.

Benson 000072
CONFIDENTIAL



# TEXAS COMMISSION ON LAW ENFORCEMENT
## OFFICER STANDARDS AND EDUCATION

Kim Vickers
Executive Director

9/19/2011

FREDDIE L. POOR
GALVESTON CO. SHERIFF'S OFFICE
601 54TH STREET, SUITE 1113 RM 123
GALVESTON, TX  77551


REF: EDDIE S. BENAVIDEZ - ~~392044~~
Jailer - Temporary Jailer License
Date of appointment:  9/19/2011


Dear Administrator:


The Commission has received an employment report (L-1) for the licensee referenced
above. The Commission's records have been updated to note the licensee's current
employment. This acknowledgement must be maintained in your agency's personnel files
and must be available to Commission staff upon request.

Please be advised that this Temporary Jailer License EXPIRES one (1) year from the date
of initial appointment, and

### WILL EXPIRE ON: 09/19/2012

Upon separation from the agency, upon expiration, or if the licensee fails to successfully
complete the jailer training course and pass the licensing examination by the expiration date
of the Temporary Jailer License, the agency administrator of designee must submit to the
Commission an F-5 form (Report of Separation of Licensee).


Chief Kim Vickers
Executive Director

Benson 000073
CONFIDENTIAL

77736

**TEXAS COMMISSION ON LAW ENFORCEMENT OFFICER STANDARDS AND EDUCATION**
6330 E. Highway 290, STE. 200
Austin, Texas 78723-1035
Phone: (512) 936-7700
http://www.tcleose.state.tx.us

## LICENSEE MEDICAL CONDITION DECLARATION (L-2)
### Commission Rule §215.15(d)(1), 217.1(a)(11), 217.7(f)(3)

### INDIVIDUAL INFORMATION

| 1. TCLEOSE PID | 2. Last Name. Benavidez | 3. First Name Edward | 4. M.I. | 5. Suffix (Jr., etc.) |
|---|---|---|---|---|
| 6. Home Mailing Address | | 7. City Galveston | 8. State TX | 9. Zip Code 77550 |

Is this exam for a student enrolling in an academy? ☐ Yes ☒ No  Submit PID Assignment form for new cadets.

If yes, check one   ☐ Peace Officer   ☒ County Corrections

### APPOINTMENT( Do not check if student)

| 10. ☐ Peace Officer | ☐ Reserve Officer | ☒ County Jailer | ☐ Public Security Officer |
|---|---|---|---|

### DEPARTMENT / ACADEMY INFORMATION

| 11. TCLEOSE Number | 12. Appointing Agency or Academy Galveston County Sheriff's Office | 13. Mailing Address 601 54th Street, Suite 2100 | |
|---|---|---|---|
| 14. City Galveston | 15. County Galveston | 16. Zip Code 77551 | 17 Phone Number 409-766-2300 |

**Attention Examining Professional:** The above information must be completed by the requesting agency prior to the examining professional completing and signing this form.

### NEW APPLICANTS MUST COMPLETE BOTH EXAMS
### LICENSEE(S) OFFICER(S) WITH MORE THAN A 180 DAY BREAK IN SERVICE NEED(S) DRUG SCREEN ONLY

I certify that I have completed my examination of the examinee and I have concluded that on this date, the examinee is found:

## Check the appropriate box(s)

☒ **PHYSICAL EXAM** - To be physically sound and free from any defect which may adversely affect the performance of duty appropriate to the type of license sought.

☒ **DRUG SCREEN** - To show no trace of drug dependency or illegal drug use after a physical examination, blood test or other medical test.

Dr. Teresa Becker
Physician's Name (type or print)

G 7036
State License Number

| Mailing Address   Street | Galveston County Jail 5700 Ave. H City | State | Zip |
|---|---|---|---|
| (409) 763-7568 Phone Number | Galveston, TX 77551 Date of Examination(s) | 9-12-11 | |
| Physician's Signature | | 9-12-11 Date | |

**THIS DECLARATION IS NOT PUBLIC INFORMATION AND IS VALID UNLESS WITHDRAWN OR INVALIDATED, AND IS VALID ONLY IF SIGNED BY A LICENSED PHYSICIAN.**

Licensee Medical Condition Declaration 8.20.2010

Page 1 of 1

Benson 000074
CONFIDENTIAL

**TEXAS COMMISSION ON LAW ENFORCEMENT OFFICER STANDARDS AND EDUCATION**
6330 E. Highway 290, STE 200
Austin, Texas 78723-1035
Phone: (512) 936-7700
http://www.tcleose.state.tx.us

## LICENSEE PSYCHOLOGICAL AND EMOTIONAL HEALTH DECLARATION (L-3)
### Commission Rule §215.15(d)(2), 217.1(a)(12), 217.7(f)(2), 221.35

### INDIVIDUAL INFORMATION

| 1. TCLEOSE PID | 2. Last Name Benavidez | 3. First Name Edward | 4. M.I. S | 5. Suffix (Jr , etc.) |
|---|---|---|---|---|
| 6. Home Mailing Address | | 7. City Galveston | 8. State Tx | 9. Zip Code 77551 |

Is this exam for a student enrolling in an academy?  ☐ Yes   ☐ No.  Submit PID Assignment form for new cadets.

If yes, check one  ☐ Peace Officer  ☒☐ County Corrections

**Attention Requesting Agency:** State Law and Commission Rule require that this psychological examination be performed by a **licensed psychologist** or a **psychiatrist** cxcept in an exceptional circumstance when, upon prior approval by the Commission, it may be performed by a qualified licensed physician. The Chief Administrator of the requesting agency must request prior approval in writing and must receive specific written approval before an examination under exceptional circumstances is acceptable.

### APPOINTMENT (Do not check if student)

| 10. ☐ Peace / Reserve Officer   ☒☐ County Jailer   ☐ Public Security Officer   ☐ Juvenile Probation Officer |
|---|

### ACADEMY / DEPARTMENT INFORMATION

| 11. TCLEOSE Number 167100 | 12. Agency/Academy Name Galveston County Sheriff's Office | 13. Mailing Address 601 54th St | |
|---|---|---|---|
| 14. City Galveston | 15. County Galveston | 16. Zip Code 77551 | 17. Phone Number 409-766-2305 |

**Attention Examining Professional:** State Law and Commission Rule require that this psychological examination be performed by a **licensed psychologist** or a **psychiatrist** except in an exceptional circumstance when, upon prior approval by the Commission, it may be performed by a qualified licensed physician. The agency must request prior approval in writing and must receive specific written approval before an examination under exceptional circumstances is acceptable.

**STATEMENT OF EXAMINER: (Please check the appropriate box and provide the requested information)**
I am a [x] **Licensed Psychologist**, [  ] **Psychiatrist**, and I certify that I have completed a psychological examination of the above named individual pursuant to professionally recognized standards and methods. I have concluded that, on this date, the individual IS in satisfactory psychological and emotional health to perform the duties, accept the responsibilities and meet the qualifications established by the appointing agency.

Examiner: Vincent Ruscelli, Ph.D.                     21088
_____Name (type or print)_____                  State License Number

Mailing Address: 16815 Royal Crest      Houston   Texas  77058
_____Street_____City_____State____Zip___

Phone Number: 281-3381382      Date of Examination(s) 09-12-2011

Signature                                            Date

THIS DECLARATION IS NOT PUBLIC INFORMATION AND IS VALID UNLESS WITHDRAWN OR INVALIDATED, AND IS VALID ONLY IF SIGNED BY A LICENSED PSYCHOLOGIST OR PHYSICIAN.

Benson 000075
CONFIDENTIAL



# Galveston County Sheriff's Office
## Application Information Sheet

App. No.: _1632_     Date Issued: _02/17/10_

Please complete this form and return it to the receptionist at the front desk to receive an application for employment.

## PRINT LEGIBLY

Social Security No.: ~~████~~

| Last Name: | Benavidez | First Name: | Edward | Suffix: | Jr |

| D.L. State: | TX | D.L. Number: | ~~████~~ | Date of Birth: | ~~████~~ | Age: | 26 |

Race: ☐ White   ☐ Black   ☒ Hispanic      Sex: ☒ Male   ☐ Female

Address: ~~████~~     Apt. No.:

City: Galveston     State: TX     Zip Code: 77551

Email: ~~████~~     Phone: ~~████~~     Cell:

GCSO - 08 - 0030 - F   Office Use Only: ☒ Entered   Date Returned:_____   ☐ Completed

Benson 000076
CONFIDENTIAL

```
DATE: 05-31-2011 05:56:07 PM      Type: Recv
SUBJECT:    KR FROM NDLS - RSDWW: 01250035
Message:
Reference: 037S00002B
Msg ID   : 037S00002B
Msg Key  : KR
Date/Time: 20110531175451
Ent Agy  :
Requester:
User     :
ORI      : TXOLN0000
Source   : NDLS
Dest     : GGSB
Control  : TCOWOODS
Summary  : RSDWW: 01250035

TXT: TCOWOODS

SEARCH ON 01250035

          NAME: BENAVIDEZ, EDWARD, STEVEN, JR
   DESCRIPTION: WHITE\MALE\07251983\5-03\110\BROWN\BROWN
      SEX OFF: N COMM IMPED: N ORGAN DONOR:   VISA EXP:
 PHYSICAL ADD:
 CI/CO/ST/ZIP: GALVESTON,GALVESTON,TEXAS,77551-0000, UNITED STATES
  MAILING ADD:
    CI/ST/ZIP: GALVESTON,TEXAS,77551-0000, UNITED STATES
   REC STATUS: ELIGIBLE
 ADMIN STATUS:
  CARD STATUS:
 HME TER ASMT:                       EXP:
    CARD TYPE: DL #:         CLASS: C  TYPE: DL  EXPIR DATE: 07252012
 RESTRICTIONS: A WITH CORRECTIVE LENSES
 ENDORSEMENTS:

 CONVICTION: FAILED TO DRIVE IN SINGLE LANE
 OFF DT: 04152005 CONV DT: 04262005
 OFFENSE LOC: TX,GALVESTON CMV: N HAZMAT: N

 **** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE
 FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THE
 MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 *******

 ********* END OF RECORD*********
 MRI: 57542102 IN: NDLS 120125 AT 31MAY2011 17:54:51
 OUT: GGSB 48 AT 31MAY2011 17:54:51

 DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

Benson 000077
CONFIDENTIAL

```
DATE: 05-31-2011 05:56:08 PM    Type: Recv

SUBJECT:    RSDWW FROM TCIC - RSDWW: 01250035
Message:
Reference: 037S00002B
Msg ID   : 037S00002B
Msg Key  : RSDWW
Date/Time: 20110531175452
Ent Agy  :
Requester:
User     :
ORI      :
Source   : TCIC
Dest     : GGSB
Control  : TCOWOODS
Summary  : RSDWW: 01250035

TXT: NN01GGSB    TCOWOODS.
TX08400B0
NO TCIC WANT OLN/01250035
NO TCIC WANT NAM/BENAVIDEZ,EDWARD STEVEN JR D█████████5

**THIS MESSAGE IS FROM THE TCIC 2000 SYSTEM.**

MRI: 57542157 IN. TCIC 210940 AT 31MAY2011 17:54:52
OUT: GGSB 49 AT 31MAY2011 17:54:52

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000078
CONFIDENTIAL

```
DATE: 05-31-2011 05:56:09 PM    Type: Recv

SUBJECT:    RSDWW FROM NCIC - RSDWW: 01250035
Message:
Reference: 037S00002B
Msg ID   : 037S00002B
Msg Key  : RSDWW
Date/Time: 20110531175453
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : GGSB
Control  : TCOWOODS
Summary  : RSDWW: 01250035

TXT: 1L01GGSB TCOWOODS
TX08400B0
NO NCIC WANT OLN/01250035
NO NCIC WANT NAM/BENAVIDEZ,EDWARD STEVEN JR D████████████
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

MRI: 57542169 IN: NCIC 242200 AT 31MAY2011 17:54:53
OUT: GGSB 50 AT 31MAY2011 17:54:53

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000079
CONFIDENTIAL

```
DATE: 05-31-2011 05:56:12 PM    Type: Recv
SUBJECT:    AM FROM USER - RSDWW: 01250035
Message:
Reference: 037S00002B
Msg ID   : 037S00002B
Msg Key  : AM
Date/Time: 20110531175456
Ent Agy  :
Requester:
User     :
ORI      : TX1010000
Source   : USER
Dest     : GGSB
Control  :
Summary  : RSDWW: 01250035

TXT: 1N01GGSB 2102

TX08400B0
SETCIC RESPONSE ON NAM/BENAVIDEZ, EDWARD STEVEN JR RAC/W SEX/M DOB/07250█
** NO HITS **
2
MRI: 57542257 IN: SETQ 15049 AT 31MAY2011 17:54:56
OUT: CGSB 51 AT 31MAY2011 17:54:56

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000080
CONFIDENTIAL

```
DATE: 05-31-2011 09:08:57 PM    Type: Recv

SUBJECT:    QH FROM CCH - QH: BENAVIDEZ,EDWARD STEVEN JR, 19830725
Message:
Reference: 037S00003E
Msg ID   : 037S00003E
Msg Key  : QH
Date/Time: 20110531210740
Ent Agy  :
Requester:
User     :
ORI      : TX0840000
Source   : CCH
Dest     : GGSB
Control  : TCO WOODS
Summary  : QH: BENAVIDEZ,EDWARD STEVEN JR, 19830725

TXT: NL01GGSB TCO WOODS.QH.TX0840000
NAM/BENAVIDEZ,EDWARD STEVEN JR.SEX/M.RAC/W.          .PUR/J REQ/DEPUTY
CATHERINE DEAN.OPR/TCO TIFFANY WOODS
NO RECORD ON FILE

CRIME RECORDS SERVICE DPS AUSTIN TX 05/31/2011
MRI: 57790400 IN: CCH 41180 AT 31MAY2011 21:07:40
OUT: GGSB 73 AT 31MAY2011 21:07:40

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

Benson 000081
CONFIDENTIAL

```
DATE: 05-31-2011 09:08:58 PM     Type: Recv

SUBJECT:    QH FROM NCIC - QH: BENAVIDEZ,EDWARD STEVEN JR, 19830725
Message:
Reference: 037S00003E
Msg ID   : 037S00003E
Msg Key  : QH
Date/Time: 20110531210742
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : GGSB
Control  : TCO WOODS
Summary  : QH: BENAVIDEZ,EDWARD STEVEN JR, 19830725

TXT: NL01GGSB TCO WOODS
TX0840000
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BENAVIDEZ,EDWARD STEVEN JR.SEX/M.RAC/W.███████████25.
PUR/J.
END

MRI: 57790405 IN: NCIC 281680 AT 31MAY2011 21:07:41
OUT: GGSB 74 AT 31MAY2011 21:07:42

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

Benson 000082
CONFIDENTIAL

```
DATE: 06-28-2011 08:22:56 AM     Type: Recv
SUBJECT:     KR FROM NDLS - RSDWW: 01250035
Message:
Reference: 038K00000Z
Msg ID   : 038K00000Z
Msg Key  : KR
Date/Time: 20110628082254
Ent Agy  :
Requester:
User     :
ORI      : TXOLN0000
Source   : NDLS
Dest     : GGSZ
Control  :
Summary  : RSDWW: 01250035

TXT: SEARCH ON 01250035

        NAME: BENAVIDEZ, EDWARD, STEVEN, JR
   DESCRIPTION: WHITE\MALE\           5-03\110\BROWN\BROWN
      SEX OFF: N COMM IMPED: N ORGAN DONOR:   VISA EXP:
 PHYSICAL ADD:
 CI/CO/ST/ZIP: GALVESTON,GALVESTON,TEXAS,77551-0000, UNITED STATES
  MAILING ADD:               DR
   CI/ST/ZIP: GALVESTON,TEXAS,77551-0000, UNITED STATES
   REC STATUS: ELIGIBLE
 ADMIN STATUS:
  CARD STATUS:
 HME THR ASMT:
    CARD TYPE: DL #: 01250035 CLASS: C  TYPE: DL  EXPIR DATE: 07252012
 RESTRICTIONS: A WITH CORRECTIVE LENSES
 ENDORSEMENTS:

 CONVICTION: FAILED TO DRIVE IN SINGLE LANE
 OFF DT: 04152005 CONV DT: 04262005
 OFFENSE LOC: TX,GALVESTON CMV: N HAZMAT: N

 **** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE
 FEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THE
 MOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 *******

 ********* END OF RECORD*********
 MRI: 3346851 IN: NDLS 22948 AT 28JUN2011 08:22:54
 OUT: GGSZ 23 AT 28JUN2011 08:22:54

 DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000083
CONFIDENTIAL

```
DATE: 06-28-2011 08:22:58 AM     Type: Recv

SUBJECT:    RSDWW FROM TCIC - RSDWW: 01250035
Message:
Reference: 038K00000Z
Msg ID   : 038K00000Z
Msg Key  : RSDWW
Date/Time: 20110628082256
Ent Agy  :
Requester:
User     :
ORI      :
Source   : TCIC
Dest     : GGSZ
Control  : MR03346840
Summary  : RSDWW: 01250035

TXT: NN01GGSZ MR03346840.
TX0840000
NO TCIC WANT OLN/01250035
NO TCIC WANT NAM/BENAVIDEZ,EDWARD STEVEN JR DOB/19830725

**THIS MESSAGE IS FROM THE TCIC 2000 SYSTEM.**

MRI: 3346890 TN: TCIC 51351 AT 28JUN2011 08:22:56
OUT: GGSZ 24 AT 28JUN2011 08:22:56

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000084
CONFIDENTIAL

```
DATE: 06-28-2011 08:22:59 AM     Type: Recv

SUBJECT:    AM FROM USER - RSDWW: 01250035
Message:
Reference: 038K00000Z
Msg ID   : 038K00000Z
Msg Key  : AM
Date/Time: 20110628082258
Ent Agy  :
Requester:
User     :
ORI      : TX1010000
Source   : USER
Dest     : GGSZ
Control  :
Summary  : RSDWW: 01250035

TXT: 1N01GGSZ 6851

TX0840000
SETCIC RESPONSE ON NAM/BENAVIDEZ, EDWARD STEVEN JR RAC/W SEX/M DOB/072583
** NO HITS **
2
MRI: 3346897 IN: SETQ 4288 AT 28JUN2011 08:22:56
OUT: GGSZ 25 AT 28JUN2011 08:22:58

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

Benson 000085
CONFIDENTIAL

```
DATE: 06-28-2011 08:23:06 AM      Type: Recv
SUBJECT:    RSDWW FROM NCIC - RSDWW: 01250035
Message:
Reference: 038K00000Z
Msg ID   : 038K00000Z
Msg Key  : RSDWW
Date/Time: 20110628082304
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : GGSZ
Control  : MR03346840
Summary  : RSDWW: 01250035

TXT: 1L01GGSZ MR03346840
TX0840000
NO NCIC WANT 0LN/01250035
NO NCIC WANT NAM/BENAVIDEZ,EDWARD STEVEN JR DOB/19830725
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

MRI: 3347072 IN: NCIC 61774 AT 28JUN2011 08:23:04
OUT: GGSZ 26 AT 28JUN2011 08:23:04

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000086
CONFIDENTIAL

```
DATE: 06-28-2011 08:24:03 AM     Type: Recv

SUBJECT:    QH FROM CCH - QH: BENAVIDEZ,EDWARD, 19830725
Message:
Reference: 038K000015
Msg ID   : 038K000015
Msg Key  : QH
Date/Time: 20110628082401
Ent Agy  :
Requester:
User     :
ORI      : TX0840000
Source   : CCH
Dest     : GGSZ
Control  :
Summary  : QH: BENAVIDEZ,EDWARD, ████████

TXT: NL01GGSZ.QH.TX0840000
NAM/BENAVIDEZ,EDWARD.SEX/M.RAC/W.DOB/████████R/J.REQ/DEPUTY C
DEAN.OPR/TCO/HENSON
NO RECORD ON FILE

 CRIME RECORDS SERVICE DPS AUSTIN TX 06/28/2011
MRI: 3348462 IN: CCH 8890 AT 28JUN2011 08:24:01
OUT: GGSZ 27 AT 28JUN2011 08:24:01

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Page 1

Benson 000087
CONFIDENTIAL

```
DATE: 06-28-2011 08:24:04 AM     Type: Recv

SUBJECT:    QH FROM NCIC - QH: BENAVIDEZ,EDWARD, 19830725
Message:
Reference: 038K000015
Msg ID   : 038K000015
Msg Key  : QH
Date/Time: 20110628082403
Ent Agy  :
Requester:
User     :
ORI      : TXNCIC000
Source   : NCIC
Dest     : GGSZ
Control  :
Summary  : QH: BENAVIDEZ,EDWARD, ████████

TXT: NL01GGSZ
TX0840000
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BENAVIDEZ,EDWARD.SEX/M.RAC/W.DOB███████████PUR/J.
END

MRI: 3348465 IN: NCIC 62052 AT 28JUN2011 08:24:01
OUT: GGSZ 28 AT 28JUN2011 08:24:03

DISSEMINATED ON TLETS FOR CRIMINAL JUSTICE PURPOSES ONLY.
```

Benson 000088
CONFIDENTIAL

## Texas Commission of Law Enforcement Officer Standards and Education

**6330 E. HIGHWAY 290, SUITE 200**
**AUSTIN, Texas 78723-1035**
**(512) 936-7700**
http://www.tcleose.state.tx.us

# COLLEGE EDUCATION REQUEST (F-7)

### STUDENT INFORMATION

| 1. ☐ Peace Officer ☐ Jail ☐ Student ☐ Other | 2. First Name EDDIE | 3 M.I. S | 4. Last Name BENAVIDEZ | 5. Suffix (Jr., etc.) JR. |
|---|---|---|---|---|
| 6. TCLEOSE PID 392044 | 7. Date of Birth ~~████~~ | 8. Home Mailing Address ~~████~~ Bayou Homes Dr | | |
| 9. City Galveston | | 10. State TX | 11. Zip Code 77551 | 12. Phone Number ~~████~~ |

### DEPARTMENT INFORMATION

| 13. TCLEOSE Agency Number 167100 | 17. Name of Law Enforcement Agency GALVESTON CO. SHERIFF'S OFFICE |
|---|---|

### COLLEGE INFORMATION

| 15. COLLEGE – List all colleges/universities * | City and State | Degree Awarded** | Hours |
|---|---|---|---|
| Galveston College | Galveston Tx | College Credits | 81 |
| **College credit, Assoc., Bachelors, Doctorate, Masters | | TOTAL HOURS | 81 |

**Documented hours must either be a passing letter grade or pass. Credit will not be awarded for failing courses.**

*211.1(a)(3) College or University must be accredited by one of the following;

Southern Association of Colleges and Schools (SACS-CC), Middle States Association of Schools and Colleges (MSA), North Central Association of Colleges and Schools (NCA), Northwest Commission on Colleges and Universities (NWCCU), Western Association of Schools and Colleges (WASC), and New England Association of Schools and Colleges, Inc. (NEASC-CIHE)

I, the applicant, attest that these hours are from an accredited regional college or university identified by 211.1(a)(3).

I, the applicant, am fully aware that this application is a government document and under penalties of perjury I declare the foregoing information to be true and correct.

_____     _____
SIGNATURE OF LICENSE HOLDER          DATE

I, chief administrator or designee, attest that these hours meet the requirements of 211.1(a)(3).  College hours are not being submitted for training hours earned for basic peace officer class.

_____     _____     _____
AGENCY ADMINISTRATOR  (Type or Print)    ADMINISTRATOR SIGNATURE        DATE

Benson 000089
CONFIDENTIAL


**Galveston College**

February 23, 2011

Dear Colleague:

As a part of our recent software implementation, Galveston College has temporarily lost the ability to document our student's TSI status on our transcripts. Please accept this addendum as official proof of the student's TSI status and test scores.

**NAME**:   Edward Benavidez
**SSN/ID**:

| **AREA** | **STATUS** | **METHOD** | | |
|----------|-----------|-----------|-----|-----------|
| MATH | Satidfied | Math 0304 | Credit | Fall 2003 |
| READ | Satisfied | THEA | 236 | 07/20/2002 |
| WRITING | Satisfied | THEA | 240 | 11/22/2002 |

TSI Satisfied

If you have any questions, please call the Office of Admissions at (409) 944-1230.

Sincerely,

Cynthia Alcala, M.A. , M.B.A.
Director of Admissions/Registrar

4015 Avenue Q • Galveston, Texas 77550 • (409) 944-4242 • Fax (409) 944-1501

Benson 000090
CONFIDENTIAL

Date Printed: 21 Feb 2011    ID: 0129773

Edward S. Benavidez, Jr. 

Birth Date: ███████    SSN: ███████

---

***** TEXAS SUCCESS INITIATIVE *****
Math : DE Developmental Education
Read : PI Passed Initial Test
Write: PI Passed Initial Test

| COURSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS | COURSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Test | | 0.00 | | | | | **2004 FALL** | | | | |
| Placement | | 0.00 | | | | ENGL1302 | COMPOSITION II | 3.00 | 3.00 | B | 9.00 |
| | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | CORE CODE: (010) | | | | |
| | Cum GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | GOVT2305 | FEDERAL GOVERNMENT | 3.00 | 0.00 | F | 0.00 |
| | **2002 FALL** | | | | | | CORE CODE: (070) | | | | |
| ENGL0301 | INTRODUCTION TO WRITING SKILLS | 0.00 | 0.00 | NC | 0.00 | HIST1302 | UNITED STATES HISTORY FRM 1877 | 3.00 | 3.00 | C | 6.00 |
| MATH0300 | BASIC MATHEMATICS | 0.00 | 0.00 | CR | 0.00 | | CORE CODE: (060) | | | | |
| SSBI0301 | STUDY SKILLS IN BIOLOGY | 0.00 | 0.00 | CR | 0.00 | MATH1414 | COLLEGE ALGEBRA | 4.00 | 4.00 | D | 4.00 |
| SSFC0301 | STUDY SKILLS FOR COLLEGE | 0.00 | 0.00 | NC | 0.00 | | CORE CODE: (020) | | | | |
| | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | Term GPA 1.462 Credit | 13.00 | 10.00 | | 9.00 |
| | Cum GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | Cum GPA 2.355 Credit | 31.00 | 28.00 | | 73.00 |
| | **2003 SPRING** | | | | | | **2010 FALL** | | | | |
| DRAM1310 | INTRODUCTION TO THEATRE | 3.00 | 3.00 | B | 9.00 | CJLE1506 | BASIC PEACE OFFICER I | 5.00 | 5.00 | A | 20.00 |
| | CORE CODE: (050) | | | | | CJLE1512 | BASIC PEACE OFFICER II | 5.00 | 5.00 | A | 20.00 |
| ENGL1301 | same as ENGL1301 : 01/12/2004 | 3.00 | 3.00 | D | 3.00 | PHED1117 | FITNESS TRAIN: LAW ENFORCE I | 1.00 | 1.00 | A | 4.00 |
| | CORE CODE: (010) | | | | | | CORE CODE: (090) | | | | |
| HIST1302 | same as HIST1302 : 08/30/2004 | 3.00 | 3.00 | D | 3.00 | PHED1118 | FITNESS TRAIN: LAW ENFORCE II | 1.00 | 1.00 | A | 4.00 |
| MATH0303 | INTRODUCTORY ALGEBRA | 0.00 | 0.00 | CR | 0.00 | | CORE CODE: (090) | | | | |
| | Term GPA 1.667 Credit | 9.00 | 9.00 | | 15.00 | | President's List | | | | |
| | Cum GPA 1.667 Credit | 9.00 | 9.00 | | 15.00 | | Term GPA 4.000 Credit | 12.00 | 12.00 | | 48.00 |
| | **2003 FALL** | | | | | | Cum GPA 2.814 Credit | 43.00 | 40.00 | | 121.00 |
| GOVT2305 | same as GOVT2305 : 08/30/2004 | 3.00 | 3.00 | D | 3.00 | | **2011 SPRING** | | | | |
| | CORE CODE: (070) | | | | | CJLE1518 | BASIC PEACE OFFICER III | | | CIP | 0.00 |
| MATH0304 | INTERMEDIATE ALGEBRA | 0.00 | 0.00 | CR | 0.00 | CJLE1524 | BASIC PEACE OFFICER IV | | | CIP | 0.00 |
| MUSI1306 | MUSIC APPRECIATION | 3.00 | 3.00 | C | 6.00 | PHED2100 | FITNESS TRAIN: LAW ENFORCE III | | | CIP | 0.00 |
| | CORE CODE: (050) | | | | | | CORE CODE: (090) | | | | |
| SPCH1315 | BEGINNING PUBLIC SPEAKING | 3.00 | 3.00 | A | 12.00 | PHED2101 | FITNESS TRAIN: LAW ENFORCE IV | | | CIP | 0.00 |
| | CORE CODE: (011) | | | | | | CORE CODE: (090) | | | | |
| | Term GPA 2.333 Credit | 9.00 | 9.00 | | 21.00 | | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 |
| | Cum GPA 2.000 Credit | 18.00 | 13.00 | | 36.00 | | Cum GPA 2.814 Credit | 43.00 | 40.00 | | 121.00 |
| | **2004 SPRING** | | | | | | | | | | |
| DRAM1351 | BEGINNING ACTING I | 3.00 | 3.00 | A | 12.00 | | End of official record. | | | | |
| ENGL1301 | COMPOSITION I | 3.00 | 3.00 | C | 6.00 | | | | | | |
| | CORE CODE: (010) | | | | | | | | | | |
| HIST1301 | UNITED STATES HISTORY TO 1877 | 3.00 | 3.00 | B | 9.00 | | | | | | |
| | CORE CODE: (060) | | | | | | | | | | |
| MATH0100 | REVIEW MATH SKILLS FOR THEA | 0.00 | 0.00 | NC | 0.00 | | | | | | |
| MATH1414 | same as MATH1414 : 08/30/2004 | 4.00 | 4.00 | D | 4.00 | | | | | | |
| | CORE CODE: (020) | | | | | | | | | | |
| | Term GPA 2.385 Credit | 13.00 | 13.00 | | 28.00 | | | | | | |
| | Cum GPA 2.286 Credit | 28.00 | 28.00 | | 64.00 | | | | | | |

Benson 000091
CONFIDENTIAL

# TEXAS
## COMMISSION ON LAW ENFORCEMENT
### Officer Standards and Education

6330 E HIGHWAY 290 STE 200, AUSTIN TEXAS 78723-1035
PHONE 512-936-7700

5/24/2011 11:54:25 AM

TCLEOSE ID: ▓▓▓▓▓
EDDIE S. BENAVIDEZ JR.
▓▓▓▓▓▓▓▓▓▓▓▓
GALVESTON, TX 77551

**Exam: Peace Officer Licensing Exam**
**Score: 86 - Passed**

You Passed the Peace Officer Licensing Exam with a score of 86 on 5/24/2011 11:50:32
AM.

Retain this printout as proof of passing.

Attached is an analysis of the latest attempt which identifies areas where improvement is
needed.

**Texas Commission on Law Enforcement**

Benson 000092
CONFIDENTIAL

# TEXAS
## COMMISSION ON LAW ENFORCEMENT
### Officer Standards and Education

6330 U.S. HIGHWAY 290 EAST, SUITE 200 AUSTIN, TEXAS 78723
PHONE 512-936-7700

Ref P_ID:392044

| Topic / Objective | Correct/Incorrect | Percent |
|---|---|---|
| Arrest Search & Seizure | 18/5 | 78% |
| Civil Process and Liability | 4/1 | 80% |
| Code of Criminal Procedure | 17/2 | 89% |
| Criminal Investigation | 19/1 | 95% |
| Crisis Intervention Training (CIT) -Mental Health Code | 2/1 | 67% |
| Family Code and Juvenile Issues | 8/1 | 89% |
| Family Violence and Related Assaultive Offenses | 8/0 | 100% |
| Fitness Wellness & Stress Management | 1/0 | 100% |
| Force Options | 16/2 | 89% |
| Hazardous Materials Awareness | 4/1 | 80% |
| Health and Safety Code - Controlled Substances Act | 3/1 | 75% |
| Multiculturalism and Human Rights | 4/0 | 100% |
| Patrol/Consular Notification | 15/0 | 100% |
| Penal Code | 36/4 | 90% |
| Problem Solving and Critical Thinking | 1/1 | 50% |
| Professional Police Driving | 3/0 | 100% |
| Professional Policing | 6/1 | 86% |
| Professionalism and Ethics | 4/0 | 100% |
| Strategies of Defense - Firearms | 2/1 | 67% |
| Strategies of Defense - Mechanics of Arrest | 5/3 | 63% |
| Texas Alcoholic Beverage Code | 0/1 | 0% |
| Traffic | 27/5 | 84% |
| U.S. & Texas Constitution Bill of Rights & Criminal Justice System | 8/1 | 89% |
| Victims of Crime | 3/1 | 75% |
| Written and Verbal Communication | 1/2 | 33% |

Benson 000093
CONFIDENTIAL

# Texas Commission O   Law Enforcement Officer St   dards And Education

## Personal Information

| Name | TCLEOSE ID (P ID) | STATUS |
|------|------------------|--------|
| EDDIE S. BENAVIDEZ JR. | 392044 | |

| Citizen | Race | Gender | Federal ID | State ID |
|---------|------|--------|-----------|----------|
| Yes | Hispanic | Male | | |

## Education Information

| Institution | Hours | Education |
|-------------|-------|-----------|
| | 0 | High School |
| Total Hours | 0 | |
| Total Education Hours | 0 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|--------------|-----------|-------|-------------------|-----------------|--------------|
| | | No records found | | | |

## Total Service Time

| Description | Service Time |
|-------------|--------------|
| No records found | |

## Award Information

| Award | Type | Action | Action Date |
|-------|------|--------|-------------|
| | No records found | | |

## Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|------------|-------------|-------------|--------------|-------------|-------------------|
| 1000 | Basic Peace Officer | 5/10/2011 | 624 | Galveston College LEA | 81st Session State and Federal Law Update Crisis Intervention Training Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 3/1/2011 | 0 | Galveston College LEA | |

Benson 000094
CONFIDENTIAL

# Galveston College



Upon the recommendation of the Faculty and by authority of the

Board of Regents hereby awards a

Certificate of Completion

to

## Edward Steven Benavidez, Jr.

in

## Criminal Justice Law Enforcement Academy

together with all the rights, privileges and honors thereunto appertaining.

In Witness Whereof the signatures of the officers are hereunto affixed.

Given at Galveston, Texas, this 12th day of May, 2011

Chairperson of the Board of Regents            President of the College

Benson 000095
CONFIDENTIAL



A BLACK AND WHITE DOCUMENT IS NOT OFFICIAL

**Galveston College**

4015 Avenue Q
Galveston, TX 77550
OFFICE OF THE REGISTRAR
Permanent Academic Record

Date Printed: 24 May 2011    ID: 0129773

Page:    1 of   1

Edward S. Benavidez, Jr.

Cynthia Alcala, M.A., M.B.A.
Director of Admissions/Registrar

Birth Date                SSN:

***** TEXAS SUCCESS INITIATIVE *****
AREA    STATUS    METHOD              DATE    SCORE    METHOD/TRANSFER
*****************************************************************************************

Math:   Met       Developmental Education    05/13/03    CR    MATH-0303
Read:   Met       Passed Initial Test        07/20/02    236   THEA/TASP Reading
Write:  Met       Passed Initial Test        11/22/02    240   THEA/TASP Writin    200   THEA/TASP Writin
TSI Satisfied

| JRSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS | COURSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 FALL | | | | | | 2004 FALL | | | | |
| | | | | | | ENGL1302 | COMPOSITION II | 3.00 | 3.00 | C | 9.00 |
| ENGL0301 | INTRODUCTION TO WRITING SKILLS | 0.00 | 3.00 | NC | 0.00 | | CORE CODE: (010) | | | | |
| MATH0300 | BASIC MATHEMATICS | 0.00 | 0.00 | CR | 0.00 | GOVT2305 | FEDERAL GOVERNMENT | 3.00 | 0.00 | F | 0.00 RT |
| SSBI0301 | STUDY SKILLS IN BIOLOGY | 0.00 | 0.00 | CR | 0.00 | | CORE CODE: (070) | | | | |
| SSFC0301 | STUDY SKILLS FOR COLLEGE | 0.00 | 0.00 | NC | 0.00 | HIST1302 | UNITED STATES HISTORY FRM 1877 | 3.00 | 3.00 | C | 6.00 RT |
| | Term  GPA 0.000    Credits | 0.00 | 0.00 | | 0.00 | | CORE CODE: (060) | | | | |
| | Cum   GPA 0.000    Credits | 0.00 | 0.00 | | 0.00 | MATH1414 | COLLEGE ALGEBRA | 4.00 | 4.00 | D | 4.00 RT |
| | | | | | | | CORE CODE: (020) | | | | |
| | 2003 SPRING | | | | | | Term  GPA 1.462    Credits | 13.00 | 10.00 | | 19.00 |
| DRAM1310 | INTRODUCTION TO THEATRE | 3.00 | 3.00 | B | 9.00 | | Cum   GPA 2.355    Credits | 31.00 | 28.00 | | 73.00 |
| | CORE CODE: (050) | | | | | | | | | | |
| ENGL1301 | COLLEGE COMPOSITION | 3.00 | 3.00 | D | 3.00 RP | | 2010 FALL | | | | |
| | CORE CODE: (010) | | | | | CJLE1506 | BASIC PEACE OFFICER I | 5.00 | 5.00 | A | 20.00 |
| HIST1302 | UNITED STATES HISTORY FRM 1877 | 3.00 | 3.00 | D | 3.00 RP | CJLE1512 | BASIC PEACE OFFICER II | 5.00 | 5.00 | A | 20.00 |
| | CORE CODE: (060) | | | | | PHED1117 | FITNESS TRAIN: LAW ENFORCE I | 1.00 | 1.00 | A | 4.00 |
| MATH0303 | INTRODUCTORY ALGEBRA | 0.00 | 0.00 | CR | 0.00 | | CORE CODE: (090) | | | | |
| | Term  GPA 1.667    Credits | 9.00 | 9.00 | | 15.00 | PHED1118 | FITNESS TRAIN: LAW ENFORCE II | 1.00 | 1.00 | A | 4.00 |
| | Cum   GPA 1.667    Credits | 9.00 | 9.00 | | 15.00 | | CORE CODE: (090) | | | | |
| | | | | | | | President's List | | | | |
| | 2003 FALL | | | | | | Term  GPA 4.000    Credits | 12.00 | 12.00 | | 48.00 |
| GVT2305 | FEDERAL GOVERNMENT | 3.00 | 3.00 | D | 3.00 RP | | Cum   GPA 2.814    Credits | 43.00 | 40.00 | | 121.00 |
| | CORE CODE: (070) | | | | | | | | | | |
| MATH0304 | INTERMEDIATE ALGEBRA | 0.00 | 0.00 | CR | 0.00 | | 2011 SPRING | | | | |
| MUSI1306 | MUSIC APPRECIATION | 3.00 | 3.00 | C | 6.00 | CJLE1518 | BASIC PEACE OFFICER III | 5.00 | 5.00 | A | 20.00 |
| | CORE CODE: (050) | | | | | CJLE1524 | BASIC PEACE OFFICER IV | 5.00 | 5.00 | A | 20.00 |
| SPCH1318 | BEGINNING PUBLIC SPEAKING | 3.00 | 3.00 | A | 12.00 | PHED2100 | FITNESS TRAIN: LAW ENFORCE III | 1.00 | 1.00 | A | 4.00 |
| | CORE CODE: (011) | | | | | | CORE CODE: (090) | | | | |
| | Term  GPA 2.333    Credits | 9.00 | 9.00 | | 21.00 | PHED2101 | FITNESS TRAIN: LAW ENFORCE IV | 1.00 | 1.00 | A | 4.00 |
| | Cum   GPA 2.000    Credits | 18.00 | 18.00 | | 36.00 | | CORE CODE: (090) | | | | |
| | | | | | | | Term  GPA 4.000    Credits | 12.00 | 12.00 | | 48.00 |
| | 2004 SPRING | | | | | | Cum   GPA 3.073    Credits | 55.00 | 52.00 | | 169.00 |
| DRAM1351 | BEGINNING ACTING I | 3.00 | 3.00 | A | 12.00 | | | | | | |
| ENGL1301 | COMPOSITION I | 3.00 | 3.00 | C | 6.00 RT | | End of official record. | | | | |
| | CORE CODE: (010) | | | | | | | | | | |
| HIST1301 | UNITED STATES HISTORY TO 1877 | 3.00 | 3.00 | B | 9.00 | | | | | | |
| | CORE CODE: (060) | | | | | | | | | | |
| MATH0100 | REVIEW MATH SKILLS FOR THEA | 0.00 | 0.00 | NC | 0.00 | | | | | | |
| MATH1414 | COLLEGE ALGEBRA | 4.00 | 4.00 | D | 4.00 RP | | | | | | |
| | CORE CODE: (020) | | | | | | | | | | |
| | Term  GPA 2.385    Credits | 13.00 | 13.00 | | 31.00 | | | | | | |
| | Cum   GPA 2.286    Credits | 28.00 | 28.00 | | 64.00 | | | | | | |

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

Benson 000096
CONFIDENTIAL



A BLACK AND WHITE DOCUMENT IS NOT OFFICIAL

**Galveston College**

Date Printed: 21 Feb 2011     ID: 0129773

4015 Avenue Q
Galveston, TX 77550
OFFICE OF THE REGISTRAR
Permanent Academic Record

Edward S. Benavidez, Jr.

Cynthia Alcala, M.A., M.B.A.
Director of Admissions/Registrar

Birth Date: ███   SSN: ███

***** TEXAS SUCCESS INITIATIVE *****
Math : DE Developmental Education
Read : PI Passed Initial Test
Write: PI Passed Initial Test

| COURSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS | COURSE | Course Title | CRED ATT | CRED CMPL | GRD | GRD PTS |
|--------|--------------|----------|-----------|-----|---------|--------|--------------|----------|-----------|-----|---------|
| Other Test Placement | | 0.00 0.00 | | | | 2004 FALL | | | | | |
| | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | ENGL1302 | COMPOSITION II | 3.00 | 3.00 | B | 9.00 |
| | Cum GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | CORE CODE: (4010) | | | | |
| | | | | | | GOVT2305 | FEDERAL GOVERNMENT | 3.00 | 0.00 | F | 0.00 |
| 2002 FALL | | | | | | | CORE CODE: (070) | | | | |
| ENGL0301 | INTRODUCTION TO WRITING SKILLS | 0.00 | 0.00 | NC | 0.00 | HIST1302 | UNITED STATES HISTORY FRM 1877 | 3.00 | 3.00 | C | 6.00 |
| MATH0300 | BASIC MATHEMATICS | 0.00 | 0.00 | CR | 0.00 | | CORE CODE: (060) | | | | |
| SSBI0301 | STUDY SKILLS IN BIOLOGY | 0.00 | 0.00 | CR | 0.00 | MATH1414 | COLLEGE ALGEBRA | 4.00 | 4.00 | D | 4.00 |
| SSFC0301 | STUDY SKILLS FOR COLLEGE | 0.00 | 0.00 | NC | 0.00 | | CORE CODE: (020) | | | | |
| | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | Term GPA 1.462 Credit | 13.00 | 10.00 | | 9.00 |
| | Cum GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 | | Cum GPA 2.355 Credit | 31.00 | 28.00 | | 73.00 |
| 2003 SPRING | | | | | | 2010 FALL | | | | | |
| DRAM1310 | INTRODUCTION TO THEATRE | 3.00 | 3.00 | B | 9.00 | CJLE1506 | BASIC PEACE OFFICER I | 5.00 | 5.00 | A | 20.00 |
| | CORE CODE: (050) | | | | | CJLE1512 | BASIC PEACE OFFICER II | 5.00 | 5.00 | A | 20.00 |
| ENGL1301 | same as ENGL1301 : 01/12/2004 | 3.00 | 3.00 | D | 3.00 | PHED1117 | FITNESS TRAIN: LAW ENFORCE I | 1.00 | 1.00 | A | 4.00 |
| | CORE CODE: (010) | | | | | | CORE CODE: (090) | | | | |
| HIST1302 | same as HIST1302 : 08/30/2004 | 3.00 | 3.00 | D | 3.00 | PHED1118 | FITNESS TRAIN: LAW ENFORCE II | 1.00 | 1.00 | A | 4.00 |
| | CORE CODE: (060) | | | | | | CORE CODE: (090) | | | | |
| MATH0303 | INTRODUCTORY ALGEBRA | 0.00 | 0.00 | CR | 0.00 | | President's List | | | | |
| | Term GPA 1.667 Credit | 9.00 | 9.00 | | 15.00 | | Term GPA 4.000 Credit | 12.00 | 12.00 | | 48.00 |
| | Cum GPA 1.667 Credit | 9.00 | 9.00 | | 15.00 | | Cum GPA 2.814 Credit | 43.00 | 40.00 | | 121.00 |
| 2003 FALL | | | | | | 2011 SPRING | | | | | |
| GOVT2305 | same as GOVT2305 : 08/30/2004 | 3.00 | 3.00 | D | 3.00 | CJLE1518 | BASIC PEACE OFFICER III | | | CIP | 0.00 |
| | CORE CODE: (070) | | | | | CJLE1524 | BASIC PEACE OFFICER IV | | | CIP | 0.00 |
| MATH0304 | INTERMEDIATE ALGEBRA | 0.00 | 0.00 | CR | 0.00 | PHED2100 | FITNESS TRAIN: LAW ENFORCE III | | | CIP | 0.00 |
| MUSI1306 | MUSIC APPRECIATION | 3.00 | 3.00 | C | 6.00 | | CORE CODE: (090) | | | | |
| | CORE CODE: (050) | | | | | PHED2101 | FITNESS TRAIN: LAW ENFORCE IV | | | CIP | 0.00 |
| SPCH1315 | BEGINNING PUBLIC SPEAKING | 3.00 | 3.00 | A | 12.00 | | CORE CODE: (090) | | | | |
| | CORE CODE: (011) | | | | | | Term GPA 0.000 Credit | 0.00 | 0.00 | | 0.00 |
| | Term GPA 2.333 Credit | 9.00 | 9.00 | | 21.00 | | Cum GPA 2.814 Credit | 43.00 | 40.00 | | 121.00 |
| | Cum GPA 2.000 Credit | 18.00 | 18.00 | | 36.00 | | | | | | |
| 2004 SPRING | | | | | | End of official record. | | | | | |
| DRAM1351 | BEGINNING ACTING I | 3.00 | 3.00 | A | 12.00 | | | | | | |
| ENGL1301 | COMPOSITION I | 3.00 | 3.00 | C | 6.00 | | | | | | |
| | CORE CODE: (010) | | | | | | | | | | |
| HIST1301 | UNITED STATES HISTORY TO 1877 | 3.00 | 3.00 | B | 9.00 | | | | | | |
| | CORE CODE: (060) | | | | | | | | | | |
| MATH0100 | REVIEW MATH SKILLS FOR THEA | 0.00 | 0.00 | NC | 0.00 | | | | | | |
| MATH1414 | same as MATH1414 : 08/30/2004 | 4.00 | 4.00 | D | 4.00 | | | | | | |
| | CORE CODE: (020) | | | | | | | | | | |
| | Term GPA 2.385 Credit | 13.00 | 13.00 | | 28.00 | | | | | | |
| | Cum GPA 2.286 Credit | 28.00 | 28.00 | | 64.00 | | | | | | |

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

Benson 000097
CONFIDENTIAL

STATE OF TEXAS                    ACADEMIC ACHIEVEMENT RECORD        (ACCREDITED)
BENAVIDEZ, EDWARD S.             Parent/Guardian Name:        GALVESTON INDEPENDENT SCH
                                                              BALL HIGH SCHOOL
7/25/83          MALE                                         4115
HISPANIC                         GALVESTON TX 77551           GALVESTON TX 77550
                                                              409 765-5700    442690

TAAS MASTERY:    Reading: _____  Mathematics: _____  Writing: _____
END OF COURSE    Algebra I: _____                  Biology I: _____
                 English II: _____                 US History: _____
Schools Awarding Credit:  98/99  84902-001   99/00  84902-001   00/01  84902-001
                          01/02  84902-001

| ENGLISH | S1 | S2 | AV | CRED | PHYSICAL ED | S1 | S2 | AV | CRED |
|---------|----|----|----|------|-------------|----|----|----|------|
| 98/99 ENG 1 | 71 | | | .50 | 98/99 PE TS | 100 | | | .50 |
| 98/99 ENG 1 | | 61 | | | 98/99 PE 1A | | 83 | | .50 |
| 99/00 ENG 2 | 70 | | | .50 | 99/00 PE TS | 94 | | | .50 |
| 99/00 ENG 2 | | 70 | | .50 | | | | | |
| 00/01 ENG 3 | 84 | | | .50 | 01/02 AQUA SCI | 90 | | | .50 |
| 00/01 ENG 3 | | 80 | | .50 | 01/02 BESTT1 | X | 92 | | .50 |
| 00/01 ENG 4 | | 93 | | .50 | 01/02 BESTT1 | X | | 84 | .50 |
| 01/02 ENG 4 | 70 | | | .50 | LANGUAGES | | | | |
| 01/02 ENG 4 | | 70 | | .50 | 99/00 SPAN1 | 75 | | | .50 |
| MATHEMATICS | | | | | 99/00 SPAN1 | | 77 | | .50 |
| 98/99 ALG 1 | 79 | | | .50 | 00/01 SPAN2 | 96 | | | .50 |
| 98/99 ALG 1 | | 76 | | .50 | 00/01 SPAN2 | | 82 | | .50 |
| 99/00 GEOM | 75 | | | .50 | 01/02 SPAN3 | 72 | | | .50 |
| 99/00 GEOM | | 75 | | .50 | 01/02 SPAN3 | | 70 | | .50 |
| 00/01 MTHMOD | 79 | | | .50 | FINE ARTS | | | | |
| 00/01 MTHMOD | | 83 | | .50 | 98/99 TH1 | 93 | | | .50 |
| SCIENCE | | | | | 98/99 TH1 | | 85 | | .50 |
| 98/99 IPC | 73 | | | .50 | 99/00 TH2 | 96 | | | .50 |
| 98/99 IPC | | 64 | | | 99/00 TH2 | | 98 | | .50 |
| 99/00 BIO 1 | 62 | | | | 00/01 TH3 | 90 | | | .50 |
| 99/00 BIO 1 | | 64 | | | 00/01 TH PROD1 | 97 | | | .50 |
| 00/01 BIO | 88 | | | .50 | 00/01 TH3 | | 100 | | .50 |
| 00/01 BIO | | 88 | | .50 | 00/01 TH PROD1 | | 99 | | .50 |
| SOCIAL | | | | | 01/02 TH TECH1 | 91 | | | .50 |
| 98/99 W GEO | 70 | | | .50 | 01/02 TH4 | 95 | | | .50 |
| 98/99 W GEO | | 70 | | .50 | 01/02 TH PROD2 | 97 | | | .50 |
| 99/00 W HIST | 84 | | | .50 | 01/02 TH TECH1 | | 89 | | .50 |
| 99/00 W HIST | | 89 | | .50 | 01/02 TH4 | | 97 | | .50 |
| 00/01 US HIST | 88 | | | .50 | 01/02 TH PROD2 | | *88 | | |
| 00/01 US HIST | | 90 | | .50 | TECH APPL | | | | |
| 01/02 GOVT | 78 | | | .50 | 99/00 BEGBCIS1 | 72 | | | .50 |
| ECONOMICS | | | | | 99/00 BEGBCIS1 | | 70 | | .50 |
| 01/02 ECO-FE | | 80 | | .50 | SPEECH | | | | |
| HEALTH | | | | | 98/99 COMMAPP | | 83 | | .50 |
| 99/00 HLTH ED | | 90 | | .50 | OTHERS | | | | |
| | | | | | 98/99 ALG EXPL L | 79 | | | .50 |
| | | | | | 98/99 P.A.A. | 100 | | | .50 |
| | | | | | 98/99 ALG EXPL L | | 78 | | .50 |
| | | | | | 00/01 VI MEDIA | 78 | | | .50 |
| | | | | | 01/02 TNCRT | X | 63 | | |

| Credit Totals | Local | State | Total | Date Printed: 6/05/02 |
|---------------|-------|-------|-------|------------------------|
| 98/99  09 | 1.00 | 6.00 | 7.00 | |
| 99/00  10 | | 7.00 | 7.00 | |
| 00/01  11 | | 8.00 | 8.00 | |

Benson 000098
CONFIDENTIAL

```
STATE OF TEXAS              ACADEMIC ACHIEVEMENT RECORD        (ACCREDITED)
BENAVIDEZ, EDWARD S.          Parent/Guardian Name:      GALVESTON INDEPENDENT SC
    16509        458735313    EDWARD BENAVIDEZ           BALL HIGH SCHOOL
   7/25/83       MALE         1810 BAYOU HOMES DR        4115 AVENUE O
HISPANIC                      GALVESTON TX 77551         GALVESTON TX 77550
                                                         409 766-5700     442690
```

```
01/02   12                        7.00    7.00
TOTAL                 1.00       28.00    29.00
Date of Certificate of                              Date of Class Rank:    6/05/0
Coursework Completion:  _____       Rank:          240
Date of Graduation:   5/30/02                       Class Size:    377
Grad. Program Type:  MINIMUM H S PROGRAM (GR9        GPA:            2.213
Signature and Title of School Official:             Quarter:        3
```

```
-------------------------------------------       | _____ |
                                                  | Texas Grant          |  |
                                                  | Academic Elig __     |  |
                    3/8/10                         | _____ |
```

X-EXPERIME    L-LOCAL CR

Benson 000099
CONFIDENTIAL

Benavidez, Edward S.

# TEST RESULTS

TAAS   C O N F I D E N T I A L                                    G
EXIT LEVEL CUMULATIVE LABEL                                       R
STUDENT: BENAVIDEZ EDWARD S                                       A
STUDENT-ID (PEIMS):                 DOB: 07/25/83                 D
DISTRICT:  084-902 GALVESTON ISD                                 E
CAMPUS: 001 BALL H S
                                                                 10

|         | SCALE SCORE | TLI  | MET MIN. EXPECT. | TEST DATE |
|---------|-------------|------|------------------|-----------|
| WRITING | 1580        |      | YES              | 02/00     |
| READING |             | X-73 | YES              | 02/00     |
| MATH    |             | X-76 | YES              | 02/00     |

C O N F I D E N T I A L
TEXAS END-OF-COURSE—CUMULATIVE LABEL
STUDENT: BENAVIDEZ EDWARD S
STUDENT-ID (PEIMS):                 DOB: 07/25/83
DISTRICT:  084-902 GALVESTON ISD
CAMPUS: 001 BALL H S

|              | SCALE SCORE | PASS | TEST DATE   |
|--------------|-------------|------|-------------|
| ENGLISH II   | 1410        | NO   | SPRING 2000 |
| ALGEBRA I    | 1330        | NO   | SPRING 1999 |
| BIOLOGY      | 1550        | YES  | SPRING 2000 |
| U.S. HISTORY | NO INFORMATION AVAILABLE |||

LAST
BENAVIDEZ                    FIRST
TEST DATE        GRADE       EDWARD              M.I.
MAY02            12                              S

SAT Program                  SAT I - V    SAT I - M
The College Board            330          360

---

## ACADEMIC ACHIEVEMENT RECORDS SENT:

| REQUESTING AGENCY | DATE SENT | REQUESTING AGENCY | DATE SENT |
|-------------------|-----------|-------------------|-----------|
| GALVESTON College | 6-12-02   |                   |           |

HONORS/ACTIVITIES

SPECIAL COMMENTS

## Personal Information Release Authorization

I, _Edward S Bernandez Jr_____, do hereby authorize a complete review of and full disclosure of all records concerning myself to any duly authorized agent of the City of Galveston Police Department, whether or not these records are of public, private or confidential nature.

I understand that any information obtained by a personal history background investigation that is developed directly or indirectly, in whole or in part, upon this release the City of Galveston Police Department will consider authorization in determining my suitability for employment. I also certify that any person or persons who may furnish such information concerning me shall no be held accountable for giving this information, and i do hereby release said person or persons from any and all liability which ma be incurred as a result of the furnishing of such information.

I also agree to pay any and all charges and / or fees associated with this request, and can be billed for such charges and / or fees at the below listed address.

A photocopy of this release form will be valid as an original thereof, even though the said photocopy does not contain an original writing of my signature.

_Edward Bernandez_____
Applicant's Signature (include Maiden Name):

Home Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
              (Number)        (Street)              (Apt #)

              _Galveston_      _Texas_              _77551_
              (City)          (State)              (Zip Code)

Telephone No. ▓▓▓▓▓▓▓▓▓▓▓▓
              (Area Code)     (Number)

Date of Birth:  _07_   _25_   _1983_
              (Month)  (Day)  (Year)

Social Security #: ▓▓▓▓▓▓▓   Driver License #▓▓▓▓▓▓ State _Tx_

_____

**State of Texas**
**County of** _Galveston_____

Before me, a Notary Public, on this day personally appeared
_Edward Bernandez_ to be the person whose name is subscribed to the
foregoing instrument and acknowledged to me that he executed the same for the
purpose and consideration therein expressed.

Given under my hand and seal of office this _6_ day of _May_____
200_L_

_Laura E Beebe_____
Notary Public, State of Texas
Personalized Seal

LAURA E BEEBE
NOTARY PUBLIC
STATE OF TEXAS
COMMISSION EXPIRES
DECEMBER 5, 2014



Benson 000102
CONFIDENTIAL



Benson 000103
CONFIDENTIAL



Do not laminate this card.

This card is invalid if not signed by the number holder unless health or age prevents signature.

Improper use of this card and/or number by the number holder or any other person is punishable by fine, imprisonment or both.

This card is the property of the Social Security Administration and must be returned upon request. If found, return to:
   SSA-ATTN: FOUND SSN CARD
   P.O. Box 17087 Baltimore Md. 21203
Contact your local Social Security office for any other matter regarding this card.

Department of Health and Human Services
Social Security Administration
Form OA-702A (5-84)                    823276283

Benson 000104
CONFIDENTIAL

**Galveston County Sheriff's Office**

☐ Corrections ☐ Law Enforcement ☐ Support Services ☐ Other _____

**Applicant Review**

☑ CCH ☑ Build ☐ L1 ☐ R1 ☐ Test ☐ L2 ☐ R2 ☐ Interview ☐ Culled

**Applicant Review Process List**

**APP. NAME:** _Benavidez Jr., Edward_  **APP. No.:** _2009/632_

## PERMISSIONS

☑ Notarized ☐ Signature

## DOCUMENTS

☑ D/L ☑ SS Card ☐ GED Cert ☑ HS Dip _BALL TRAV_ ☑ College Trans. ☑ DD214

☐ F-5 ☐ P/O Cert ☐ C/O Cert ☐ T/O Cert ☐ Evaluations ☐ Resume ☑ Certificates

☐ Other_____ ☐ Other_____ ☐ Other_____

## REVIEW

☐ TCIC ☐ NCIC ☐ SETCIC ☑ JWalk ☑ RMS ☑ JMS ☑ GLink ☑ P2P ☑ TDPS PSB ☐ TDCJ

☑ Galveston County ☑ Harris County ☑ Brazoria County ☑ Jefferson County ☑ Fort Bend County

☑ Accurint ☑ TaxNet ☐ Military CRSA ☐ MANTA ☑ WWW Search ☑ Other _dog pile_

☑ My Space ☑ FaceBook ☑ Yahoo ☑ Windows Live ☑ PhotoBucket/UTube ☑ LinkedIn ☐ ZOOM

☑ Friendster ☑ Orkut ☑ HI5 ☑ Bebo ☑ Imeem ☑ 43 Things ☑ News Groups

☑ FTA Hotline_____ ☑ Other _IDEX_ ☐ Other _____

## EMPLOYMENT

☐ E-1 S / R  ☐ E-2 S / R  ☐ E-3 S / R  ☐ E-4 S / R  ☐ E-5 S / R

## REFERENCES

☐ R-1 S / R  ☐ R-2 S / R  ☐ R-3 S / R  ☐ R-4 S / R  ☐ R-5 S / R

## ISSUES

☐ Incomplete ☐ Withdrew ☐ Citizenship ☐ Documents ☐ Warrant ☐ TCLEOSE ☐ CCH

☐ Class A/B, F ☐ C-DL/ID ☐ DD214 ☐ Inaccurate / Misleading ☐ Disposition ☐ No Show x _____

☐ _____ ☐ _____ ☐ _____ ☐ _____

## CONTACT

**Test:**

☑ Approved to Test Y / N  By: _6/9_ ☑ Tested _5 / 12 / 11_  Score: _68.75_

☑ Advised P / F _5 / 19 / 11_

☑ Rejection Letter ☑ Updated DB

**Interview:**

☐ Selected to Interview ☐ Interviewed ___/___/___ ☐ Advised P / F ___/___/___

☐ Not Recommended ☐ Rejection Letter ☐ Updated DB

**Hired:**

☐ Recommended ☐ Hired ___/___/___ ☐ Updated DB

**Reviewer:** ☐ 619 ☐ 621  **Date:** _____

GCSO – 08 – 0030 – R – Interview Report  _4/11 about Test 5/13/11_

Benson 000105
CONFIDENTIAL

CERTIFICATION OF VITAL RECORD

# GALVESTON COUNTY HEALTH DISTRICT
## BUREAU OF VITAL STATISTICS

STATE OF TEXAS     CERTIFICATE OF BIRTH     BIRTH NO.

Texas Department of Health — BUREAU OF VITAL STATISTICS

**CHILD**

| 1. NAME [Type or print] | (a) First | (b) Middle | (c) Last | 2. DATE OF BIRTH |
|---|---|---|---|---|
| | Edward | Steven | Benavidez, Jr. | |

| 3. SEX | 4a. PLACE OF BIRTH — COUNTY | 4b. CITY OR TOWN [If outside city limits, give precinct no.] |
|---|---|---|
| Male | Galveston | Galveston |

| 4c. NAME OF HOSPITAL [If not in hospital, give street address] | 4d. INSIDE CITY LIMITS? | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. [Specify] | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd [Specify] |
|---|---|---|---|
| St. Mary's Hospital | yes | single | |

**FATHER**

| 6. NAME | (a) First | (b) Middle | (c) Last |
|---|---|---|---|

| 7. RACE | 8a. IS FATHER OF SPANISH ORIGIN? | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. |
|---|---|---|
| White | yes | Mexican-American |

| 9. AGE [At time of this birth] | 10. BIRTHPLACE [State or foreign country] | 11a. USUAL OCCUPATION | 11b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 43 | Texas | Police Officer | Galveston Police Dept. |

**MOTHER**

| 12. MAIDEN NAME | (a) First | (b) Middle | (c) Last |
|---|---|---|---|

| 13. RACE | 14a. IS MOTHER OF SPANISH ORIGIN? | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. |
|---|---|---|
| White | yes | Mexican-American |

| 15. AGE [At time of this birth] | 16. BIRTHPLACE [State or foreign country] | 17a. USUAL OCCUPATION | 17b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 28 | Texas | Clerk | City of Galveston |

| 18a. RESIDENCE — STATE | 18b. COUNTY | 18c. CITY OR TOWN [If outside city limits, show rural] | ZIP CODE | 18d. STREET ADDRESS [If rural, give location] | 18e. INSIDE CITY LIMITS? |
|---|---|---|---|---|---|
| tx. | Galveston | Galveston | 77550 | 3408 ave S | yes |

| 19. Children previously born to this mother [Do NOT include this birth] | a. How many other children are now living? | b. How many other children were born alive but are now dead? | c. How many children were born dead after 20 weeks pregnancy? | 20. INFORMANT |
|---|---|---|---|---|
| | 0 | 0 | 0 | Patricia Benavidez |

| 21. I hereby certify that this child was born alive on the date stated above | 22a. ATTENDANT'S SIGNATURE Joanne Mallett | 22b. ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify] |
|---|---|---|
| at 7:58p. M. | Joanne Mallett (N) | M.D. |

| | 22c. ATTENDANT'S ADDRESS | 22d. DATE SIGNED |
|---|---|---|
| | Galveston, Texas | |

| 23a. REGISTRAR'S FILE NO. | 23b. DATE REC'D BY LOCAL REGISTRAR | 23c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 3968 | | |

462374

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED    MAR   9 2011

Alma Cazares Garcia
Local Registrar

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.**

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Benson 000106
CONFIDENTIAL

STATE OF TEXAS          **CERTIFICATE OF BIRTH**     BIRTH NO.

Texas Department of Health — BUREAU OF VITAL STATISTICS

**CHILD**

| 1. NAME [Type or print] | [a] First Edward | [b] Middle Steven | [c] Last Benavidez, Jr. | 2. DATE OF BIRTH |
|---|---|---|---|---|

| 3. SEX Male | 4a. PLACE OF BIRTH — COUNTY Galveston | 4b. CITY OR TOWN [If outside city limits, give precinct no.] Galveston |
|---|---|---|

| 4c. NAME OF HOSPITAL [If not in hospital, give street address] St. Mary's Hospital | 4d. INSIDE CITY LIMITS? yes | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. [Specify] single | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd [Specify] |
|---|---|---|---|

**FATHER**

| 6. NAME | [a] First | [b] Middle | [c] Last |
|---|---|---|---|

| 7. RACE White | 8a. IS FATHER OF SPANISH ORIGIN? yes | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. Mexican-American |
|---|---|---|

| 9. AGE [At time of this birth] 43 | 10. BIRTHPLACE [State or foreign country] Texas | 11a. USUAL OCCUPATION Police Officer | 11b. KIND OF BUSINESS OR INDUSTRY Galveston Police Dept. |
|---|---|---|---|

**MOTHER**

| 12. MAIDEN NAME | [a] First Patricia | [b] Middle Ann | [c] Last Arriana |
|---|---|---|---|

| 13. RACE White | 14a. IS MOTHER OF SPANISH ORIGIN? yes | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. Mexican-American |
|---|---|---|

| 15. AGE [At time of this birth] 23 | 16. BIRTHPLACE [State or foreign country] Texas | 17a. USUAL OCCUPATION Clerk | 17b. KIND OF BUSINESS OR INDUSTRY City of Galveston |
|---|---|---|---|

| 18a. RESIDENCE — STATE tx. | 18b. COUNTY Galveston | 18c. CITY OR TOWN [If outside city limits, show rural] Galveston | 18d ZIP CODE 77550 | 18d. STREET ADDRESS [If rural, give location] 3408 ave S | 18e. INSIDE CITY LIMITS? yes |
|---|---|---|---|---|---|

| 19. Children previously born to this mother [Do not include this birth] a. How many children are now living? 0 | b. How many other children were born alive but are now dead? 0 | c. How many children were born dead after 20 weeks pregnancy? 0 | 20. INFORMANT Patricia Benavidez |
|---|---|---|---|

| 21. I hereby certify that this child was born alive on the date stated above at....7:58p. ....... | 22a. ATTENDANT'S SIGNATURE Joanne Mallett | 22b. ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify] M.D. |
|---|---|---|
| | 22c. ATTENDANT'S ADDRESS Galveston, Texas | 22d. DATE SIGNED |

| 23a. REGISTRAR'S FILE NO. 3968 | 23b. DATE REC'D BY LOCAL REGISTRAR SEP | 23c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|

---

# GALVESTON COUNTY HEALTH DISTRICT

    I certify that the above is a true and correct copy of a certificate on file in the offices of the Galveston County Health District of Galveston County, Texas.

_Diane Mobley Strain_
Diane Mobley Strain
Local Registrar

_D. DeLeon_
Clerk
11/6/90
Date

Benson 000107
CONFIDENTIAL

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) BENAVIDEZ Edward Steven Jr. | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER ▓▓▓ |
|---|---|---|

| 4a. GRADE, RATE OR RANK LCpl | b. PAY GRADE E-3 | 5. DATE OF BIRTH (YYYYMMDD) ▓▓▓ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20130526 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY Houston MEPS Houston, TX 77052-2309 | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 1▓▓▓ ▓▓▓ Ave Galveston, TX 77551 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 3RDBN 1STMAR 1STMARDIV CAMPEN CA 92055 (RUC 11130) | b. STATION WHERE SEPARATED IPAC MCB CAMPEN CA 92055 (RUC 33060) |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED CG, Marine Corps Mobilization Command, 15303 Andrews Road, Kansas City, MO 64147-1207 (RUC 36005) | 10. SGLI COVERAGE | NONE |
|---|---|---|
| | AMOUNT: $ 400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0311-Rifleman (3 Years, 5 Months) No further entries.// | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2005 | 10 | 24 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 10 | 23 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 07 | 09 |
| | g. SEA SERVICE | 00 | 06 | 03 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2006 | 12 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Marine Corps Good Conduct Medal, Sea Service Deployment Ribbon w/1 Star, Afghanistan Campaign Medal w/1 Campaign Star, National Defense Service Medal, Nato Medal, Letter of Appreciation, Certificate of Appreciation, Rifle Marksman Badge. No further entries.// | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) Rifleman Course (4 Weeks, May 2006) No further entries.// |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES X | NO |
|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | YES X | NO |

| 16. DAYS ACCRUED LEAVE PAID RLB 29.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

| 18. REMARKS Serial# 45500-2009-5301 Good Conduct Medal Period Commences: 20081024. SNM contributed $1,200 to the MGIB. Non-creditable Delayed Entry Program 20050527 to 20091023 (4 Months 27 days). SNM participated in Operation Enduring Freedom from 20070410 to 20071118 (Afghanistan). While a member of the Marine Corps Reserve, you will keep the Commanding General, MOBCOM (Toll free 1-800-255-5082) informed of any change of address, marital status, number of dependents, civilian employment, or physical standards. Subject to active duty recall and/or annual screening. No further entries.// |
|---|
| The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued participation with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 1810 Bayou Homes Drive Galveston, TX 77551 | b. NEAREST RELATIVE (Name and address - include ZIP Code) Edward Benavidez Sr. (Father) Same as Block 19a |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO TX | DIRECTOR OF VETERANS AFFAIRS X YES | NO |
|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED *[signature]* | 22. OFFICIAL AUTHORIZED TO SIGN (Type name, grade, title and signature) O. C. Diaz, GySgt, Personnel Chief, USMC |
|---|---|

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION Released from active duty | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |

| 25. SEPARATION AUTHORITY MARCORSEPMAN par 1005 | 26. SEPARATION CODE MBK1 | 27. REENTRY CODE RE-3P |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30. MEMBER REQUESTS COPY 4 (Initials) ESD |
|---|---|

| DD FORM 214, FEB 2000 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |
|---|---|---|

Benson 000108
CONFIDENTIAL

# CreditScore.com™

Credit Report Prepared For:

## EDWARD BENAVIDEZ
Report as Of: 5/1/2011



**Personal & Confidential**
**Please Keep in a safe place for your records.**

Benson 000109
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Table of Contents

**Personal Information** _____ 1

Report Summary _____ 2

**Bankruptcy & Court Judgments** 3

Credit Inquires _____ 4

**Credit Cards, Loans & Other Debt** _____ 5

**Credit Score** ____ __ 10

    Experian _____ 11

    Equifax 12

    Transunion 13

**CreditScore.com |** *A Part of Experian*

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Personal Information

Here you will find your personal information, including your legal name(s), year of birth, current and previous addresses, and current and previous employers.

| Profile | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| | Name | EDWARD BENAVIDEZ | EDWARD BENAVIDEZ | EDWARD BENAVIDEZ |
| | (Also Known As) AKA | EDWARD BENAVIDEZ | | |
| | Year of Birth | | 0 | |
| | Address(es) | | 1810 BAYOU HOMES DR, GALVESTON, TX 77551 | |
| | | GALVESTON, TX 77551-1337 | | |
| | | PO BOX 5422, SAN CLEMENTE, CA 92674-5422 | PO BOX 5422, SAN CLEMENTE, CA 92674 | 5422 PO BOX 5422, SAN CLEMENTE, CA 92674 |
| | Current Employer | | | |
| | Previous Employer | | US MARINE CORPS | |

## Personal Statement

This space is reserved for statements of dispute. For most consumers, no information appears in this section.

Personal Information *Page 1 of 1*   >   Report Summary   >   Bankruptcies   >   Credit Inquires   >   Credit Cards & Loans   >   Credit Score

Benson 000111
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Report Summary

This section provides you some of the most important data points on the credit report.

| Summary | Experian | Equifax | TransUnion |
|---|---|---|---|
| Accounts Listed Negative | 0 | 0 | 0 |
| Collections Accounts | 0 | 0 | 0 |
| Real Estate Debt | $0.00 | $0.00 | $0.00 |
| Installment Debt | $0.00 | $0.00 | $0.00 |
| Revolving Debt | $472.00 | $188.00 | $188.00 |
| % Revolving Credit Available | 83.14% | 0% | 91% |

Personal Information | Report Summary *Page 1 of 1* | Bankruptcies | Credit Inquires | Credit Cards & Loans | Credit Score

Benson 000112
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Bankruptcy & Court Judgments

Here you will find any court-related information, including bankruptcies, state and county court records, tax liens, monetary judgments, and in some states, overdue child support payments. Remember, bankruptcies remain on your report for 7-10 years.

| Public Records | Experian | Equifax | TransUnion |
|---|---|---|---|
| There are no Public Records on your credit report at this time. | No History | No History | No History |

| Personal Information | Report Summary | Bankruptcies *Page 1 of 1* | Credit Inquires | Credit Cards & Loans | Credit Score |
|---|---|---|---|---|---|

Benson 000113
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Inquiries

Here you will find the names of those who have obtained a copy of your credit report, including lenders, landlords and employers. Remember, inquiries remain on your report for up to 2 years.

---

### AT&T SVCS,INC CONS S

Experian    Equifax    TransUnion

**405-291-3101**
PO BOX 650487
SW CONSUMER I/C
DALLAS, TX 75265

| | | |
|---|---|---|
| *Business Name* | | AT&T SVCS,INC CONS S |
| *Inquiry Date* | | 6/9/2010 |
| *Business Type* | | Telephone Companies |

---

### WFNNB/EXPRESS

Experian    Equifax    TransUnion

**No Phone Provided**
555 W 122TH ST
NORTHGLENN, CO 80234

| | | |
|---|---|---|
| *Business Name* | WFNNB/EXPRESS | |
| *Inquiry Date* | 10/16/2009 | |
| *Business Type* | Complete Department Stores | |

---

### USAA FSB CC

Experian    Equifax    TransUnion

**800-531-8722**
3773 HOWARD HUGHES PKWY
#190N
LAS VEGAS, NV 89109-8071

| | | |
|---|---|---|
| *Business Name* | | USAA FSB CC |
| *Inquiry Date* | | 5/14/2009 |
| *Business Type* | | National Credit Card Cos. |

---

Benson 000114
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



### CHASE BANK USA, NA

**Experian**    **Equifax**    TransUnion

Unknown

800-955-9900

201 N. WALNUT ST//DE1-1027
WILMINGTON, DE 19801

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | | CH███████ | |
| Account # | | ████████ | |
| Account Type | | Revolving or Option | |
| Balance | | $0.00 | |
| Past Due | | | |
| Date Opened | | 9/1/2004 | |
| Account Status | | | |
| Mo. Payment | | | |
| Payment Status | | Pays account as agreed | |
| High Balance | | | |
| Limit | | $500.00 | |
| Terms | | | |
| Comments | | CREDIT CARD | |

#### 24/Mo Payment History

| | 2009 | | | | | | | | 2010 | | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

### CAP ONE

**Experian**    **Equifax**    TransUnion

Current

No Phone Provided

PO BOX 85520
RICHMOND, VA 23285

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | ████████ | CA███████ BANK USA | ████████ |
| Account # | 4121████████ | ████1BXXXX | 4██████████ |
| Account Type | Credit Card | Revolving or Option | Revolving account |
| Balance | $188.00 | $188.00 | $188.00 |
| Past Due | | | $0.00 |
| Date Opened | 2/1/2001 | 2/1/2001 | 2/27/2001 |
| Account Status | Open | Open | Open |
| Mo. Payment | $15.00 | $15.00 | $15.00 |
| Payment Status | Current | Pays account as agreed | Paid or paying as agreed |
| High Balance | $444.00 | | $444.00 |
| Limit | $500.00 | $500.00 | $500.00 |
| Terms | Revolving | | Minimum |
| Comments | | CREDIT CARD | |

#### 24/Mo Payment History

| | 2009 | | | | | | | | 2010 | | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Personal Information  &gt;  Report Summary  &gt;  Bankruptcies  &gt;  Credit Inquires  &gt;  Credit Cards & Loans *Page 1 of 4*  &gt;  Credit Score

Benson 000115
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**CHASE**

Experian   Equifax   TransUnion

Current

800-955-9900

PO BOX 15298
WILMINGTON, DE 19850

| | | |
|---|---|---|
| Account Name | Cha | Cit |
| Account # | | |
| Account Type | Credit Card | Revolving account |
| Balance | $0.00 | $0.00 |
| Past Due | | $0.00 |
| Date Opened | 9/1/2004 | 9/9/2004 |
| Account Status | Open | Open |
| Mo. Payment | $47.00 | |
| Payment Status | Current | Paid or paying as agreed |
| High Balance | $857.00 | $857.00 |
| Limit | $500.00 | $500.00 |
| Terms | Revolving | |
| Comments | | |

### 24/Mo Payment History

| | 2009 | | | | | | | | | 2010 | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CITI/SHELL**

Experian   Equifax   TransUnion

Current

No Phone Provided

PO BOX 6497
SIOUX FALLS, SD 57117

| | |
|---|---|
| Account Name | C |
| Account # | |
| Account Type | Credit Card |
| Balance | $284.00 |
| Past Due | |
| Date Opened | 2/1/1978 |
| Account Status | Open |
| Mo. Payment | $10.00 |
| Payment Status | Current |
| High Balance | $541.00 |
| Limit | $800.00 |
| Terms | Revolving |
| Comments | |

### 24/Mo Payment History

| | 2009 | | | | | | | | | 2010 | | | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

Personal Information   Report Summary   Bankruptcies   Credit Inquires   Credit Cards & Loans *Page 2 of 4*   Credit Score

Benson 000116
CONFIDENTIAL

**EDWARD BENAVIDEZ**
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### WFNNB/EXPRES

✓ Current

**No Phone Provided**

PO BOX 182789
COLUMBUS, OH 43218

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name** | | EXPRESS | WFNNB |
| **Account #** | | 1739623331XXXX | XXXXXXXXXXXX |
| **Account Type** | | Revolving or Option | Revolving account |
| **Balance** | | $0.00 | $0.00 |
| **Past Due** | | | $0.00 |
| **Date Opened** | | 10/1/2009 | 10/16/2009 |
| **Account Status** | | | Open |
| **Mo. Payment** | | | |
| **Payment Status** | | Pays account as agreed | Paid or paying as agreed |
| **High Balance** | | | $33.00 |
| **Limit** | | $1,000.00 | $1,000.00 |
| **Terms** | | | |
| **Comments** | | CHARGE | |

#### 24/Mo Payment History

| | 2007 | 2008 | | | | | | | | | | | | 2009 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | OK | OK |

### WFNNB/EXPRESS

✓ Current

**No Phone Provided**

PO BOX 330066
NORTHGLENN, CO 80233

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **Account Name** | | | |
| **Account #** | 3XXXX | | |
| **Account Type** | | | |
| **Balance** | $0.00 | | |
| **Past Due** | | | |
| **Date Opened** | 10/1/2009 | | |
| **Account Status** | Open | | |
| **Mo. Payment** | $10.00 | | |
| **Payment Status** | Current | | |
| **High Balance** | $33.00 | | |
| **Limit** | $1,000.00 | | |
| **Terms** | Revolving | | |
| **Comments** | | | |

#### 24/Mo Payment History

| | 2009 | | | | | | | | 2010 | | | | | | | | | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Experian | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| Personal Information | Report Summary | Bankruptcies | Credit Inquires | Credit Cards & Loans *Page 3 of 4* | Credit Score |
|---|---|---|---|---|---|

Benson 000117
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

CreditScore.com

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

**FRD MOTOR CR**

Experian   Equifax   TransUnion

Current Closed

800-727-7000

POB 542000
OMAHA, NE 68154

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | | FMC-OMAHA SERVICE CT | |
| Account # | | 4464XXXX | |
| Account Type | | Installment | Installment account |
| Balance | | $0.00 | $0.00 |
| Past Due | | | $0.00 |
| Date Opened | | 1/1/2009 | 1/29/2009 |
| Account Status | | | Closed |
| Mo. Payment | | $178.00 | $178.00 |
| Payment Status | | Pays account as agreed | Paid or paying as agreed |
| High Balance | | $9,141.00 | $9,141.00 |
| Limit | | | |
| Terms | | | 60 Months |
| Comments | | PAID ACCOUNT / ZERO BALANCE AUTO | Closed |

**24/Mo Payment History**

| | 2008 | | | | | | | | | | | | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

---

**FORD CRED**

Experian   Equifax   TransUnion

Current Closed

No Phone Provided

PO BOX BOX 542000
OMAHA, NE 68154

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | FORD CRED | | |
| Account # | 4464 | | |
| Account Type | Auto Loan | | |
| Balance | | | |
| Past Due | | | |
| Date Opened | 1/1/2009 | | |
| Account Status | Closed | | |
| Mo. Payment | | | |
| Payment Status | Paid satisfactorily | | |
| High Balance | | | |
| Limit | | | |
| Terms | 60 Months | | |
| Comments | | | |

**24/Mo Payment History**

| | 2008 | | | | | | | | | | | 2009 | | | | | | | | | | | | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Experian | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

---

Personal Information   Report Summary   Bankruptcies   Credit Inquires   Credit Cards & Loans *Page 4 of 4*   Credit Score

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### Payment History Legend

| | | |
|---|---|---|
| OK **Current** | 30 **30 Days Late** | KD **Key Derogatory**** |
| ND **No Data*** | 60 **60 Days Late** | RF **Repossession or Foreclosure** |
| | 90 **90 Days Late** | PP **Payment Plan** |
| | 120 **120 Days Late** | |

*Sometimes the credit bureaus do not have information from a particular month on file.
** For additional information on Key Derogatory, please see your Credit Report Guide.

### Account Status Legend

| | | |
|---|---|---|
| Current | Current Closed | Unknown |
| Potentially Negative | Potentially Negative Closed | |

Benson 000119
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax and TransUnion has its own set of data in your credit file. That's why Credit Scores may vary between bureaus.

### About your PLUS Score:

Your PLUS Score is formulated using the information in your credit file. Your PLUS Score can range between 330 and 830, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

### What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

DISCLAIMER

The PLUS Score℠, developed by Experian, is not an endorsement or guarantee of your credit worthiness as seen by lenders. The different risk levels presented here are for educational use only. Your PLUS Score can help you understand what factors impact your credit score.

Please be aware that there are many scoring models used in the marketplace, and each lender's scoring model has its own set of factors. How each lender weighs their chosen factors may vary, but the exact formula used to calculate your score is proprietary. In general, the higher your score, the better your chances are of obtaining favorable rates and terms.

Your PLUS Score was calculated using your actual data from your credit file on the day that you requested your report, making it comparable to most scoring models in the industry. Keep in mind however that other factors, such as length of employment and annual salary, are often taken into consideration by lenders when making decisions about you.

Also note that each bureau has its own set of data, resulting in a separate PLUS Score for each of your credit files.

Benson 000120
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax and TransUnion has its own set of data in your credit file. That's why Credit Scores may vary between bureaus.

| Experian | Equifax | TransUnion |
|---|---|---|
| **761** | **744** | **766** |

Excellent

Credit Category

330          680          830

### Your Experian PLUS Score Explanation

**Percentile: Your credit rating ranks *higher than* 73.79% of U.S. consumers.**

**What factors _RAISE_ you PLUS Score:**

- You have paid your bills on time and currently do not have any overdue accounts or derogatory information, such as a collection, charge-off, or bankruptcy, on your report.

- You have a good cushion of available credit between your current balance and your credit limits on all open trades. This has a positive affect on your credit score. This cushion shows lenders that you are unlikely to overextend yourself financially.

- You have at least 2 or more open major credit cards, such as Discover, American Express, VISA, or MasterCard, on your credit report. This often tells lenders that you are a responsible borrower and they may be more likely to see you as a good credit risk and extend you credit.

- Your credit report does not contain negative public records, such as a bankruptcy, lien, lawsuit or judgment filed within the last two years. This is having a positive impact on your credit score. Public record items may remain on your credit report for 7 to 15 years, depending on the item.

**What factors _LOWER_ you PLUS Score:**

- Having low credit limits on your accounts and loans counts negatively against your credit score. Having a high amount of credit is a positive factor because it indicates to lenders that other creditors have trusted you by lending you money in the past. However, since your major credit card limits are generally low, lenders may think you dont have enough experience with high limits.

| Personal Information | Report Summary | Bankruptcies | Credit Inquires | Credit Cards & Loans | Credit Score *Page 1 of 3* |

Benson 000121
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax and TransUnion has its own set of data in your credit file. That's why Credit Scores may vary between bureaus.

| Experian | Equifax | TransUnion |
|---|---|---|
| **761** | **744** | **766** |

Excellent

*Credit Category*

330          580          830

### Your EquiFax PLUS Score Explanation

**Percentile: Your credit rating ranks *higher than 60.91%* of U.S. consumers.**

**What factors *RAISE* you PLUS Score:**

- You have paid your bills on time and currently do not have any overdue accounts or derogatory information, such as a collection, charge-off, or bankruptcy, on your report.

- You have a good cushion of available credit between your current balance and your credit limits on all open trades. This has a positive affect on your credit score. This cushion shows lenders that you are unlikely to overextend yourself financially.

- You have at least 2 or more open major credit cards, such as Discover, American Express, VISA, or MasterCard, on your credit report. This often tells lenders that you are a responsible borrower and they may be more likely to see you as a good credit risk and extend you credit.

- Your credit report does not contain negative public records, such as a bankruptcy, lien, lawsuit or judgment filed within the last two years. This is having a positive impact on your credit score. Public record items may remain on your credit report for 7 to 15 years, depending on the item.

**What factors *LOWER* you PLUS Score:**

- Having low credit limits on your accounts and loans counts negatively against your credit score. Having a high amount of credit is a positive factor because it indicates to lenders that other creditors have trusted you by lending you money in the past. However, since your major credit card limits are generally low, lenders may think you dont have enough experience with high limits.

Personal Information   ›   Report Summary   ›   Bankruptcies   ›   Credit Inquires   ›   Credit Cards & Loans   ›   *Credit Score Page 2 of 3*

Benson 000122
CONFIDENTIAL

EDWARD BENAVIDEZ
Report As Of: 5/1/2011

*CreditScore.com*

## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax and TransUnion has its own set of data in your credit file. That's why Credit Scores may vary between bureaus.

| Experian | Equifax | TransUnion |
|---|---|---|
| **761** | **744** | **766** |

Excellent

Credit Category

330          580          830

### Your TransUnion PLUS Score Explanation

**Percentile: Your credit rating ranks *higher than* 79.26% of U.S. consumers.**

**What factors *RAISE* you PLUS Score:**

- You have paid your bills on time and currently do not have any overdue accounts or derogatory information, such as a collection, charge-off, or bankruptcy, on your report.

- You have a good cushion of available credit between your current balance and your credit limits on all open trades. This has a positive affect on your credit score. This cushion shows lenders that you are unlikely to overextend yourself financially.

- We do not show any record of recent inquiries on your credit report. Every time you apply for any type of credit or loan, the lender checks your credit history, and an [inquiry] is posted to your credit report. Not having any new inquiries in the last 2 years shows lenders that you are less likely to open new accounts and fall behind in your payments. Remember that new inquiries are not necessarily viewed as negative, but too many inquiries on your file may make it difficult for you to obtain new credit.

- You have at least 2 or more open major credit cards, such as Discover, American Express, VISA, or MasterCard, on your credit report. This often tells lenders that you are a responsible borrower and they may be more likely to see you as a good credit risk and extend you credit.

**What factors *LOWER* you PLUS Score:**

- Having low credit limits on your accounts and loans counts negatively against your credit score. Having a high amount of credit is a positive factor because it indicates to lenders that other creditors have trusted you by lending you money in the past. However, since your major credit card limits are generally low, lenders may think you dont have enough experience with high limits.

| Personal Information | Report Summary | Bankruptcies | Credit Inquires | Credit Cards & Loans | Credit Score *Page 3 of 3* |

Benson 000123
CONFIDENTIAL



# FREDDIE POOR
## Sheriff
## Galveston County

May 17, 2011

*Waived by Sheriff Poor*
*- 630*

Edward Benavidez
1█████████████████ive
Galveston, TX 77551

Dear  Edward Benavidez,

Thank you for applying and testing for a position with the Galveston County Sheriff's Office.  I was pleased with the applicants who sat for the entry-level exam on    5/17/2011.

However, I regret to inform you that your exam score was below what was necessary to move on to the next phase of our hiring program.  You are welcome to take the exam again in six (6) months.

Again, thank you for your interest

Sincerely,

Freddie Poor,
Sheriff

FT1

*To Protect and Serve*

601 54TH STREET   •   SUITE 2100   •   GALVESTON, TEXAS  77551-4248   •   PHONE: 409-766-2302

Benson 000124
CONFIDENTIAL



# FREDDIE POOR
## Sheriff
### Galveston County

March 7, 2011

Edward Benavidez

████████████████████

●lveston, TX 77551

Dear  Edward Benavidez,

We have received your application for employment to the Galveston County Sheriff's Office.  Upon review of your application, we have determined that we cannot continue the application process because of the following issue(s):

**Incomplete Application and Missing Documents.**



**Please provide complete employer information and a certified birth certificate.**

If you wish to discuss the above mentioned problem(s) with us, please contact Sgt. Paulk at (409)763-7585.

Sincerely,

Chief Mike Henson
Bureau Commander

PWA

*To Protect and Serve*

601 54TH STREET   •   SUITE 2100   •   GALVESTON, TEXAS  77551-4248   •   PHONE: 409-766-2302

Benson 000125
CONFIDENTIAL

**Dean, Catherine**

| | |
|---|---|
| **From:** | Tijerina, Rose |
| **Sent:** | Wednesday, May 11, 2011 11:30 AM |
| **To:** | Dean, Catherine |
| **Subject:** | Request |

Catherine,

Do appreciate your help and patience. When you call Eddie Benavidez at his number of ████████████ he may not hear it ring as that is the problem he is having with his phone.(It's not ringing out loud) He plans to change the phone when his contract is up in June so they won't charge him. If you are willing to, you can call ████████████████ she will take down the information and get it to Eddie or have him call you; whichever you prefer. Thanks, Rose.

1

Benson 000126
CONFIDENTIAL

**Dean, Catherine**

| | |
|---|---|
| **From:** | Gaspard, Derek [DGaspard@cityofgalveston.org] |
| **Sent:** | Friday, July 01, 2011 2:23 PM |
| **To:** | Dean, Catherine |
| **Subject:** | Edward Benavidez Jr |
| **Attachments:** | Accident Pg 1.pdf; Accident Pg 2.pdf; Muni Citations.pdf |

Deputy Dean,

On 4/15/2005 at approximately 4:30 in the morning, Benavidez was involved in a hit and run in Galveston.  He fled the scene and was stopped by an Officer several minutes later.  The Officer, who is now a Sgt. In Internal Affairs (GPD) states Benavidez was under the influence of alcohol at the time of the accident.  He received 2 citations, Fail to maintain a single marked lane and Fail to remain at the scene of an accident.  Benavidez was released to his mother and father (GPD employee) on the scene.  Attached is the accident report and the municipal print out for the citations.   In the GPD app, Benavidez states he has never driven under the influence of alcohol and never been involved in an incident with alcohol.

If you have any other questions let me know,

Officer Derek Gaspard #452
Galveston Police Department
Office- 409-765-37669

1

Benson 000127
CONFIDENTIAL

7/80L V

**TEXAS PEACE OFFICER'S CRASH REPORT   CRB-3 (Rev. __)** Submission of Crash Records: This report may be submitted __ the CRIS Web Portal, electronically submitted via XML, or mailed to the TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0350. Please see the DPS Instructions to Police for more details regarding these submission methods or look on the CRIS Website at http://www.txdps.state.tx.us/crisproject/index.htm.

LOC. 05-16382

**PLACE WHERE CRASH OCCURRED**

COUNTY  GALVESTON        CITY OR TOWN    GALVESTON
                                        SHOW ONLY IF INSIDE CITY LIMITS

IF CRASH WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN ___ MILES NORTH  S  E  W  OF ___

| | DO NOT WRITE IN THIS SPACE | DPS NO. |
|---|---|---|
| | LOC. | |
| | CODE | |
| | SEVERITY | |
| | FAT. REC. | |
| | DR. REC. | |

ROAD ON WHICH CRASH OCCURRED  5600  Ave Q  0035D   CONSTR. ZONE ☐YES ☑NO  SPEED LIMIT 30
BLOCK NUMBER   STREET OR ROAD NAME   ROUTE NUMBER OR STREET CODE

INTERSECTING STREET OR RR X'ING NUMBER  100   CONSTR. ZONE ☐YES ☑NO  SPEED LIMIT
BLOCK NUMBER   STREET OR ROAD NAME   ROUTE NUMBER OR STREET CODE

NOT AT INTERSECTION  100  ☑FT ☐N ☐S ☐E ☐W  OF  57th ST
                      ☐MI N S E W
SHOW MILEPOST OR NEAREST INTERSECTING NUMBERED HIGHWAY. IF NONE, SHOW NEAREST INTERSECTING STREET OR REFERENCE POINT.

DATE OF CRASH  4/15  20 05  DAY OF WEEK FRIDAY  HOUR 442  ☑A.M. ☐P.M.  IF EXACTLY NOON OR MIDNIGHT, SO STATE

**UNIT NO. 1 - MOTOR VEHICLE**   VEHICLE IDENT. NO. 1F̶~~~~~~~  IF BODY STYLE = VAN OR BUS, INDICATE SEATING CAPACITY

YEAR MODEL 2003  COLOR & MAKE BLK FORD  MODEL NAME RANGER  BODY STYLE P/U  LICENSE PLATE ~~~~ 77551 TX
DRIVER'S NAME BENAVIDEZ STEVEN JR  TK ~~~~  PHONE NUMBER 4__
           LAST      FIRST      MIDDLE      ADDRESS (STREET, CITY, STATE, ZIP)
DRIVER'S LICENSE TX 01250035 C  DOB 07 25 83  RACE M  SEX M  OCCUPATION WAIT STAFF
         STATE   NUMBER   CLASS/TYPE
SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) 1-BREATH 2-BLOOD 3-OTHER 4-NONE 5-REFUSED [4]  ALCOHOL/DRUG ANALYSIS RESULT N/A  PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐YES ☑NO
LESSEE ☑ OWNER  EDWARD BENAVIDEZ SR  I~~~~  TX 77551
       NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)
LIABILITY INSURANCE ☑YES ☐NO  HARTFORD  VEHICLE DAMAGE RATING FR-2
                              INSURANCE COMPANY NAME   POLICY NUMBER

**UNIT NO. 2 -** MOTOR VEHICLE ☑ TRAIN ☐ PEDALCYCLIST ☐ TOWED ☐ PEDESTRIAN ☐ OTHER ☐   VEHICLE IDENT. NO. ~~~~~~88  IF BODY STYLE = VAN OR BUS, INDICATE SEATING CAPACITY

YEAR MODEL 1991  COLOR & MAKE BLK GMC  MODEL NAME SONOMA  BODY STYLE P/U  LICENSE PLATE ~~ TX ~~ 110
DRIVER'S NAME LEGALLY PARKED  PHONE NUMBER UNKNOWN
           LAST      FIRST      MIDDLE      ADDRESS (STREET, CITY, STATE, ZIP)
DRIVER'S LICENSE LEGALLY PARKED  DOB 6 30 56  RACE W  SEX M  OCCUPATION SELF EMPLOYED
         STATE   NUMBER   CLASS/TYPE
SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) 1-BREATH 2-BLOOD 3-OTHER 4-NONE 5-REFUSED [4]  ALCOHOL/DRUG ANALYSIS RESULT N/A  PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐YES ☑NO
LESSEE ☑ OWNER  WILLIAM STEVENS  5620 Ave Q GALVESTON, TX 77551
       NAME (ALWAYS SHOW LESSEE IF LEASED, OTHERWISE SHOW OWNER)   ADDRESS (STREET, CITY, STATE, ZIP)
LIABILITY INSURANCE ☐YES ☑NO  LEGALLY PARKED  VEHICLE DAMAGE RATING BC-1
                              INSURANCE COMPANY NAME   POLICY NUMBER

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**
OBJECT  NONE   NAME AND ADDRESS (STREET, CITY, STATE, ZIP) OF OWNER   FEET FROM CURB ___ $ ___ DAMAGE ESTIMATE

| LIGHT CONDITION [4] | WEATHER | SURFACE CONDITION | TYPE ROAD SURFACE | DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION) |
|---|---|---|---|---|
| 1-DAYLIGHT | 1-CLEAR/CLOUDY  6-SMOKE | 1-DRY | 1-BLACKTOP | CLEAR UNOBSTRUCTED |
| 2-DAWN | 2-RAINING  7-SLEETING | 2-WET | 2-CONCRETE | |
| 3-DARK-NOT LIGHTED | 3-SNOWING  8-HIGH WINDS | 3-MUDDY | 3-GRAVEL | ROADWAY |
| 4-DARK-LIGHTED | 4-FOG  9-OTHER | 4-SNOW/ICY | 4-SHELL | |
| 5-DUSK | 5-BLOWING DUST | 5-OTHER | 5-DIRT  6-OTHER | |

IN YOUR OPINION, DID THIS CRASH RESULT IN AT LEAST $1,000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☑YES ☐NO

**CHARGES FILED**
NAME EDWARD BENAVIDEZ JR  CHARGE FAIL TO MAINTAIN SINGLE LANE  CITATION NUMBER M038091
NAME EDWARD BENAVIDEZ JR  CHARGE FAIL TO REMAIN AT SCENE OF ACC  CITATION NUMBER M038091

TIME NOTIFIED OF CRASH  4/15/05  442 AM  HOW FLAGGED DOWN  TIME ARRIVED AT SCENE OF CRASH  4/15/05  442 AM
              DATE   HOUR                                    DATE   HOUR

TYPE OR PRINTED NAME OF INVESTIGATOR M AGGIOLINO  DATE REPORT MADE 4/15/05  IS REPORT COMPLETE ☑YES ☐NO

SIGNATURE OF INVESTIGATOR M M~~~~  ID NO. 35E  DEPARTMENT GPD  DIST/AREA CTL

Benson 000128
CONFIDENTIAL

| SOLICITATION (SOL) | EJECTION | CODE FOR TYPE RESTRAINT USED | AIRBAG CODE | HELMET USE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS (COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE) |
|---|---|---|---|---|---|---|
| INDICATES PERSON'S DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AND/OR AN ATTORNEY, CHI-ROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY.   Y=0, N, TO SOLICIT  N=NO SOLICITATION | A=NOT APPLICABLE T=TER N=NO P=PARTIALLY U=UNKNOWN | 1=SHOULDER & LAP BELT 2=SEATBELT & NO SHOULDER STRAP 3=CHILD RESTRAINT 4=SHOULDER STRAP ONLY 5=NONE | 1=DEPLOYED 2=NO DEPLOYMENT 3=UNKNOWN IF DEPLOYED | 1=MOTOR 2=WORN-NOT DAMAGED 3=WORN-UNK IF DAMAGED 4=NOT WORN 5=UNKNOWN IF WORN | K=KILLED A=INCAPACITATING INJURY B=NON INCAPACITATING C=POSSIBLE INJURY N=NOT INJURED | 1=BREATH 2=BLOOD 3=OTHER 4=NONE 5=REFUSED |

**UNIT NO. 1**

DAMAGE RATING: FR-2

TOWED DUE TO DAMAGE: ☐ YES ☒ NO

VEHICLE REMOVED TO: OWNER  BY: DRIVER

| OCCUPANT'S POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS' NAMES, POSITIONS, RESTRAINTS USED, ETC.; HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED. NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER | SEE FRONT | SAME AS FRONT | N | N | A | N | 4 | 21 | M | N |
| | | | | | | | | | | |

**UNIT NO. 2** (COMPLETE ONLY IF UNIT NO. 2 WAS A MOTOR VEHICLE)

DAMAGE RATING: DC-1

TOWED DUE TO DAMAGE: ☐ YES ☒ NO

VEHICLE REMOVED TO: OWNER  BY: OWNER

| OCCUPANT'S POSITION | COMPLETE ALL DATA ON ALL OCCUPANTS' NAMES, POSITIONS, RESTRAINTS USED, ETC.; HOWEVER, IT IS NOT NECESSARY TO SHOW ADDRESSES UNLESS KILLED OR INJURED. NAME (LAST NAME FIRST) | ADDRESS (STREET, CITY, STATE, ZIP) | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER | SEE FRONT | LEGALLY PARKED | | | | | | | | |

**COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE**

| PEDESTRIAN PEDALCYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY, STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**DISPOSITION OF KILLED AND/OR INJURED**

| ITEM NUMBERS | TAKEN TO | BY | IF AMBULANCE USED, SHOW |
|---|---|---|---|
| | | | TIME NOTIFIED / TIME ARRIVED AT SCENE / NO. ATTENDANTS RECEIVING UPPER |

**COMPLETE THIS SECTION IF PERSON KILLED**

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED (ATTACH ADDITIONAL SHEETS IF NECESSARY)**

UNIT 2 LEGALLY PARKED IN FRONT OF 5620 Q
FACED WESTBOUND. UNIT 1 TRAVELING
WESTBOUND IN 5600 BLOCKS OF AVE Q,
STRUCK UNIT 2 WHICH WAS PARKED, UNIT 1
FLED SCENE OWNER OF UNIT 2 CHASED UNIT 1
IN ANOTHER VEHICLE, FLAGGED THIS OFCR
DOWN. THIS OFCR STOPPED UNIT 1, ISSUED
2 CITATIONS, REPORT TAKEN.

DIAGRAM ☐ ONE WAY ☑ TWO WAY ☐ DIVIDED



NOT TO SCALE

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

FACTORS/CONDITIONS CONTRIBUTING

UNIT 1: 23   8 20
UNIT 2:

OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED

UNIT 1:
UNIT 2:

TRAFFIC CONTROL
0=NO CONTROL OR INOPERATIVE
1=OFFICER OR FLAGMAN
2=STOP AND GO SIGNAL
3=STOP SIGN
4=FLASHING RED LIGHT
5=TURN MARKS
6=WARNING SIGN
7=RR GATES OR SIGNALS
8=YIELD SIGN
9=CENTER STRIPE OR DIVIDER
10=NO PASSING ZONE
11=OTHER CONTROL   **9**

1. ANIMAL ON ROAD - DOMESTIC
2. ANIMAL ON ROAD - WILD
3. BACKED WITHOUT SAFETY
4. CHANGED LANE WHEN UNSAFE
5. DEFECTIVE OR NO HEADLAMPS
6. DEFECTIVE OR NO STOP LAMPS
7. DEFECTIVE OR NO TAIL LAMPS
8. DEFECTIVE OR NO TURN SIGNAL LAMPS
9. DEFECTIVE OR NO TRAILER BRAKES
10. DEFECTIVE OR NO VEHICLE BRAKES
11. DEFECTIVE STEERING MECHANISM
12. DEFECTIVE OR SLICK TIRES
13. DEFECTIVE TRAILER HITCH
14. DISABLED IN TRAFFIC LANE
15. DISREGARD STOP AND GO SIGNAL
16. DISREGARD STOP SIGN OR LIGHT
17. DISREGARD TURN MARKS AT INTERSECTION
18. DISREGARD WARNING SIGN AT CONSTRUCTION
19. DISTRACTION IN VEHICLE
20. DRIVER INATTENTION
21. DROVE WITHOUT HEADLIGHTS
22. FAILED TO CONTROL SPEED
23. FAILED TO DRIVE IN SINGLE LANE
24. FAILED TO GIVE HALF OF ROADWAY
25. FAILED TO HEED WARNING SIGN
26. FAILED TO PASS TO LEFT SAFELY
27. FAILED TO PASS TO RIGHT SAFELY
28. FAILED TO SIGNAL OR GAVE WRONG SIGNAL
29. FAILED TO STOP AT PROPER PLACE
30. FAILED TO STOP FOR SCHOOL BUS
31. FAILED TO STOP FOR TRAIN
32. FAILED TO YIELD ROW - EMERGENCY VEHICLE
33. FAILED TO YIELD ROW - OPEN INTERSECTION
34. FAILED TO YIELD ROW - PRIVATE DRIVE
35. FAILED TO YIELD ROW - STOP SIGN
36. FAILED TO YIELD ROW - TO PEDESTRIAN
37. FAILED TO YIELD ROW - TURNING LEFT
38. FAILED TO YIELD ROW - TURN ON RED
39. FAILED TO YIELD ROW - YIELD SIGN
40. FATIGUED OR ASLEEP
41. FAULTY EVASIVE ACTION
42. FIRE IN VEHICLE
43. FLEEING OR EVADING POLICE
44. FOLLOWED TOO CLOSELY
45. HAD BEEN DRINKING
46. HANDICAPPED DRIVER (EXPLAIN IN NARRATIVE)
47. ILL (EXPLAIN IN NARRATIVE)
48. IMPAIRED VISIBILITY (EXPLAIN IN NARRATIVE)
49. IMPROPER START FROM PARKED POSITION
50. LOAD NOT SECURED
51. OPENED DOOR INTO TRAFFIC LANE
52. OVERSIZE VEHICLE OR LOAD
53. OVERTAKE AND PASS INSUFFICIENT CLEARANCE
54. PARKED, NO TAIL OR RET BRAKES
55. PARKED IN TRAFFIC LANE
60. PARKED WITHOUT LIGHTS
61. PASSED IN NO PASSING ZONE
62. PARKED ON RIGHT SHOULDER
63. PEDESTRIAN FAILED TO YIELD ROW TO VEHICLE
64. SPEEDING - UNSAFE (UNDER LIMIT)
65. SPEEDING - OVER LIMIT
66. TAKING MEDICATION (EXPLAIN IN NARRATIVE)
67. TURNED IMPROPERLY - CUT CORNER ON LEFT
68. TURNED IMPROPERLY - OVER WIDE
69. TURNED IMPROPERLY - WRONG LANE
70. TURNED WHEN UNSAFE
71. UNDER INFLUENCE - ALCOHOL
72. UNDER INFLUENCE - DRUGS
66. WRONG SIDE - APPROACH OR IN INTERSECTION
72. WRONG SIDE - NOT PASSING
71. WRONG WAY - ONE WAY ROAD
72. DRIVER INATTENTION - (CELL/MOBILE PHONE USE)
73. ROAD RAGE
74. OTHER FACTOR (WRITE ON LINE BELOW)

Benson 000129
CONFIDENTIAL



TaxNetUSA - TX : Galveston : 2010 Certified : Detail Report                    Page 1 of 2



**TaxNetUSA**
The Source for Property Tax Information

June 9, 2011

TX : Galveston : 2010 Certified : Detail Report

Search Form | **Search Results** | Search Tips | **Download Results**

### Galveston County Property Information

**PIDN:** R117843   Print Version

BENAVIDEZ, EDWARD

Owner

Location ▊▊▊▊▊ GALVESTON 77551

Legal ▊▊▊▊▊▊▊▊

Data up to date as of Sep 30, 2010 including 2010 certified values.

| Entity Code | Entity Name | Rate Year | Tax Rate |
|---|---|---|---|
| GGA | Galveston County | 2010 | 0.619750 |
| J01 | Galveston College Dist | 2010 | 0.189475 |
| N01 | Galveston Co Navigation Dist #1 | 2010 | 0.048809 |
| RFL | Galveston Co Road and Flood Dist | 2010 | 0.009000 |
| S10 | Galveston ISD | 2010 | 1.165000 |
| C30 | Galveston | 2010 | 0.554000 |
| | | Total | 2.586034 |

\* Total Estimated Taxes **$1,643.17**

Note: The Total Estimated Taxes are provided as a courtesy and should not be relied upon in making financial or other decisions. *Tax amount does not include any abatements or exemptions.

### Links to Common Forms

| Agricultural (1-D-1) | Appointment of Agent Form | Homestead Exemption Form |
|---|---|---|
| Protest Form | Religious Exemption Form | Freeport Exemption |

### Property Details

| Property Details | | Value Information | 2010 Certified |
|---|---|---|---|
| Deed Date | // | Land Value | $11,900.00 |
| Exemptions | DV,HS,OA | Improvement Value | $77,470.00 |
| Land Acres | 0.1600 | Ag Productivity Value | $0.00 |
| Block | | Assessed Value | $69,894.00 |
| Tract or Lot | | Total Market Value | $89,370.00 |
| Abstract Code | S1505 | | |
| Neighborhood Code | 1505 | | |

### Improvement Information

| Improvement ID | State Category | Description |
|---|---|---|
| 1 | A1 | Residential |

### Segment Information

| Imp Instance | Seg ID | Type Code | Description | Class | Effective Year Built | Area |
|---|---|---|---|---|---|---|
| 1266677 | 1 | MA | Main Area | F9 | 1971 | 1,095 |
| 1266677 | 2 | MA2 | Main Area 2nd Floor | F9 | 1971 | 1,501 |
| 1266677 | 3 | GA | Garage | F9 | 1971 | 240 |
| 1266677 | 4 | DG | Det. Garage | F9 | 1971 | 294 |
| 1266677 | 5 | ST | Storage | F9 | 1971 | 572 |
| 1266677 | 6 | OP | Open Porch | F9 | 1971 | 65 |
| 1266677 | 7 | OP | Open Porch | F9 | 1971 | 65 |
| 1266677 | 8 | OP | Open Porch | F9 | 1971 | 406 |
| 1266677 | 9 | ST | Storage | F9 | 1971 | 294 |

Total Living Area **2,596**

### Land Information

| Land ID | Type Code | SPTB Code | Homestead | Size-Acres | Front | Depth | Size-SQFT |
|---|---|---|---|---|---|---|---|
| 1 | RL | A1 | 1.000000 | 0.000 | 0 | 0 | 7,000 |

### Deed Information

| Deed Date | Deed Volume | Deed Page | Instrument Number | Instrument Type | Prev Owner Name |
|---|---|---|---|---|---|

### Improvement Sketch

Benson 000131
CONFIDENTIAL

TaxNetUSA - TX : Galveston : 2010 Certified : Detail Report                    Page 2 of 2

**SB 541**, effective September 1, 2005, provides that public websites are not permitted to display photographs, sketches, or floor plans of an improvement to real property that is designed primarily for use as a human residence.

You must be a **TaxNetUSA** customer to view this sketch. If you already have a **TaxNetUSA** account, please login.

If you are not a **TaxNetUSA** customer, you may set up a TaxNetUSA account on line.

TaxNetUSA, Inc. • 905 S. Broadway, Suite 301 • Tyler, TX 75702 • (817) 310-1077            Copyright © 2011 TaxNetUSA, Inc. All Rights Reserved

Benson 000132
CONFIDENTIAL

Relavint(TM) Visual Link Analysis                                          Page 1 of 1



Benson 000133
CONFIDENTIAL

**Law Enforcement Report**

Date: 06/03/11

**Report Legend:**
**$** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
Galveston County Sheriff's Office-Criminal Investigations (Texas)
Criminal Investigations
Galveston, TX 775514246
409-766-2333 Main Phone
409-765-3100 Fax

**Subject Information:  (Best Information for Subject)**
**Name:**  EDWARD STEVEN BENAVIDEZ JR   DOB: 7/25/1983
**SSN:** ▓▓▓▓▓▓ issued in Texas  between  *1/1/1985* and  *12/31/1986*
View All SSN Sources
**Age:** 27
**Names Associated With Subject:**    View All Name Variations Sources
    EDWARD S BENAVIDEZ JR  DOB: ▓▓▓ Age: 28
    ▓▓▓▓▓▓ issued in Texas  between  1/1/1985 and  12/31/1986
    EDWARD BENAVIDEZ  DOB: 7/25/1983 Age: 27
    ▓▓▓▓▓▓ issued in Texas  between  1/1/1951 and  12/31/1953

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    EDWARD BENAVIDEZ  DOB: 11/4/1939 Age: 71
    ▓▓▓▓▓▓ issued in Texas  between  1/1/1951 and  12/31/1953
    EDWARD BENAVIDES  DOB: 11/4/1939 Age: 71
    ▓▓▓ of xxxx issued in Texas  between  1/1/1951 and  12/31/1953
    EDWARD A BENAVIDES  DOB: 11/4/1939 Age: 71
    ▓▓▓▓▓▓ issued in Texas  between  1/1/1951 and  12/31/1953
    EDWARD BENAVIDEZ JR  DOB: 11/4/1939 Age: 71
    ▓▓▓ xxxx issued in Texas  between  1/1/1985 and  12/31/1986
    EDWARD A BENAVIDEZ  DOB: 11/4/1939 Age: 71
    ▓▓▓ of xxxx issued in Texas  between  1/1/1951 and  12/31/1953
    EDWARD BENAVIDES  DOB: 11/4/1939 Age: 71
    ▓▓▓▓▓▓ issued in Texas  between  1/1/1951 and  12/31/1953
    E BENAVIDEZ  DOB: 11/4/1939 Age: 71
    ▓▓▓ xxxx issued in Texas  between  1/1/1951 and  12/31/1953
    EDWARD BENAVIDES  DOB: 11/1939 Age: 71
    ▓▓▓ xxxx issued in Texas  between  1/1/1951 and  12/31/1953
⊟ Collapse All

⌐ **Address Summary:**   View All Address Variation Sources 📠

    ✔ 1▓▓▓ ▓▓▓▓▓▓▓▓ R, GALVESTON TX 77551-1337, GALVESTON COUNTY (Mar 2001 -
Mar 2011)

Average Years of Education: 15

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Driver's License Information:**
Name: EDWARD STEVEN BENAVIDEZ JR
DL Number: 0▓▓▓▓▓▓▓
State: Texas
License Address: ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓▓TON  TX 77551-1337, GALVESTON COUNTY
DOB: 07/25/1983
Potential SSN : ▓▓▓▓▓▓▓▓
Issue Date: 07/26/1999
Data Source: Governmental

Name: EDWARD STEVEN BENAVIDEZ JR
DL Number: 0▓▓▓▓▓▓
State: Texas
License Address: ▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓ ▓▓▓ ▓▓▓▓▓▓TON  TX 77551-1337, GALVESTON COUNTY
DOB: 07/25/1983
Potential SSN : ▓▓▓▓▓▓▓
License Type: RENEWAL
Data Source: Governmental

Name: EDWARD STEVEN BENAVIDEZ JR
DL Number: ▓▓▓▓▓▓▓
State: Texas
License Address: ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓ GALVESTON  TX 77551-1337, GALVESTON COUNTY
DOB: 07/25/1983
Potential SSN : 458-73-xxxx
Data Source: Governmental

Name: EDWARD BENAVIDEZ
DL Number: 0▓▓▓▓▓▓▓
State: Texas
License Address: ▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓N  TX 77551-1337, GALVESTON COUNTY
DOB: 07/25/1983
Potential SSN : 458-73-xxxx
Data Source: Non-Governmental

**Motor Vehicles Registered To Subject:**
[None Found]

COUNTY

Total Market Value - $89,370
Assessed Value - $69,894
Land Value - $11,900
Improvement Value - $77,470
Land Size - 6,969 Square Feet
Year Built - 1965
Data Source - A

⊐ 🖼 **Possible Associates:** 🖼
[None Found]

⊐ 🖼 **Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)* 🖼
> E BENAVIDEZ , Age 71
>> EDWARD BENAVIDES  - (AKA), Age 71
>> EDWARD BENAVIDES  - (AKA), Age 71
>> EDWARD A BENAVIDES  - (AKA), Age 71
>> EDWARD A BENAVIDES  - (AKA), Age 71
>> EDWARD BENAVIDEZ  - (AKA), Age 71
>> EDWARD BENAVIDEZ JR  - (AKA), Age 71
>> EDWARD A BENAVIDEZ  - (AKA), Age 71
> EDWARD BENAVIDEZ
> PATRICIA BENAVIDEV , Age 56
>> PATRICIA ANN BENAVIDEZ  - (AKA), Age 56
>> ████ BENAVIDEZ
> █████ BENAVIDEZ , Age 25
>> ████ BENAVIDEZ  - (AKA), Age 23
>> DANIEL ████ BENAVIDEZ  - (AKA), Age 24

⊐ 🖼 **Possible Relatives:** 🖼
E BENAVIDEZ  DOB: ████ Age: 71
████ issued in Texas  between  1/1/1951  and  12/31/1953
**Names Associated with Relative:**
EDWARD BENAVIDES  DOB: ████ Age: 71
455-54-xxxx issued in Texas  between  1/1/1951  and  12/31/1953
████ BENAVIDES  DOB: ████ Age: 71
455-54-xxxx issued in Texas  between  1/1/1951  and  12/31/1953
EDWARD A BENAVIDES  DOB: ████ Age: 71
455-54-xxxx issued in Texas  between  1/1/1951  and  12/31/1953
EDWARD A BENAVIDES  DOB: ████ Age: 71
455-54-xxxx issued in Texas  between  1/1/1951  and  12/31/1953
EDWARD BENAVIDEZ  DOB: ████ Age: 71
455-54-xxxx issued in Texas  between  1/1/1951  and  12/31/1953
EDWARD BENAVIDEZ JR  DOB: ████ Age: 71
450-73-xxxx issued in Texas  between  1/1/1985  and  12/31/1986
EDWARD A BENAVIDES  DOB: ████ Age: 71
████ xxxx issued in Texas  between  1/1/1951  and  12/31/1953
**Active Address(es):**

~~GLORIA BECERRA BECERRA~~
~~GLORIA EUGENIA BECERRA~~
~~ESMERALDA D BRISENO~~
~~ESMERALDA BRISENO ESMERALDA~~
~~FRANCISCO FRIAS FRANCISCO~~
~~████████████~~ 228, GALVESTON TX 77551-1944, GALVESTON COUNTY
(May 1990)
~~████ AVE ███ GAL~~VESTON  TX 77550, GALVESTON COUNTY (Oct 1986)
8020 STEWART RD APT 230, GALVESTON  TX 77551-1933, GALVESTON COUNTY (Oct 1986)

**Possible Relative:**
~~████~~A BENAVIDEZ      Age:
   **Previous And Non-Verified Address(es):**
   ~~████ SEAWA██ ████ ███~~ ███, GALVESTON  TX 77551-1944, GALVESTON COUNTY
(Sep 1988 - Dec 1991)

~~████~~ BENAVIDEZ  DOB: 1986 Age: 25
   ~~████████~~ issued in Texas  between  1/1/1990  and  12/31/1990
**Names Associated with Relative:**
~~████~~ BENAVIDEZ  DOB: 1/1/1988 Age: 23
   ~~████████~~ issued in Texas  between  1/1/1990  and  12/31/1990
~~████ PATRICK~~ BENAVIDEZ  DOB: 11/15/1986 Age: 24
   ~~████████~~ issued in Texas  between  1/1/1990  and  12/31/1990
   **Active Address(es):**
   ✓ ~~███ █████████ HOMES DR~~, GALVESTON  TX 77551-1337, GALVESTON COUNTY
(Oct 2002 - Oct 2010)
      **Current Residents at Address:**
      ~~███~~BENAVIDEZ
      ~~██████~~A BENAVIDEV
      ~~██████ █████~~ BENAVIDEZ JR
      ~~████~~D BENAVIDEZ
**Previous And Non-Verified Address(es):**
~~7███ ███ ST, SAN MARCOS  TX 78666 400██~~ HAYS COUNTY (Aug 2010 - Apr 2011)
      **Current Residents at Address:**
      ~~████~~ BENAVIDEZ
      ~~MATTHEW J~~ SANSONE
      ~~MA██████████████~~NE
   ~~1441 LEAH AVE APT 2201~~, SAN MARCOS  TX 78666-7660, HAYS COUNTY (Sep 2009 -
Aug 2010)

Chat (0)

Search

Home Profile Find Friends Account

# Eddie S Benavidez

Add as Friend

Message

Worked at United States Marine Corp (lcpl rifleman) Studied General Studies 2002-2004 at Galveston College

Info

Friends

**Friends (281)**

Junior Reed

Marita Hoffman

Urs Schmid

Kerri Hadley-Perez

Steve Sanchez

Lauren Leslye'JohnnyBoo Leyva

Scott Vernon

John Bertolino Jr

Carleton Collins
Art Institute

Tom Marvin

Share Profile
Report/Block This Person

**Education and Work**

Employers

**United States Marine Corp**
lcpl rifleman · Oct 2005 to Oct 2009
0311 - Infantry

College

**Galveston College**
General Studies 2002-2004

High School

**Ball High School**

**Basic Information**

Sex Male

Sponsored Create an Ad

**Faster than espresso**

All the perks without the crash. Now you can get High Speed Internet Without Home Phone from AT&T for just $19.95/mo.

**3 Lies of Muscle Building**
bodybuilding.info

Packing On Big Muscle Is Easier & Faster Than You Think. Click Here To Learn How. (Video: Turn Up Your Sound)

**Weight Loss Just for Men**

WeightWatchers Online FOR MEN

Weight Watchers Online for Men: a customized system built for men. Get the tools you need to follow the plan entirely online. Sign Up!

**Give Feedback to Facebook**

Take a brief survey about your experience using Facebook.

Facebook © 2011 · English (US)

Rudy Michael Orozco                                                      Page 1 of 1



Benson 000139
CONFIDENTIAL

| User: DEANC | GALVESTON COUNTY SHERIFF'S OFFICE | 06/13/2011 08:26 |
|---|---|---|

**Name: OROZCO, RUDY MICHAEL**

*NM174678*

Name: RUDY MICHAEL ████████

Home Phone: - -          Work: - -

Cell #: ████████

Alias: OROZCO, RUDY MICHAEL

DOB: ███████ Age: 29  Race: W  Sex: Male

Height: 5'09      Wgt: 160 Hair: BLK  Eye: BRO

POB: GALVESTON, TX

SSN #: ████████          Name #:   174678

DL/ State: 16230669,TX

Local #: 265243

State Id: ████████          FBI #: ████████

NCIC:

Cautions:

Photo Date: 01/27/2011  *IM174678*

**Henry 1:**

**Nenry 2:**

**Address History:**

████ 31ST ST 1 GALVESTON TX 77550
03/14/2011
████ ALAMO DR, GALVESTON, TX 77550
01/27/2011
████ 25TH STREET, 7, GALVESTON, TX 77550
12/27/2009

**Employment History:**

FISH TALES GALVESTON

**SMT:**

TAT UL ARM / "RIP" "OZJR"; TAT UL ARM /
PRAYING HANDS

**Physical Char:**

**Comments:**

SMT - TAT L ARMSMT - TAT L ARM

Benson 000140
CONFIDENTIAL

| User: DEANC, | **GALVESTON COUNTY SHERIFF'S OFFICE** | 06/13/2011 08:27 |
|---|---|---|

**Name: ████████, RUDY MICHAEL**

SysId: 174678   Race: W   Sex: M   DOB: ████████

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 1 | AR | ARRESTEE | | ASSAULT CAUSES BODILY INJURY | 01/27/2011 | GPD | | **\*AR144860\*** |

    1) ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE, M, Dkt: 311544 (01/27/2011, OWENS 309) (Dsp: 32 02/10/2011)
    2) MUNICIPAL HOLD - GPD, M (01/27/2011, OWENS 309) (Dsp: 21 01/28/2011)
    3) MUNICIPAL HOLD - GPD, M (01/27/2011, OWENS 309) (Dsp: 20 01/27/2011)

| 2 | AR | ARRESTEE | | MUNICIPAL HOLD - GPD | 12/27/2009 | GPD | | **\*AR118484\*** |

    1) MUNICIPAL HOLD - GPD, M (12/27/2009, DURR) (Dsp: 205 12/27/2009)

Benson 000141
CONFIDENTIAL

| User: DEANC, | **GALVESTON COUNTY SHERIFF`S OFFICE** | 06/13/2011 08:27 |

**Involvement: ~~GREECO~~, RUDY MICHAEL**

SysId: 174678   Race: W   Sex: M   DOB: 09/24/1981

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 1 | | PH | PHONE | 4096824455 PHONE DESC | 01/27/2011 | GCSO | | *PH30766* |
| 2 | | NM | JAIL VISITATION | Inmate: MOODY, ROBERT | 03/14/2011 | GCSO | | *NM356177* |
| 3 | | NM | JAIL VISITATION | HECZMAN, MARY ELIZABETH (MOTHER) | 02/09/2011 | GCSO | | *NM497387* |
| 4 | | AR | ARRESTEE | ASSAULT CAUSES BODILY INJURY | 01/27/2011 | GPD | | *AR144860* |

    1) ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE, M, Dkt: 311544 (01/27/2011, OWENS 309) (Dsp: 32 02/10/2011)
    2) MUNICIPAL HOLD - GPD, M (01/27/2011, OWENS 309) (Dsp: 21 01/28/2011)
    3) MUNICIPAL HOLD - GPD, M (01/27/2011, OWENS 309) (Dsp: 20 01/27/2011)

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 5 | | AR | ARRESTEE | MUNICIPAL HOLD - GPD | 12/27/2009 | GPD | | *AR118484* |

    1) MUNICIPAL HOLD - GPD, M (12/27/2009, DURR) (Dsp: 205 12/27/2009)

| | Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|---|
| 6 | | WA | ARR | (M) BURGLARY OF VEHICLE | 05/23/2002 | | | *WA379057* |
| 7 | | WA | ARR | (M) THEFT >=$500<$1,500 | 03/12/2001 | | | *WA379055* |
| 8 | | WA | ARR | (M) THEFT >=$500<$1,500 | 11/10/2000 | | | *WA379056* |
| 9 | | JM | JAIL BOOKING | Jail (ASSAULT CAUSES BODILY | 01/27/2011 | GCSO | BK: 125448 | *JM125448* |
| 10 | | JM | JAIL BOOKING | Jail Booking | 12/27/2009 | GCSO | BK: 103853 | *JM103853* |
| 11 | | LO | LOCATION | 1323 31ST ST, GALVESTON, TX | 03/14/2011 | GCSO | | *LO268546* |

*syinvl1*

Page 1

Benson 000142
CONFIDENTIAL

☎ ✓1810 BAYOU HOMES DR, GALVESTON  TX 77551-1337, GALVESTON COUNTY
(Nov 1985 - Apr 2011)
    **Current Residents at Address:**
      E BENAVIDEZ
      ~~██████~~ A BENAVIDEV
      EDWARD STEVEN BENAVIDEZ JR
      EDWARD BENAVIDEZ
    **Previous And Non-Verified Address(es):**
    ~~████████████~~DR, GALVESTON  TX 77551-1337, GALVESTON COUNTY (Mar 2001 -
Jun 2008)
    ☎ P~~██████~~ 5422, SAN CLEMENTE ~~██~~ 92674-5422, ORANGE COUNTY (Jan 2008 - May 2008)
    ~~1810 BAYOU██████████~~ TX 77551, GALVESTON COUNTY (Apr 1998 - Apr 2005)
    ~~3016 AVE██████~~ 1 2, GALVESTON  TX 77550-7733, GALVESTON COUNTY (Dec 1990 -
Jan 1997)
    ~~3408 AVE█████~~ GALVESTON  TX 77550-8836, GALVESTON COUNTY (Jan 1987 - Jul 1994)
    **Current Residents at Address:**
      ~~GLORIA DECOLIA██~~BECERRA
      ~~GLORIA EUGENIA██~~ERRA
      ~~██████████████~~
      ~~██~~ERALDA BRISENO ESMERALDA
      ~~FRANCISCO FRIAS FRANCI~~SCO
    ~~3408 AVE██████~~, GALVESTON  TX 77550██, GALVESTON COUNTY (Sep 1986)
    ~~8606 STEWART RD APT 205~~, GALVESTON  TX 77551-1933, GALVESTON COUNTY (Sep 1986)

EDWARD BENAVIDEZ  Age:
  ~~█████████~~ issued in Texas  between  1/1/1951  and  12/31/1953
  **Active Address(es):**
    ☎ ✓ ~~1810 BAYOU HOMES DR D~~, GALVESTON  TX 77551-1337, GALVESTON COUNTY
(Dec 2009 - Apr 2011)
    ~~████████████~~


PATRICIA A BENAVIDEV  DOB: 10/30/1954 Age: 56
  459-96-xxxx issued in Texas  between  1/1/1968  and  12/31/1969
  **Names Associated with Relative:**
  ~~PATRICIA A██~~ BENAVIDEZ  DOB: ~~██/██/██~~ Age: 56
  ~~459-96-xxxx~~ issued in Texas  between  1/1/1968  and  12/31/1969
  **Active Address(es):**
    ☎ ✓ ~~1810 BAYOU HOMES DR D~~, GALVESTON  TX 77551-1337, GALVESTON COUNTY
(Jan 1989 - Apr 2011)
    **Current Residents at Address:**
      ~~█~~ BENAVIDEZ
      ~~PATRICIA~~ A BENAVIDEV
      ~~EDWARD~~ STEVEN BENAVIDEZ JR
      ~~EDWARD~~ BENAVIDEZ
    **Previous And Non-Verified Address(es):**
    ~~1810 BAYOU██████~~ESTON  TX 77551, GALVESTON COUNTY (Oct 1999 - Jan 2006)
    ~~3408 AVE██████~~ GALVESTON  TX 77550-8836, GALVESTON COUNTY (Dec 1990)
    **Current Residents at Address:**

**National Motor Vehicle Accidents:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**People at Work:**
[None Found]

**Professional License(s):**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Watercraft:**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Bankruptcies:**
[None Found]

**Liens and Judgments:**
[None Found]

**UCC Filings:**
[None Found]

**Possible Properties Owned by Subject:**

**Property:**
Parcel Number - ███████████
Name Owner : BENAVIDEZ B█████
Name Owner 2: BENAVIDEZ P█████
Property Address: - █████████████GALVESTON  TX 77551-1337, GALVESTON
COUNTY
Owner Address: █████████████N, GALVESTON  TX 77551-1337, GALVESTON



5422 ██████████████ 2674, ORANGE COUNTY (Jan 2008)
PO BOX ████████████ A 92674-5422, ORANGE COUNTY (Jan 2008)

▣ **Active Address(es):**   View All Address Variation Sources

✔ 1810 BAYOU HOMES DR, GALVESTON TX 77551-1337, GALVESTON COUNTY (Mar 2001 - Mar 2011)

**Name Associated with Address:**
EDWARD S BENAVIDEZ JR
**Current Residents at Address:**
E BENAVIDEZ
PA████████ BENAVIDEV
EDWARD STEVEN BENAVIDEZ JR
█████RD BENAVIDEZ
**Property Ownership Information for this Address**
**Property:**
Parcel Number - █████████████
Name Owner : BENAVIDEZ EDWARD
Name Owner 2: BENAVIDEZ PATRICIA
Property Address: -████████████████ GALVESTON  TX 77551-1337, GALVESTON COUNTY
Owner Address: ███████████████ GALVESTON  TX 77551-1337, GALVESTON COUNTY
Total Market Value - $89,370
Assessed Value - $69,894
Land Value - $11,900
Improvement Value - $77,470
Land Size - 6,969 Square Feet
Year Built - 1965
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 33
Median Household Income: $43,917
Median Owner Occupied Home Value: $90,600
Average Years of Education: 14

▣ **Previous And Non-Verified Address(es):**   View All Address Variation Sources

5████████ CLEMENTE  CA ████, ORANGE COUNTY (Jan 2008)
**Name Associated with Address:**
EDWARD S BENAVIDEZ JR
**Neighborhood Profile (2000 Census)**
Average Age: 48
Median Household Income: $93,924
Median Owner Occupied Home Value: $355,400
Average Years of Education: 15

PO BOX 5422, SAN CLEMENTE  CA 92674-5422, ORANGE COUNTY (Jan 2008)
**Name Associated with Address:**
EDWARD S BENAVIDEZ JR
**Neighborhood Profile (2000 Census)**
Average Age: 48
Median Household Income: $93,924
Median Owner Occupied Home Value: $355,400



# Galveston County Sheriff's Office
### Application Process

**Note to applicants:**  When filling out the application please ensure all areas are filled out and returned with copies of the proper paperwork.  Incomplete applications will not be considered for employment.

Thank you for your interest in employment with the Galveston County Sheriff's Office.

Once you have submitted a completed application it will begin a review process.  Along with a background check for criminal history, the information supplied will be checked for accuracy and completion.  If the results reveal some type of discrepancy, you will be notified by mail.   All applicants who clear the application process will be notified when the next entry level exam will be given.  Those failing the entry level exam will be notified by mail.  If you are among those who have passed the exam, you will be contacted by phone and told when and where the next interview is to be held.  If you are recommended by the interview board, the Sheriff will determine if and when you will be processed to begin employment with the Sheriff's Office.  If you are not selected, you will be notified by mail.

While the application process is being conducted, it is not necessary to call to find out the status of your application.  You will be notified of your status either by telephone or by mail.

For Job Announcements and Calendar view our website at:  www.galvestonso.com

GCSO - 08 - 0030 - M

Benson 000146
CONFIDENTIAL

# City of Galveston



**Office of the Chief of Police**

P.O. Box 17251 / Galveston, TX 77552-7251 / (409) 765-3790 / Fax (409) 765-3791

Edward Benavidez Jr.
~~1840 Bayou Homes Drive~~
Galveston, Texas 77551

August 31, 2011

Dear Mr. Benavidez,

You were sent a letter of disqualification on August 10, 2011 in error. Please disregard that letter and take this as notice that you are eligible to reapply for employment with the Galveston Police Department. The date for the next entry level police cadet civil service exam has been established at this time. We encourage you to continue to monitor the City of Galveston website for the next testing opportunity.

I wish you well in your future endeavors.

Sincerely,

Henry Porretto
Chief of Police
Galveston Police Department

Benson 000147
CONFIDENTIAL

July 17, 2011

Deputy Dean,

If I may I would like to make some changes on my application. Since I filled out my application in February of 2011, I have learned some new information that I did not have knowledge of at the time.

**Question: Have you ever struck an unattended vehicle and left without leaving identification?** Please change that one from NO to YES. On April 14, 2005 about 4am, I had side swiped a parked vehicle in the area of 5600 Ave Q. I was stopped by GPD at 65th Ave P1/2 and issued two citations. Later I went back to scene and apologized to the owner and we settle the minor damage. I did not remember the incident at the time I filled out application.

I had an accident on 5700 Ave Q on December 2006 and GPD came out.  My vehicle was picked up by a wrecker and insurance settled claims.  No citations were issued.

**Question: Have you ever been detained (other than traffic offense) by the police?** Please change that one from NO to YES. GPD declared that when I was stopped for the above offense it was being detained.

On reviewing my SO application work copy I noticed two questions that I may have misread and answered incorrectly:

**Have you ever taken any drugs not prescribed by a physician:** If that includes marijuana the answer is YES.  During my high school years I tried it several times. When I answered NO, I was thinking prescription drugs.

**Has Another Individual Ever Used Illegal Drugs In your Presence:** If that includes marijuana the answer is YES.

Thank you,

Edward S. Benavidez Jr.

*[signature]*

## TELEPHONE INTERVIEW WORKSHEET

CONFIDENTIAL

## CURRENT / FORMER EMPLOYER REFERENCE

| | |
|---|---|
| Name of Applicant: <br><br> Edward Benavidez Jr. | Name of ☐ Employer / ☐ Co-Worker: <br><br> Fishtales |
| Applicant's Position? <br><br> Busboy, Server | Name of Person Interviewed: <br><br> Shannon Stripling |
| Hourly / Salary Wages: <br> 2.13 plus tips | Title: <br> Manager |
| Start Date: He worked here about a year. It's been a while. <br><br> End Date: | What was his/her reason for leaving? <br> Military |
| Is he/she eligible for rehire?  Yes | If no, is it because of company policy?   N/A |
| Was he/she often absent from work?  No, he was always punctual. | Did applicant have any unexplained absences? <br> No |
| What duties did he/she perform?  Guest service | Was this performance satisfactory? <br><br> Yes |
| Did he/she follow instructions?  Yes | Did he/she advance while employed there? <br> From busboy to server. |
| Does he/she need to be micro-managed?    No | Does he/she have the ability to self-motivate? <br> Yes, he was a great guy. |
| What is his/her temperament?  Easy going. | Can he/she handle stressful situations? <br> Yes |
| Did he/she seem to be honest?  Yes <br> Hard working?  Yes <br> Trustworthy? <br> Intelligent?  Yes | How does he/she relate with coworkers and supervisors? <br> Never an issue. |
| Do you know of anything that might prevent this applicant from becoming a Deputy Sheriff?    No | Was he/she ever in a supervisory position?   No |
| Does he/she have any situations that might interfere with the performance of his/her duties as a Deputy Sheriff? <br> No | Would you recommend him/her for hire with the Sheriff's Office?  If no, why not?  Yes |
| Would you trust this person with members of your home? <br> Yes | Is there anything else you would like to add? |

Benson 000149 <br> CONFIDENTIAL

## TELEPHONE INTERVIEW WORKSHEET

CONFIDENTIAL

## CURRENT / FORMER EMPLOYER REFERENCE

| | |
|---|---|
| Name of Applicant:<br><br>Edward Benavidez Jr. | Name of ☐ Employer / ☐ Co-Worker:<br><br>Fishtales |
| Applicant's Position? Server | Name of Person Interviewed: Roshawn Alexander |
| Hourly / Salary Wages: | Title: Server |
| Start Date:<br><br>End Date: | What was his/her reason for leaving? |
| Is he/she eligible for rehire? | If no, is it because of company policy? |
| Was he/she often absent from work? | Did applicant have any unexplained absences? |
| What duties did he/she perform? | Was this performance satisfactory? |
| Did he/she follow instructions? | Did he/she advance while employed there? |
| Does he/she need to be micro-managed? | Does he/she have the ability to self-motivate? |
| What is his/her temperament? | Can he/she handle stressful situations? |
| Did he/she seem to be honest?<br>Hard working?<br>Trustworthy?<br>Intelligent? | How does he/she relate with coworkers and supervisors? |
| Do you know of anything that might prevent this applicant from becoming a Deputy Sheriff? | Was he/she ever in a supervisory position? |
| Does he/she have any situations that might interfere with the performance of his/her duties as a Deputy Sheriff? | Would you recommend him/her for hire with the Sheriff's Office?   If no, why not? |
| Would you trust this person with members of your home? | Is there anything else you would like to add? |

## LEPHONE INTERVIEW WORKSHI

CONFIDENTIAL

## CURRENT / FORMER EMPLOYER REFERENCE

| | |
|---|---|
| Name of Applicant: Edward Benavidez Jr. | Name of ☐ Employer / ☐ Co-Worker:<br><br>Moody Gardens |
| Applicant's Position? | Name of Person Interviewed:<br><br>Richard Colunga |
| Hourly / Salary Wages: | Title: |
| Start Date:<br>End Date: | What was his/her reason for leaving? |
| Is he/she eligible for rehire? | If no, is it because of company policy? |
| Was he/she often absent from work? | Did applicant have any unexplained absences? |
| What duties did he/she perform? | Was this performance satisfactory? |
| Did he/she follow instructions? | Did he/she advance while employed there? |
| Does he/she need to be micro-managed? | Does he/she have the ability to self-motivate? |
| What is his/her temperament? | Can he/she handle stressful situations? |
| Did he/she seem to be honest?<br>Hard working?<br>Trustworthy?<br>Intelligent? | How does he/she relate with coworkers and supervisors? |
| Do you know of anything that might prevent this applicant from becoming a Deputy Sheriff? | Was he/she ever in a supervisory position? |
| Does he/she have any situations that might interfere with the performance of his/her duties as a Deputy Sheriff? | Would you recommend him/her for hire with the Sheriff's Office?  If no, why not? |
| Would you trust this person with members of your home? | Is there anything else you would like to add? |

## TELEPHONE INTERVIEW WORKSHEET
CONFIDENTIAL

### PERSONAL REFERENCE

| | |
|---|---|
| Name of Applicant: Edward Benavidez Jr. | Name of ☐ Personal Reference / ☐ _____ : <br><br> Ishmel Robles |
| Are you related to the Applicant?  Godfather | Contact Number: 409█████████████ |
| How long have you known him/her? Since birth | Occupation of Personal Reference:   Martial Arts Instructor |
| What is his/her most positive attribute?  He finishes what he starts. | What type of relationship do you have with him/her? I am his Godfather |
| Has he/she ever worked for you? In what capacity? Start Date: <br><br> End Date: | Is he/she eligible for rehire? N/A If no, is it because of company policy? <br><br> What was his/her reason for leaving? |
| What is his/her temperament?   Laid back, sharp. | Does he/she have the ability to self-motivate? I believe so |
| Does he/she have any job related problems?  None | Can he/she handle stressful situations? Yes, I do believe |
| In what areas could he/she improve the most? He could be in better shape. | Did he/she follow instructions? Yes, he was in the military. |
| Did he/she seem to be honest?  Yes Hard working?  Yes Trustworthy? Yes Intelligent? Yes | How does he/she relate with others? He is very social |
| Do you know of anything that might prevent this applicant from becoming a Deputy Sheriff? No | Was he/she ever in a supervisory position?  I don't know for sure. |
| Does he/she have any situations that might interfere with the performance of his/her duties as a Deputy Sheriff? No | Would you recommend him/her for hire with the Sheriff's Office?   If no, why not?  Yes, very strongly |
| Would you trust this person with members of your home? Yes, I would. | Is there anything else you would like to add?  He is a great young man. I am very proud of his accomplishments. |

Benson 000152
CONFIDENTIAL

**LEPHONE INTERVIEW WORKSH  T**

CONFIDENTIAL

## PERSONAL REFERENCE

| Name of Applicant: | Name of ☐ Personal Reference / ☐ _____ : |
|---|---|
| *Edward Benavidez Jr.* | *Rosi* ▮▮▮ |
| Are you related to the Applicant? | Contact Number: |
| *No* | *1 ▮▮▮▮▮8* |
| How long have you known him/her? | Occupation of Personal Reference: |
| *over 20 yrs* | *Deputy Sheriff* |
| What is his/her most positive attribute? | What type of relationship do you have with him/her? |
| *Finishes what he starts* | *Good friends w/ parents* |
| Has he/she ever worked for you? In what capacity? | Is he/she eligible for rehire? N/A |
| Start Date: *N/A* | If no, is it because of company policy? |
| End Date: | What was his/her reason for leaving? |
| What is his/her temperament? | Does he/she have the ability to self-motivate? |
| *Quiet, easy going* | *Yes* |
| Does he/she have any job related problems? | Can he/she handle stressful situations? |
| | *Yes, member of special operations w/ Marines* |
| In what areas could he/she improve the most? | Did he/she follow instructions? |
| | *As far as I know* |
| Did he/she seem to be honest? *Yes* | How does he/she relate with others? |
| Hard working? *Yes* | |
| Trustworthy? *Yes* | |
| Intelligent? *Yes* | |
| Do you know of anything that might prevent this applicant from becoming a Deputy Sheriff? | Was he/she ever in a supervisory position? |
| *Not that I am aware* | *Don't Know* |
| Does he/she have any situations that might interfere with the performance of his/her duties as a Deputy Sheriff? | Would you recommend him/her for hire with the Sheriff's Office?  If no, why not? |
| *Not that I am aware* | *Yes* |
| Would you trust this person with members of your home? | Is there anything else you would like to add? |
| *Yes* | *Served his country; that says a lot.* |



**GALVESTON COUNTY SHERIFF'S OFFICE**

**601 54th Street**

**Galveston, Texas 77551**

**BACKGROUND INTERVIEW WORKSHEET**

CONFIDENTIAL

Applicant Summarization

**Applicant's Full Name:  Edward Steven Benavidez Jr**

| Certification of Documents | | |
|---|---|---|
| **Documents** | | **Verified By:** |
| ☒ **Birth Certificate Copy Attached:** | | C. Dean |
| ☐ **Naturalization Papers:** | | |
| ☒ **Drivers License:** | Class: C | C. Dean |
| | State:Texas | Exp Date: 12/17/2012 |
| ☒ **Social Security Card:** | | C. Dean |
| ☐ **High School Diploma / GED Certificate:** | | C. Dean |
| ☒ **High School Transcript:** | | C. Dean |
| ☐ **College Diploma:** | | |
| ☒ **College Transcript:** | | C. Dean |
| ☐ **Marriage Certificate:** | | |
| ☐ **Dissolution of Marriage Papers:** | | |
| ☐ **Military DD214:** | | |
| ☐ **Proof of Financial Responsibility** | | |
| ☐ **TCLEOSE Certificates:** | | |
| ☐ **F5 Separation:** | | |
| ☒ **Other: Credit Reports** | | C. Dean |
| ☐ **Other:** | | |
| ☐ **Other:** | | |
| **Notes:** | | |



**GALVESTON COUNTY SHERIFF'S OFFICE**

**601 54th Street**

**Galveston, Texas 77551**

**BACKGROUND INTERVIEW WORKSHEET**

CONFIDENTIAL

Applicant Summarization

| Work History | |
|---|---|
| 10/2005-10/2009 | United States Marine Corps |
| 7/2003-9/2005 | Fishtales |
| 6/2001-7/2003 | Moody Gardens |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:** <u>United States Marine Corps</u>- Mr Benavidez served his full four year term in the Marine Corps. He was last assigned to 3rd BN 1st Marines, Indian Company. He was Honorably Discharged at the rank of E-3 Lance Corporal. He participated in Operation Enduring Freedom in Afghanistan, and was awarded the Good Conduct Medal, Sea Service Deployment Ribbon w/ 1 star, Afghanistan Campaign Medal w/1 Campaign Star, National Defense Service Medal, Nato Metal, 1 Letter of Appreciation, 1 Certificate of Appreciation, and his Rifle Marksman Badge.

<u>Fishtales</u>- Shannon Stripling, Manager, stated Benavidez left on good terms to join the military. She also called him a great guy and said there was never an issue with his work or personality. Reccomendation is given.

Roshawn Alexander, former co-worker, was not able to be reached. He no longer works at Fishtales, and his personal number has been disconnected.

<u>Moody Gardens</u>-Mr. Colunga was Benavidez's supervisor . He no longer works for this company. HR stated no information would be given in reference to any former employee.Mr. Benavidez stated he was laid off from this job. He claims the only dicipline he received was because he was required to help bartend as a busboy, yet he was not certified to do so.



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Un-Employment History | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  No periods of unemployment were claimed.**

Benson 000156
CONFIDENTIAL



# GALVESTON COUNTY SHERIFF'S OFFICE
## 601 54th Street
## Galveston, Texas 77551
## BACKGROUND INTERVIEW WORKSHEET
CONFIDENTIAL
## Applicant Summarization

| Military Record | |
| --- | --- |
| 10/2005-10/2009 | **United States Marine Corps** |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:** **United States Marine Corps**- Mr Benavidez served his full four year term in the Marine Corps. He was last assigned to 3rd BN 1st Marines, Indian Company. He was Honorably Discharged at the rank of E-3 Lance Corporal. He participated in Operation Enduring Freedom in Afghanistan, and was awarded the Good Conduct Medal, Sea Service Deployment Ribbon w/ 1 star, Afghanistan Campaign Medal w/1 Campaign Star, National Defense Service Medal, Nato Metal, 1 Letter of Appreciation, 1 Certificate of Appreciation, and his Rifle Marksman Badge.



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Educational History | |
|---|---|
| 5/30/2002 | Ball High Graduate |
| 2002-2004 | Galveston College-General Studies |
| 2010 | Galveston College- Police Academy |
| | |
| | |
| | |
| | |
| | |

**Notes:  College Cumulative GPA 3.073**



**GALVESTON COUNTY SHERIFF'S OFFICE**

**601 54th Street**

**Galveston, Texas 77551**

**BACKGROUND INTERVIEW WORKSHEET**

CONFIDENTIAL

Applicant Summarization

| Criminal Record | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  N/A**

Benson 000159
CONFIDENTIAL



## GALVESTON COUNTY SHERIFF'S OFFICE
### 601 54th Street
### Galveston, Texas 77551
### BACKGROUND INTERVIEW WORKSHEET
CONFIDENTIAL
## Applicant Summarization

| Traffic Record | |
|---|---|
| 4/15/2005 | Fail to drive in a single lane- Galveston PD- Report included |
| 4/15/2005 | Fail to remain at the scene of an accident. |
| 5/2010 | Side swiped a parked car, minor damage. |
| | |
| | |
| | |
| | |
| | |

**Notes:**  On 4/15/2005 at approximately 4:30 in the morning, Benavidez was involved in a hit and run in Galveston. He fled the scene and was stopped by an Officer several minutes later.  The Officer, who is now a Sgt. in Internal Affairs (GPD,) states Benavidez was under the influence of alcohol at the time of the accident.  He received 2 citations, Fail to maintain a single marked lane and Fail to remain at the scene of an accident.  Benavidez was released to his mother and father (GPD employee) on the scene.  Attached is the accident report and the municipal print out for the citations.   In the GPD application and GCSO application, Benavidez states he has never driven under the influence of alcohol and never been involved in an incident with alcohol. In 5/2010, Mr. Benavidez claims he once again side swiped a parked vehicle. It is unclear if the circumstances were similar and/or alcohol was involved.


On 7/6/2011, Sheriff Poor met with Mr. Benavidez to discuss this incident, which he admitted to. Sheriff Poor asked why he did not admit this on the application where he was asked about leaving the scene of an accident without identifying himself. Benavidez said he had forgotten about the incident. The Sheriff explained the importance of keeping integrity unsullied, and then recommended he be given a chance to interview.

Benson 000160
CONFIDENTIAL



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
**Applicant Summarization**

| Marital History and Family Relations | |
|---|---|
| Father | ████████ Benavidez |
| Mother | ████ (████) Benavidez |
| Grandmother | ████████████ |
| | |
| | |
| | |
| | |
| | |

**Notes:**



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54ᵗʰ Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Financial History | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  All open accounts are in good standing. His three bureau Fico Score ranges between 744 and 766.**

Benson 000162
CONFIDENTIAL



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Use of Narcotics and Controlled Substances | |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Notes:  Benavidez denies ever having used drugs or having someone else  use them in his presents. No evidence was found to the contrary.**

Benson 000163
CONFIDENTIAL



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Use of Alcohol | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  Possible alcohol related accident.**



**GALVESTON COUNTY SHERIFF'S OFFICE**

**601 54th Street**

**Galveston, Texas 77551**

**BACKGROUND INTERVIEW WORKSHEET**

CONFIDENTIAL

Applicant Summarization

| Friends, Associates and Relatives | |
|---|---|
| Personal Reference | Ishmel ██████ |
| Personal Reference | Urs S██████ |
| Personal Reference | Rose T██████ |
| Personal Reference | |
| Personal Reference | |
| | |
| | |
| | |

Notes:   Ishmel R█████ is Martial Arts Instructor and long term  business owner in Galveston. He is Benavidez's Godfather. Robles believes Benavidez's best quality is his ability to finish what he starts. Robles added Benavidez is a "great young man", and he is proud of his accomplishments. Recommendation is "strongly" given.

Urs S█████ was not able to be contacted.

Rose ██████, GCSO, has been close friends with Benavidez's parents for over twenty years. She could not answer a lot of specific questions about him, but describes him as quiet and easy going. She also said she does not ever recall hearing about him getting into trouble. Recommendation is given.



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| Memberships in Groups, Clubs and Associations | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  N/A**



**GALVESTON COUNTY SHERIFF'S OFFICE**

**601 54th Street**

**Galveston, Texas 77551**

**BACKGROUND INTERVIEW WORKSHEET**

CONFIDENTIAL

Applicant Summarization

| Social Networking | |
|---|---|
| | Facebook- Semi private profile |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  Facebook- Me Benavidez is friends with Rudy Michael Orozco.  Orozco's page has pictures of a group of males throwing gang hand signs. Mr. Orozco's headsheet shows his employment history as having worked at Fishtales. This, or Ball high are the places they show in common and could be where they know each other from. Mr. Orozco has been handeled for ACBI and municipal holds.**

Benson 000167
CONFIDENTIAL



**GALVESTON COUNTY SHERIFF'S OFFICE**
**601 54th Street**
**Galveston, Texas 77551**
**BACKGROUND INTERVIEW WORKSHEET**
CONFIDENTIAL
Applicant Summarization

| General Reputation | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Notes:  Mr. Benavidez seems to be seen as a quiet and easy going guy.  Everyone interviewed has a good opinion of him.**



# GALVESTON COUNTY SHERIFF'S OFFICE
## 601 54th Street
## Galveston, Texas 77551
## BACKGROUND INTERVIEW WORKSHEET
CONFIDENTIAL
## Applicant Summarization

**Would you recommend this applicant for employment with the Galveston County Sheriff's Office?**
**Yes**

---

**Deputy C. Dean**
**Galveston County Sheriff's Office**
**Corrections Bureau – Jail Division - Deputy**
**Background Investigator**
**Galveston County Sheriff's Office**
409-763-7585 (p)
409-621-7966 (f)
so.employment@co.galveston.tx.us
http://www.galvestonso.com
http://www.co.galveston.tx.us/sheriff/

---

**Sergeant R. K. "Kevin" Paulk**
**Galveston County Sheriff's Office**
**Corrections Bureau - Jail Division - Jail Administration**
**Jail Administration Sergeant**
**Recruting**
409-763-7558 (p)
409-621-7966 (f)
ronald.paulk@co.galveston.tx.us
http://www.galvestonso.com
http://www.co.galveston.tx.us/sheriff/

Benson 000169
CONFIDENTIAL



**Galveston County Sheriff's Office**
Interview Report
Law Enforcement / Corrections

**APPLICANT NAME:** Edward Benavidez Jr.

| **EXPERIENCE:** | **5** (20yrs+) | **4** (15yrs+) | **3** (10yrs+) | **2** (5 yrs+) | **1** (1-4 yrs) |
|---|---|---|---|---|---|
| A. **Actual Law Enforcement** | | | | | |
| B. **Related** (Security, CJ, Military) | | | | | ✔ |
| C. **Other** (Specify)   Moody Gardon | | | | | ✔ |

83-USArmy - 63-11 Marine Corp.

**EDUCATION:**
Galveston Ball High School
Galveston College.

| | B.A. | 60 College Hrs | Some College | HS Diploma | GED |
|---|---|---|---|---|---|
| | | | | ✔ | |

**COMMUNICATION SKILLS:**

| | | | | | |
|---|---|---|---|---|---|
| A. **Oral** | | | ✔ | | |
| B. **Written** | | | ✔ | | |

| **APPEARANCE:** | | | ✔ | | |
|---|---|---|---|---|---|

| **POISE:** | | | ✔ | | |
|---|---|---|---|---|---|

**PERSONAL HABITS:**

| | | | | | |
|---|---|---|---|---|---|
| A. **Drinking** | | | | ✔ | |
| B. **Drugs** | | | | ✔ | |

| **PROMOTIONAL POTENTIAL:** | | | | ✔ | |
|---|---|---|---|---|---|

| **ECONOMIC STABILTIY:** | | | | ✔ | |
|---|---|---|---|---|---|

| **OVERALL IMPRESSION:** | | | ✔ | | |
|---|---|---|---|---|---|

| **SUBTOTAL POINTS:** | + | 4 + | 15 + | 10 + | 2 + |
|---|---|---|---|---|---|

**TOTAL POINTS:** ➡ 31 =

**TCLEOSE:**

| **Corrections/Dispatch** | Master | Advanced | Intermediate | Basic |
|---|---|---|---|---|
| **Peace Officer** | Master | Advanced | Intermediate | (Basic) |

| Would you recommend this person for employment? | **Yes** ▮ | | **No** ✗ |
|---|---|---|---|

**Remarks:**
Applicant appeure - Tan shirt / black slacks - neat in appearance. Hobby
Wrestling FAN, active Reserve. Will work any shift, GPD student
driving receiving a citation moody Northern, incident discussed at 18/19
yes old, Not at this time.

**Interviewer:** _____   **Date:** 08/30/11

Benson 000170
CONFIDENTIAL

**Galveston County Sheriff's Office**
Interview Report
Law Enforcement / Corrections

**APPLICANT NAME:** Edward Benavidez

| EXPERIENCE: | 5 (20yrs+) | 4 (15yrs+) | 3 (10yrs+) | 2 (5 yrs+) | 1 (1-4 yrs) |
|---|---|---|---|---|---|
| A. Actual Law Enforcement — O — | | | | | |
| B. Related (Security, CJ, Military) | | | | | ✓ |
| C. Other (Specify) | | | | | |

4 years USMC — lance cop. E5- infantry / directed cars on Stewart Beach
Busted tables @ Moody Gardens

| EDUCATION: | B.A. | 60 College Hrs | Some College | HS Diploma | GED |
|---|---|---|---|---|---|
| Bac High Diploma | | | | | |

60 hours Galveston College

| COMMUNICATION SKILLS: | | | | | |
|---|---|---|---|---|---|
| A. Oral | | | ✓ | | |
| B. Written | | | | ✓ | |

2 lines + 1 sentence — 4x spelling errors.

| APPEARANCE: | | | | | |
|---|---|---|---|---|---|
dress shirt + slacks

| POISE: | | | | | |
|---|---|---|---|---|---|

| PERSONAL HABITS: | | | | | |
|---|---|---|---|---|---|
| A. Drinking | | | ✓ | | |
| B. Drugs | | | | | |

go out occassion w/ family / watch wrestling + work out

| PROMOTIONAL POTENTIAL: | | | | | |
|---|---|---|---|---|---|

| ECONOMIC STABILTIY: | | | | | |
|---|---|---|---|---|---|

| OVERALL IMPRESSION: | | | | | |
|---|---|---|---|---|---|

| SUBTOTAL POINTS: | + | + | + | + | + |
|---|---|---|---|---|---|

**TOTAL POINTS:** ➡ =

| TCLEOSE: | | | | |
|---|---|---|---|---|
| Corrections/Dispatch | Master | Advanced | Intermediate | Basic |
| Peace Officer | Master | Advanced | Intermediate | (Basic) |

| Would you recommend this person for employment? | Yes | No ✓ |
|---|---|---|

**Remarks:**
went through the GPD process. was declined due to leaving things out of his application. Very nervous. seems hesitant to answer questions about what was left off. Currently unemployed. lives in garage apartment @ parents house.

**Interviewer:** C. Schlageter   **Date:** 08/30/2011

the incident not mentoned was the failure to maintain single marked lane. unsure how he can not remember Incident that could have lead to a DWI. Concerned about honesty. Also left moody garden reprimand issue out of GPD application.

Benson 000171
CONFIDENTIAL



**Galveston County Sheriff's Office**
Interview Report
Law Enforcement / Corrections

**APPLICANT NAME:** BENAVIDEZ, J.L   EDWARD

**EXPERIENCE:**

| | 5 (20yrs+) | 4 (15yrs+) | 3 (10yrs+) | 2 (5 yrs+) | 1 (1-4 yrs) |
|---|---|---|---|---|---|
| A. **Actual Law Enforcement** | | | | | |
| B. **Related** (Security, or Military) | | | | — | 4 yrs E-3 |
| C. **Other** (Specify) | | | | | |

Business Tables Payroll

**EDUCATION:**

| | B.A. | 60 College Hrs | Some College | HS Diploma | GED |
|---|---|---|---|---|---|
| | | GC | | BALL HIGH | |
| | | | | X | |

**COMMUNICATION SKILLS:**

| | | | | | |
|---|---|---|---|---|---|
| A. **Oral** | | | | ME KEPT SAYING "YOU KNOW" | |
| B. **Written** | | | X | | |
| | | | X MISPELLED WORDS | | |
| | | NO TIE | 2 LINES OF DOCUMENTATION | | |

**APPEARANCE:**

| | | X | | | |
|---|---|---|---|---|---|
| | | RELAXED | | | |

**POISE:**

| | | X | | | |
|---|---|---|---|---|---|

**PERSONAL HABITS:**

| | | | | LEFT SCENE 2 CITES | |
|---|---|---|---|---|---|
| A. **Drinking** | | | DWI ACCIDENT X | | |
| B. **Drugs** | | X. | | | |

**PROMOTIONAL POTENTIAL:**

| | X | | | | |
|---|---|---|---|---|---|
| | LIVES AT HOME MOST OF TIME | | | | |

**ECONOMIC STABILITY:**

| | X | | | | |
|---|---|---|---|---|---|

**OVERALL IMPRESSION:**

| | X | | | | |
|---|---|---|---|---|---|

**SUBTOTAL POINTS:** 0 + 4 + 8 + 0 + 1 +

**TOTAL POINTS:** ➜ 31 =

**TCLEOSE:**

| Corrections/Dispatch | Master | Advanced | Intermediate | Basic |
|---|---|---|---|---|
| Peace Officer | Master | Advanced | Intermediate | Basic |

| Would you recommend this person for employment? | **Yes** | **No** X |
|---|---|---|

**Remarks:** WROTE 2 LINES ON PARAGRAPH ON MY STATEMENT; FAILED ENTRY TEST/WAIVED

**Interviewer:** DAVIS, L.L   7247   **Date:** 31 AUG 2011

GCSO – 09 – 0030 – R (Interview Report Law Enforcement / Corrections) - Rev 0907.02 (Previous Versions Obsolete)

Benson 000172
CONFIDENTIAL

## GALVESTON COUNTY SHERIFF'S OFFICE

ENTRANCE STATEMENT

**INSTRUCTIONS**:  Provide a legible **printed**, written statement below as to why you think we should hire you.

**PRINT**

I think my Military experience would help alot in certain situations that would require force of restraint.

**Name:** Edward S Benavidez Jr

**Signed:** [signature]

## PLEASE DO NOT CALL FOR INTERVIEW RESULTS.
## YOU WILL BE CONTACTED BY PHONE OR BY MAIL.

RG: [redacted]          Date:  08 / 30 /2011

Benson 000173
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54th • Street
Galveston • Texas • 77551
) 766-2300 • http://www.galvestonso.com

# Galveston County
# Sheriff's Office
## Applicant - Entrance Exam



| Last Name | B | e | n | a | v | i | d | e | z | | | | | Suffix | J | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| First Name | E | d | w | a | r | d | | | | Middle Name | S | T | e | v | e | n | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



|  | First 3 letters of last name at birth- | - | Last 4 digits of Social Security Number | - | Month of Birth | - | Day of Birth |
|---|---|---|---|---|---|---|---|
| AIN | | | | | | | |

| Recruitment No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 1 | 1 | - | R | C | | | |

| Test Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 5 | - | 1 | 7 | - | 2 | 0 | 1 | 1 |

| Score: | 6 | 8 | ▪ | 7 | 5 |
|---|---|---|---|---|---|



☐ **Pass**   ☒ **Fail**

The Galveston County Sheriff's Office is an Equal Opportunity Employer.   •   The County of Galveston is an E-Verify Employer.   •   May 2011

1 | P a g e

Benson 000174
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • 54ᵗʰ • Street
Galveston • Texas • 77551
) 766-2300 • http://www.galvestonso.com

**(Questions 3 - 6) Instructions:  Choose the sentence that is written correctly _and_ shows the correct capitalization and punctuation.  Be sure the sentence you choose is complete.**

---

*EXAMPLE:*

| C | *Have you seen the new job <u>list. we</u> saw it yesterday.* |

A.  *list. We*
B.  *list, we*
C.  *list? We*
D.  *Correct as is*

---

  **3.**

A. She gave the vegetables to her neighbors that were ripe.
B. After working a long, hard day in the factory, the flowers looked especially beautiful.
C. They were planting the seeds kneeling in the dirt.
D. Admiring my healthy garden, he asked if I used a special kind of plant food.

  **4.**

A. The consultants will meet Tuesday to discuss building a new wing at Curry General hospital.
B. The new medical center is located at the south end of Alamosa Boulevard.
C. My next appointment with the Physical Therapist won't be until October.
D. Her Doctor is a well-known specialist at the clinic.

  **5.**

A. The flickering candles create a pleasant effect.
B. An emergency flashlight are in the kitchen drawer.
C. The fluorescent bulbs glow with an eerie, blue-white light.
D. One of those light bulbs are guaranteed to last for five years.

  **6.**

A. The galaxy theater has great matinee prices.
B. In December the sequel to the movie, *Return to the dark planet,* will be released.
C. There are rumors they might close down the theater on Webster avenue.
D. We can either stay home on Halloween and rent a horror movie or go to your cousin's party.

Benson 000175
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54th • Street
Galveston • Texas • 77551
) 766-2300 • http://www.galvestonso.com

**(Questions 9 and 10) Instructions:  Read the "Help Wanted" advertisement.**

---

### DEMONSTRATOR & SALESPERSON

*Min. age 18.  Work some eves.  & wkends.*

*Transp. provided.  Computer knowledge*

*desirable.  Some benefits.  Sal. negot.*

*Commissions.  For details call Teri days at*

*555-9931.*

---



9.     According to the ad, the employer will provide the new employee with?

   A. meals
   B. transportation
   C. a year-end bonus
   D. a retirement plan



10.    Which of these is probably the type of work the applicant would be hired to do?

   E. programming a computer
   F. processing credit applications
   G. operating and selling a product
   H. functioning as cashier and bookkeeper

Benson 000176
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • 54th • Street
Galveston • Texas • 77551
(   , 766-2300 • http://www.galvestonso.com

**(Questions 15 - 21) Instructions:  Read the letter and look at the numbered, underlined parts. Choose the answer that is written correctly for each underlined part.**

<u>march 13 1993 (e)</u>

Laga Brothers Computers
<u>769 Steinway Blvd, (f)</u>
Lincoln, Nebraska 68520

<u>Dear sirs: (g)</u>

I was in your store last <u>week, I was</u> (h) impressed by your selection of computer equipment. The <u>store however,</u> (i) was extremely busy, and I wasn't able to ask any questions. Basically, I would like some advice about an initial investment in a computer system. I am a novice computer user, so <u>I don't feel I need no elaborate system.</u> (j) Any recommendations you might have would be appreciated.

<u>Very truly yours (k)</u>

*Dolores Mendoza*

 (e)

1. March 13, 1993
2. march, 13 1993
3. March 13 1993,
4. Correct as it is

 (i)

17. store however
18. store, however
19. store, however,
20. Correct as it is

 (f)

5. 769 Steinway blvd
6. 769 Steinway Blvd.
7. 769 steinway blvd.
8. Correct as it is

 (j)

21. I feel I wouldn't hardly need an elaborate system.
22. I don't feel no need for an elaborate system.
23. I don't feel I need an elaborate system.
24. Correct as it is

(g)

9. Dear Sirs:
10. Dear Sirs;
11. Dear sirs.
12. Correct as it is

(k)

25. Very Truly Yours:
26. Very truly yours;
27. Very truly yours,
28. Correct as it is

(h)

13. week I was
14. week and was
15. week, and were
16. Correct as it is

The Galveston County Sheriff's Office is an Equal Opportunity Employer.   •   The County of Galveston is an E-Verify Employer.   •   May 2011

7 | P a g e

Benson 000177
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • 54th • Street
Galveston • Texas • 77551
(4   766-2300 • http://www.galvestonso.com

# PART II

**SPELLING**

**Read the instructions for each set of problems before answering. Some examples are given. Circle the letter that corresponds with your answer.**

Instructions: Choose the word that is spelled correctly and best completes the sentence.

```
EXAMPLE:
 B   I felt the cool _____.
     A. breze
     B. breeze
     C. breaze
     D. breize
```

A   26.   The Supreme Court decides _____ issues.

   A. constitutional
   B. constitusional
   C. constitucional
   D. constitushonal

A   27.   She had a _____ claim to the estate.

   A. valid
   B. valud
   C. vallid
   D. vallud

D   28.   The _____ attended a meeting at the White House.

   A. ambasador
   B. ambasader
   C. ambassader
   D. ambassador

A   29.   His _____ of the problem made matters worse.

   A. ignorance
   B. ignorence
   C. ignoranse
   D. ignoreanse

Benson 000178
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54th • Street
Galveston • Texas • 77551
(   766-2300 • http://www.galvestonso.com

37.   Winning the award gave him a sense of _____.

A. prestije
B. prestige
C. presteje
D. presteje

38.   His _____ was to become the manager.

A. aspiration
B. asperation
C. asparation
D. aspuration

39.   Stella's exceptional talents lay _____ in earlier years.

A. dormint
B. dorment
C. dormunt
D. dormant

40.   Attendance at the meeting is _____ for all employees.

A. compulsery
B. compulsory
C. compulsary
D. compulsury

41.   A little encouragement was all the _____ he needed.

A. stimulos
B. stimulus
C. stimulous
D. stimuluous

42.   Marty is _____ to colds and hay fever.

A. suseptible
B. suceptable
C. susceptible
D. susceptable

43.   Our _____ department answers many payroll questions.

A. personel
B. personell
C. personnel
D. personnell

The Galveston County Sheriff's Office is an Equal Opportunity Employer.   •   The County of Galveston is an E-Verify Employer.   •   May 2014

11 | P a g e

Benson 000179
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • 54ᵗʰ • Street
Galveston • Texas • 77551
(4( 66-2300 • http://www.galvestonso.com

This passage describes progress made over the years in the education of people who are hearing impaired.

**(Questions 46 – 52) Instructions:  Read the passage and choose the correct answer.**

Deaf people have not always been treated with dignity and understanding. For many centuries they were considered mentally retarded or insane and were not given an opportunity to be educated. Then, in the mid-eighteenth century in France, a priest named Charles de L 'Epee decided to try teaching a group of deaf children to read and write. He found them to be alert, intelligent, and eager to learn.

L 'Epee intended to use just finger spelling to communicate with his students; however, the students soon taught him the natural sign language used by people who are hearing impaired. Using those signs, along with signs borrowed from local monasteries where vows of silence were kept, L 'Epee brought about the earliest successes in the education of hearing-impaired people. He was later credited by some historians with the invention of sign language. This, of course, was inaccurate because deaf people had used sign language long before L 'Epee's time.

Another person involved in educating deaf people was Alexander Graham Bell, who in 1872 opened a training school for teachers of deaf students. Some biographers say that Bell may have invented the telephone by accident while he was working on a device to amplify sound for hearing people. Whatever the case, Bell's work led to an oral method of instruction in which children were fitted with hearing aids that amplified the teacher's voice. This method, called "oralism", dominated the field of deaf education until the mid-1970's. The theory behind oralism was that deaf children could and should be trained to speak and read lips. Many schools even prohibited the use of manual signs, thinking they inhibited the normal acquisition of language.

Using the oral method, students with moderate to severe hearing losses sometimes developed quite intelligible speech and were able to lip-read about a third of what was being said in face-to-face communication. Often, however, graduates of oral programs were limited to speaking in monotone, sometimes called "deaf speech". Perhaps the greatest failure of the oralists was a reluctance to accept deafness. Lacking the means to overcome such a formidable obstacle, they used the mainstreaming philosophy of special education to justify imposing unrealistic standards on hearing-impaired students.

The oralists maintained that American Sign Language (ASL) was not a true language and that it was unsuited to the expression of subtle or abstract thought. The sentiment of the deaf community was ambivalent. Many recognized the advantages of learning speech, but few were willing to abandon the natural language right at their fingertips. Even in the strictest oral school, students signed behind the teacher's back.

Then, in the early 1960's, the work of two outstanding scholars, William Stokoe of Cornell University and Noam Chomsky of MIT, began to show that ASL was indeed a true language. It had its own complex rules of grammar and syntax and was in fact the cornerstone of deaf culture. Over the next few years, sign language was incorporated into a new method of instructing people who are deaf. This method, known as "total communication," included signing, finger spelling, speech, speech reading, and amplification.

Today, at Gallaudet University, the only university in the United States specifically for hearing-impaired students, both deaf and hearing instructors conduct courses using sign language. In 1988, following a peaceful student protest, the college appointed its first deaf-and signing- president.



46.    According to the passage, sign language was invented by

    A. deaf people
    B. Charles de L 'Epee
    C. two American scholars
    D. Alexander Graham Bell

Benson 000180
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • S4th • Street
Galveston • Texas • 77551
(    766-2300 • http://www.galvestonso.com

**(Questions 53 - 58) Instructions: Use all 3 words in each group in a complete sentence.**

53.
    1. thought
    2. instead
    3. value

I thought dollar bills had greater value instead of coins.

54.
    1. through
    2. every
    3. steady

I run thrash the park every other day and find the road to be steady.

55.
    1. threw
    2. steadily
    3. very

I threw the ball very steadily thrash the catchers plate.

Benson 000181
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff
•

601 • 54th • Street
Galveston • Texas • 77551
(4    66-2300 • http://www.galvestonso.com

# PART III

## MATH

**(Questions 59 - 68)Instructions:  Read the question and write the answer to the left of the question in the box provided.  Use the blank page at the end of the test to show your work.**

$199

59. Sam Lee had $1279 withheld from his paycheck last year for income tax. If he owed only $1080 in taxes, find the amount of refund he should receive.

$$1279$$
$$1080$$
$$\overline{199}$$

33

60. A stamping machine produces 936 license plates per hour. How long will it take to produce 30,888 license plates?

$$936\overline{)30,888}$$

$$936$$
$$33$$
$$\overline{2808}$$
$$-2808$$
$$\overline{0}$$

50

61. A food canner uses 1 pound of pork for every 175 cans of pork and beans. How many pounds of pork are needed for 8750 cans of pork and beans?

$$175\overline{)8750}$$  $$\quad 50$$

$$175 \times 8 = 1400$$  $$\quad 175 \times 5 = 875$$  $$\quad 175$$

247

62. Susan Hessney has $382 in her checking account. She writes a check for $135. How much does she have left in her account?

$$382$$
$$135$$
$$\overline{247}$$

23

63. If an acre needs 250 pounds of fertilizer, how many acres can be fertilized with 5750 pounds of fertilizer?

$$250$$
$$23$$
$$\overline{750}$$
$$500$$

$$250\overline{)5750}$$

The Galveston County Sheriff's Office is an Equal Opportunity Employer.   •   The County of Galveston is an E-Verify Employer.   •   May 2011

**17 | P a g e**

Benson 000182
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54th • Street
Galveston • Texas • 77551
) 766-2300 • http://www.galvestonso.com

(Questions 69 - 80) Instructions: Choose the correct answer from the choices provided.

 MALE Inmate  -  FEMALE Inmate

69.



A. 40 Male Inmates
B. 42 Male Inmates
C. 48 Male Inmates
D. 49 Male Inmates
E. 48 Female Inmates

70.



A. 48 Male Inmates
B. 38 Female Inmates and 2 Male Inmates
C. 40 Female Inmates
D. 42 Female Inmates
E. There are no female inmates in the jail.

71. You are required to count the inmates in the Jail at 06:00. Inmate Housing Areas numbered 1 through 9 and Med 1 and Med 2 are in the Jail. There are 48 inmates each in the Housing Areas numbered 3, 4, 7, and 9. The count is 24 in Med 1 and 22 in Med 2. Housing Areas 5 and 8 have 40 inmates each. Housing Area 6 is closed and Housing Areas 1 and 2 have 19 inmates each. There are 43 persons in booking waiting to be booked in. Booking is not in the Jail. What is the TOTAL number of Inmates in the jail at 06:00?
A. 337
B. 380
C. 356
D. 399
E. There are no female inmates in the jail.

Benson 000183
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54ᵗʰ • Street
Galveston • Texas • 77551
(4    766-2300 • http://www.galvestonso.com

75.



You're a Corrections Supervisor and you are required to document the number of inmates in the Jail. How many inmates are in your Custody, Care and Control represented by the ◇☐ housing area's above?

A. Less than a thousand are in your custody, care and control.
B. 1046 are in your custody, care and control.
C. 23 Male Corrections Deputy's and 5 Female Corrections Officers are needed to supervise the above number of inmates.
D. 28 Corrections Deputy's would be required to supervise the above inmates.
E. 1056 inmates in your custody, care and control.

76.



Texas Commission on Jail Standards requires by the directive in the Texas Administrative Code – Title 37, Part 9, Chapter 275, Rule 275.4 – "Inmates shall be supervised by an adequate number of corrections officers to comply with state law and these standards. One corrections officer shall be provided on each floor of the facility where 10 or more inmates are housed, with no less than 1 corrections officer per 48 inmates or increment thereof on each floor for direct inmate supervision."

Jail Administration is required to provide the mandated number of staff to supervise the inmates as represented by the number inside the ◇ housing area's shown above. How many deputies would be required to work to meet the mandated direct inmate supervision to staff ratio?
A. 972 Inmates
B. 47 Male Deputies and 1 Female Deputy
C. 8 Cluster Deputy's
D. 23 Deputy's
E. 24 Deputy's

Benson 000184
CONFIDENTIAL

**Galveston County Sheriff's Office**
Freddie Poor, Sheriff

601 • 54th • Street
Galveston • Texas • 77551
(4(    66-2300 • http://www.galvestonso.com

**This page was intentionally left blank for the applicant to use as scrap paper**

Applicant's Name: _Edrad S Benavidez Jr_

**STOP** – When you complete the test, push in your chair and gather your belongings.  Clean your desk off and bring the test, pencils and turn into the proctor.  Exit the classroom quietly.  Exit the facility through door K213a.  Wait for a telephone call or a letter for your test results.  Do not call for your results.  You will receive correspondence from the recruiter by mail, email or telephone regarding the next phase of your journey to becoming a Galveston County Sheriff's Office Deputy.  _____  (Applicant's Initials)

The Galveston County Sheriff's Office is an Equal Opportunity Employer.    •    The County of Galveston is an E-Verify Employer.    •    May 2011

23 | P a g e

Benson 000185
CONFIDENTIAL



**GALVESTON COUNTY SHERIFF'S OFFICE**
601-54th Street
Galveston, Texas 77551
(409-766-2300)

Freddie Poor, Sheriff

*Return to:*
Galveston County Jail
5700 Ave. H
Galveston, Texas 77551

# APPLICATION FOR EMPLOYMENT

**POSITION APPLIED FOR:** Deputy / Jailor     **DATE OF APPLICATION** 2 / 21 / 11

**STATUS REQUESTED:** Yes   **FULL-TIME**    No   **RESERVE/PART-TIME**

**APPLICANT:** Benavidez   Jr     Edward     Steven
       Last        First        Middle

**CURRENT RESIDENCE:** ▒▒▒▒▒▒▒▒▒▒▒▒
      Number       Street       Apt.

    Galveston       Texas       77551
     City        State        Zip

**HOME PHONE** (4▒▒ ▒▒▒▒ **WORK PHONE** ( ) N/A   **CELL/PGR/OTHER** (▒▒▒▒▒▒

**E-MAIL:** ▒▒▒▒▒▒   **SOCIAL SECURITY #** ▒▒▒▒▒▒   **HEIGHT:** 5'3   **WEIGHT:** 185

**DRIVERS LICENSE #** ▒▒▒▒▒   **STATE:** Texas   **DATE OF BIRTH:** ▒▒▒▒▒   **AGE:** 28

**RACE:** White   **SEX:** Male   **PLACE OF BIRTH:** Galveston     Texas
                              City       State

## LIST ALL OTHER NAMES BY WHICH YOU HAVE BEEN KNOWN

| N/A | N/A | N/A |
|-----|-----|-----|
| Last | First | Middle |
| N/A | N/A | N/A |
| Last | First | Middle |
| N/A | N/A | N/A |
| Last | First | Middle |

2009-1632

Benson 000186
CONFIDENTIAL

**MILITARY HISTORY**

**HAVE YOU REGISTERED WITH SELECTIVE SERVICE?** ( X ) YES    (   ) NO

**HAVE YOU EVER BEEN REJECTED FOR SERVICE BY ANY BRANCH OF THE ARMED FORCES?** (   ) YES    ( X ) NO

**IF YES, WHAT BRANCH?** _N/A_    **WHEN?** _N/A_

**HAVE YOU EVER BEEN A MEMBER OF ANY BRANCH OF THE U.S. ARMED FORCES?** ( X ) YES    (   ) NO

**BRANCH?** _U.S Marine Corps_    **SERVICE #** _~~████████~~_

**DATE OF INDUCTION:** _10/24/2005_    **DATE DISCHARGED:** _10/23/2009_

**LAST UNIT ASSIGNED:** _3RD BN  1st Marines  India Company_

**HIGHEST RANK ATTAINED:** _E-3 / Lance Corporal_    **RANK AT DISCHARGE:** _E-3 / Lance Corporal_

**TYPE OF DISCHARGE:** _Honorable_

**WHILE IN THE MILITARY, WERE YOU EVER SUBJECT TO ANY DISCIPLINARY ACTION OR CHARGED WITH ANY OFFENSE THAT RESULTED IN ARTICLE 15, TRIAL BY DECK COURT, SUMMARY, SPECIAL, OR GENERAL COURT MARTIAL?** (   ) YES    ( X ) NO    **IF YES, GIVE DATE, LAW ENFORCEMENT AUTHORITY, TYPE OF COURT, CHARGE AND ACTION TAKEN FOR EACH INCIDENT:**

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

**ARE YOU CURRENTLY A MEMBER OF A U.S. RESERVE, NATIONAL OR STATE GUARD ORGANIZATION?**

(   ) YES    ( X ) NO

**WHAT ORGANIZATION?** _N/A_    **RANK** _N/A_

2009-1632

Benson 000187
CONFIDENTIAL

## EMPLOYMENT HISTORY

**(CONTINUED)**

Fishfales

Name of Employer

409 - 762 - 8545

Phone Number

25th  Seawall                Galveston          TX              77550

Address                           City                    State              Zip

**EMPLOYED FROM:** July 2003          **TO:** September 2005

**POSITION(S) HELD:** Food Service

**DATE(S) AND TYPE(S) OF PROMOTION(S):** N/A

**JOB DUTIES:** Server Assistant

**IMMEDIATE SUPERVISOR:** N/A                        N/A

Name                      Work Phone

N/A                        N/A

Home Address                                                 Home Phone

**CO-WORKER:** N/A                        N/A

Name                      Work Phone

N/A                        N/A

Home Address                                                 Home Phone

**SALARY HISTORY: Beginning:** Minimum Wage   **Ending:** Minimum Wage

**REASON FOR LEAVING (EXPLAIN FULLY):** Joined the Marine Corps

**USUAL WORK HOURS:  FROM:** 2 PM     **TO:** 10 PM

**TYPE OF JOB: (  ) FULL-TIME   (X) PART-TIME   (  ) UNPAID   (  ) OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN? (  ) YES (X) NO**
**B. ARE YOU ELIGIBLE FOR REHIRE? (X) YES (  ) NO**
**C. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION? (  ) YES (X) NO**

**IF YES ON QUESTION A OR C, EXPLAIN:** N/A

N/A

N/A

2009-1632

Benson 000188
CONFIDENTIAL

Galveston County Sheriff's Office          Applicant Check list

Applicant: Edward S. Benavidez Jr.

Employment History Supplement Information

Name of Employer: Fish tales                    Phone: 409-762-8545

Employed From: July 2003 to September 2005 (part time)

Immediate Supervisor: Shannon Stripling          Work phone: 409-762-8545

Home Address: Unable to obtain                   Home Phone: Unable to obtain

Co-Worker: Roshawn Alexander                     Work phone: 409-762-8545

Home Address: Unable to obtain                   Home Phone: 4███████████

Name of Employer: Moody Gardens                  Phone: 409-744-4673

Employed From:  June 2001 to July 2003 (part time)

Immediate Supervisor: Richard Colunga            Work Phone: 409-683-4275

Home Address: Unable to obtain                   Home Phone:  Unable to obtain

C0-Worker: Ollie Jules                           Work Phone: 409-744-4673

Home Address: Unable to obtain                   Home Phone: ███████████

Benson 000189
CONFIDENTIAL

## EMPLOYMENT HISTORY

**(CONTINUED)**

_____ N/A _____                          _____ N/A _____
**Name of Employer**                              **Phone Number**

_____ N/A _____
**Address**                    **City**              **State**         **Zip**

**EMPLOYED FROM:** _____ N/A _____  **TO:** _____ N/A _____

**POSITION(S) HELD:** _____ N/A _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____ N/A _____

**JOB DUTIES:** _____ N/A _____

**IMMEDIATE SUPERVISOR:** _____ N/A _____        _____ N/A _____
                          **Name**                **Work Phone**
                          _____ N/A _____        _____ N/A _____
**Home Address**                                 **Home Phone**

**CO-WORKER:** _____ N/A _____        _____ N/A _____
              **Name**                **Work Phone**
              _____ N/A _____        _____ N/A _____
**Home Address**                      **Home Phone**

**SALARY HISTORY: Beginning:** _____ N/A _____   **Ending:** _____ N/A _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____ N/A _____
_____ N/A _____

**USUAL WORK HOURS:  FROM:** _____ N/A _____  **TO:** _____ N/A _____

**TYPE OF JOB: (  ) FULL-TIME   (  ) PART-TIME   (  ) UNPAID   (  ) OTHER** _____ N/A _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN? (  ) YES (  ) NO**
**B. ARE YOU ELIGIBLE FOR REHIRE? (  ) YES (  ) NO**           N/A
**C. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION? (  ) YES (  ) NO**

**IF YES ON QUESTION A OR C, EXPLAIN:** _____ N/A _____
_____ N/A _____
_____ N/A _____

2009-1632

Benson 000190
CONFIDENTIAL

**MEMBERSHIP/HOBBIES/SPECIAL SKILLS**

| NAME OF ORGANIZATION | ADDRESS | TYPE | OFFICE HELD |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**LIST ALL HOBBIES AND SPECIAL SKILLS THAT YOU MIGHT HAVE (SPORTS, BILINGUAL SKILLS, COMPUTER, ETC.)**

Computers

2009-1632

Benson 000191
CONFIDENTIAL

**CIVIL LITIGATION**

HAVE YOU EVER BEEN INVOLVED IN ANY KIND OF LAWSUIT (EVEN AS A WITNESS)? (  ) YES  ( X ) NO

IF YES, EXPLAIN EACH INCIDENT. USE ADDITIONAL SHEETS IF NECESSARY. ATTACH COPIES OF ALL DOCUMENTS.

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

EXPLANATION: _____ N/A _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

EXPLANATION: _____ N/A _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

EXPLANATION: _____ N/A _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

EXPLANATION: _____ N/A _____

_____

_____

2009-1632

Benson 000192
CONFIDENTIAL

## DRIVING RECORD

**DO YOU PRESENTLY, OR HAVE YOU EVER HAD A DRIVER'S LICENSE ISSUED FROM ANOTHER STATE?(   )YES (X)NO
IF YES:**

STATE: _N/A_          LICENSE # _N/A_

STATE: _N/A_          LICENSE # _N/A_

**HOW MANY CITATIONS HAVE YOU RECEIVED FOR MOVING VIOLATIONS IN THE PAST FIVE YEARS?** _O_

**HAVE YOU DRIVEN A MOTOR VEHICLE WITHIN THE PAST FIVE YEARS WITHOUT PROPER INSURANCE?**

( ) YES (X) NO

**HAVE YOU EVER HAD A DRIVER'S LICENSE SUSPENDED? (  ) YES (X) NO**

**IF YES, EXPLAIN. SHOW DATE, TYPE OF SUSPENSION, AND DATE SUSPENSION LIFTED.**

N/A

N/A

**HAVE YOU EVER HAD YOUR DRIVER'S LICENSE PLACED ON PROBATION FOR EXCESSIVE TRAFFIC VIOLATIONS?**

( ) YES (X) NO

**IF YES, EXPLAIN:**

N/A

N/A

**HAVE YOU EVER HAD AN ADMINISTRATIVE HEARING REGARDING SUSPENSION OR PROBATION OF YOUR DRIVER'S
LICENSE? (  ) YES (X) NO**

**HAVE YOU EVER HAD YOUR INSURANCE CANCELLED? (  ) YES (X) NO
IF YES, EXPLAIN:**

N/A

N/A

N/A

N/A

**HAVE YOU EVER KNOWINGLY DRIVEN A MOTOR VEHICLE AFTER YOUR LICENSE WAS SUSPENDED?(  ) YES (X) NO**

2009-1632

Benson 000193
CONFIDENTIAL

## ALCOHOL/DRUG INVOLVEMENT

**HAVE YOU EVER CONSUMED ALCOHOL ON THE JOB? (  ) YES  (✗) NO**
**IF YES, EXPLAIN:**

N/A

N/A

**HAS THE CONSUMPTION OF ALCOHOL EVER ADVERSELY AFFECTED YOUR PERFORMANCE ON THE JOB?**
**(  ) YES  (✗) NO      IF YES, EXPLAIN:**

N/A

N/A

**DO YOU FREQUENT ANY PARTICULAR CLUBS, LOUNGES OR OTHER LOCATIONS WHERE THE PRIMARY BUSINESS IS THE SALE OF ALCOHOLIC BEVERAGES? (  ) YES  (✗) NO**
**IF YES, EXPLAIN:**

N/A

N/A

**HOW MANY TIMES HAVE YOU DRIVEN AFTER CONSUMING ALCOHOL IN THE PAST TWELVE MONTHS?** 0

**HAVE YOU EVER SOLD OR FURNISHED ILLEGAL DRUGS OR NARCOTICS TO ANYONE?** No

**HAVE YOU EVER TAKEN ANY DRUGS NOT PRESCRIBED BY YOUR PHYSICIAN?** No

**HAS ANOTHER INDIVIDUAL EVER USED ILLEGAL DRUGS IN YOUR PRESENCE?** No

## MISCELLANEOUS INFORMATION

**DO YOU, AND IF YOU ARE MARRIED YOUR SPOUSE, HAVE A RELATIVE CURRENTLY EMPLOYED BY THE COUNTY SHERIFF'S OFFICE?**
**IF YES, GIVE NAME, RELATIONSHIP AND POSITION HELD:**

N/A

N/A

**IF YOU HAVE PREVIOUSLY WORKED FOR ANY EMERGENCY PROVIDER (FIRE, POLICE, EMS), LIST ANY AND ALL INTERNAL INVESTIGATIONS IN WHICH YOU WERE LISTED AS A PARTY OR WERE THE FOCUS OF THE INVESTIGATION. USE ADDITIONAL SHEETS IF NECESSARY.**

N/A

N/A

2009-1632

Benson 000194
CONFIDENTIAL

## EMPLOYMENT APPLICATION
## REQUIRED DOCUMENTS

AT THE TIME THE EMPLOYMENT APPLICATION IS RETURNED, APPLICANT <u>MUST</u> BRING <u>COPIES</u> OF ALL DOCUMENTS REQUIRED. UPON EMPLOYMENT, OR THE OFFER THEREOF, *ORIGINAL* DOCUMENTS WILL NEED TO BE PROVIDED TO THIS AGENCY WHEN APPLICABLE.

1. Social security card

2. High school diploma, original college transcript, or GED certificate

3. Military DD214

4. Last two performance evaluations received from previous employer

(The below list applies only to those applicants previously licensed by TCLEOSE as Peace Officer, Reserve, County Jailer, or Telecommunicator, etc.)

5. TCLEOSE certificates including all licenses and proficiency certificates

6. Copy of F-5 (Report of Separation of License Holder) submitted to TCLEOSE from last law enforcement agency employed

2009-1632

Benson 000195
CONFIDENTIAL

## EMPLOYMENT APPLICATION INSTRUCTIONS

THE EMPLOYMENT APPLICATION IS A TOOL FOR SCREENING APPLICANTS TO DETERMINE THEIR SUITABILITY TO BECOME OFFICERS FOR THE GALVESTON COUNTY SHERIFF'S OFFICE.

READ ALL INSTRUCTIONS CAREFULLY BEFORE PROCEEDING. IT IS YOUR RESPONSIBILITY TO READ AND ANSWER EACH QUESTION FULLY. THE INFORMATION YOU PROVIDE MAY BE VERIFIED THROUGH A BACKGROUND INVESTIGATION. ACCURACY IS ESSENTIAL. FAILING TO FOLLOW INSTRUCTIONS, OMITTING INFORMATION, OR MAKING FALSE STATEMENTS MAY BE GROUNDS FOR DENYING OR TERMINATING YOUR APPLICATION.

1. The application must be completed by you, the applicant.

2. The application must be legibly handwritten in black ink. Do not type.

3. If the question does not apply, mark "N/A" for Not Applicable. Do not leave any blanks. Incomplete applications will not be considered for process.

4. You are responsible for obtaining correct addresses, zip codes, area codes and telephone numbers.

5. If there is not enough space for you to complete an answer, attach an additional sheet to the form being used, noting the number of the form, the question to which it corresponds, your name and your social security number in the upper right hand corner.

6. The attached application may be returned in person, by mail, or other delivery service, but must be returned by the deadline date shown on the application.

2009-1632

Benson 000196
CONFIDENTIAL



# FREDDIE POOR
## Sheriff
### Galveston County

_02_ / _21_ / _2011_
   Date

This is to certify that the Galveston County Sheriff's Office is considering employment for the below listed applicant:

_Edward Steven Benavidez Jr_                    ,    ~~_____~~.
(Applicant - Full Printed Name)                 (TCLEOSE PID or SSN)

The above applicant is/was a TCLEOSE licensed peace officer and/or jailer.

In compliance with the Texas Occupations Code, 1701.451(a)(1), I am respectfully requesting any and all employment termination report regarding this person that is retained by the Texas Commission on Law
Enforcement Officer Standards and Education.

Respectfully Submitted,


_____
(Agency Administrator or Agency Designee - Signature)


_____
(Agency Administrator or Agency Designee - Printed Name)
Galveston County Sheriff's Office
409-763-7585 (p)
409-621-7979 (f)
so.employment@co.galveston.tx.us
http://www.galvestonso.com


_To Protect and Serve_

601 54TH STREET  •  SUITE 2100  •  GALVESTON, TEXAS 77551-4248  •  PHONE: 409-766-2302

2009-1632

Benson 000197
CONFIDENTIAL

## AUTHORIZATION FOR RELEASE OF PERSONAL INFORMATION

I, _____ , do hereby authorize a review of and a full disclosure of all records concerning myself to any duly authorized agent of the Galveston County Sheriff's Office, whether the said records are of a public, private, or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of the records of educational institutions, financial or credit institutions, including records of loans, records of commercial or retail credit agencies; and other financial statements and records wherever filed; medical and psychiatric treatment and/or consultation, including hospitals, clinics, private practitioners and the U.S. Veterans Administration; employment and pre-employment records, including background reports, performance ratings/reviews, complaints or grievances filed by or against me and the records and recollections of attorneys at law, or other counsel whether representing me or another person in any other case, either criminal or civil, in which I presently have or have had an interest.

I understand that any information obtained by a personal history background investigation which is developed directly or indirectly, in whole or in part, upon this release authorization will be considered in determining my suitability for employment with the Galveston County Sheriff's Office. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for giving this information; and I hereby release said person(s) from any and all liability which may be procured as a result of furnishing such information.

A photocopy of this release will be valid as an original thereof, even though the said photocopy does not contain an original writing of my signature.

_____
**Signature (including maiden name)**

_____
**Social Security Number**

**STATE OF TEXAS**
**COUNTY OF GALVESTON**

**BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED**

*Edward Benavidez JR* **KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT AND KNOWLEDGE TO ME THAT HE/SHE EXECUTED THE SAID INSTRUMENT FOR THE PURPOSE AND CONSIDERATION THEREIN EXPRESSED.**

**SWORN AND SUBSCRIBED BEFORE ME THIS** _21_ **DAY OF** _Feb_ , _2011_ _____

**Notary Seal**

ROBBIE M. CLARK
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 21, 2011

_____
**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

2009-1632

Benson 000198
CONFIDENTIAL

# WAIVER OF LIABILITY

## EMPLOYMENT TERMINATION HISTORY RELEASE

NAME (LAST, FIRST, MIDDLE INIT.) Benavidez Jr Edward S.

SOCIAL SECURITY NUMBER

DEPARTMENT REQUESTING RECORDS Galveston County Sheriff's Office

I understand that a report is submitted to the Commission each time I resign or am terminated from employment or appointment with a law enforcement agency.

I understand the report must include an explanation of the circumstances of my resignation or termination.

I understand the chief administrator of each law enforcement agency with which I apply for employment may request the contents of each report that pertains to resignation or termination due to substantiated incidents of excessive force or violations of law other than traffic offenses.

I understand the Commission is not liable for civil damages for providing information contained in a report concerning the circumstances cited above, **when a written request, on agency letterhead, from a chief administrator and this release is presented to the Commission; and**

I understand a law enforcement agency, chief administrator of a law enforcement agency or other law enforcement official is not liable for civil damages for a report made by that agency or person if the report is made in good faith.

**I expressly waive my right** to hold the Commission, law enforcement agency, chief administrator of the law enforcement agency, or other law enforcement official liable for civil damages for the contents of reports concerning my resignation or termination as a peace officer, reserve law enforcement officer, county jailer, or public security officer which are on file with the Commission, if the law enforcement agency, chief administrator of the law enforcement agency, or other law enforcement official made the report in good faith; and

**I expressly waive my right** to hold the Commission, law enforcement agency, chief administrator of a law enforcement agency, or other law enforcement official liable for civil damages for any action based on information contained in my reports concerning the circumstance of my resignation or termination from prior employment or appointment with a law enforcement agency.

**I have read and understand the foregoing statements.  I hereby authorize the Commission to release all reports concerning my resignation or termination pertaining to circumstances cited above as a peace officer, reserve law enforcement officer, county jailer, or public security officer which are on file with the Commission to the department named above.**

_____
Signature of Licensee

02/21/2011
Date

Sworn to and subscribed before me, this

the   21   day of   Feb , 2011

Notary public in and for, State of Texas
My Commission expires

Robbie M Clark
Printed Name of Notary

Robbie M Clark
Signature of Notary

Notary Seal or Stamp

ROBBIE M. CLARK
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 21, 2011

Termination History Release  3/31/2005

Page 1 of 1

2009-1632

Benson 000199
CONFIDENTIAL

 **Galveston County Sheriff's Office**
601 54th Street
**Galveston, Texas 77551**
(409)-766-2300

**Applicant Checklist**

Revised 06/25/2009

This form **MUST** be returned with the **COMPLETED** Galveston County Sheriff's Office Application and will be completed by the **VISITATION DEPUTY** when the application is received from the applicant by mail or in person.

The Jail Lobby is open 24 hours a day, 365 days a year.  Notaries are on site Mon – Fri from 08:00a – 4:00p.

**Galveston County Jail**
**APPLICATIONS / VISITATION DEPUTY**
**5700 Avenue H**
**Galveston, Texas 77554**

If the application is mailed, the application will only be processed if the below documents are included.

Date Returned: _____/_____/_____   Time Returned: _____:_____ a/p

<u>Visitation Deputy-</u> **Confirm that the following required documents are included in the applicant's packet:**

- ☐ <u>Valid</u> Drivers License
- ☐ <u>Valid</u> Identification Card (<u>Only acceptable prior and up to the interview</u>)
- ☐ Social Security Card
- ☐ Birth Certificate
- ☐ Temporary Social Security Card (<u>Only acceptable prior and up to the interview</u>)
- ☐ High School Diploma or GED Certificate (<u>Accredited TEA Schools Only</u>)
- ☐ <u>College Transcripts</u> of all schools attended, (<u>Sealed Envelopes</u>)
- ☐ <u>Certified Copies</u> of all dispositions Juvenile and Adult, (<u>Sealed Envelopes</u>)
- ☐ <u>Signed and Notarized</u> *Authorization for Release of Personal Information* and the *Waiver of Liability* forms

**Determine if the following document copies are applicable, and if so attach:**

- ☐ ALL Military DD214 (<u>Copy only</u>)
- ☐ Last two performance evaluations received from previous employers

**Determine if the following document copies for previously licensed applicants are attached (TCLEOSE Licenses):**

- ☐ Peace Officer
- ☐ Reserve
- ☐ County Jailer
- ☐ Telecommunicator
- ☐ Other _____
- ☐ Copy of F-5's (Report of Separation of License Holder) submitted to TCLEOSE by last law enforcement agencies employed

**Visitation Deputy- Printed Name:** _____

**Visitation Deputy – Signature:** _____

2009-1632

Benson 000200
CONFIDENTIAL

## DISQUALIFIERS FOR EMPLOYMENT

**ANY OF THE FOLLOWING ITEMS MAY RESULT IN THE <u>PERMANENT</u> REJECTION OF AN APPLICANT:**

1. Knowingly omit or falsify any information on the application.

2. Conviction of any felony grade offense.

3. Admission or discovery of current substance abuse.

4. Admission or discovery of the manufacture, delivery, sale or possession with the intent to sell or deliver any controlled substance.

5. Termination from any law enforcement agency for cause. ("For Cause" means an affirmed termination due to an action, or failure to act by the applicant.)

6. Asked to resign or resigned while under investigation from a law enforcement agency (does not include economic lay-off).

7. Conviction in military court which resulted in discharge from military service under less than honorable conditions.

8. Conviction of two or more Class A or Class B misdemeanors.

9. Conviction of any offense involving moral turpitude.

10. Discovery of domestic violence abuses by applicant.

11. False statement to Interview Board-any applicant who knowingly gives false information during the oral interview will be disqualified from future selection processes.

**(NOTE: RECEIPT OF YOUR APPLICATION IS NOT A GUARANTEE OR PROMISE OF EMPLOYMENT BY THIS AGENCY)**

Benson 000201
CONFIDENTIAL

## MINIMUM STANDARDS FOR ACCEPTANCE TO THE
## GALVESTON COUNTY SHERIFF'S OFFICE

**A PERSON WHO IS AN APPLICANT OF THE GALVESTON COUNTY SHERIFF'S OFFICE SHALL:**

1. Be a citizen of the United States of America

2. Be at least 18 years of age on the date the application is made.

3. Not be awaiting trial for any criminal offense.

4. Not be on probation for any criminal offense.

5. Have a current, valid Texas driver's license and an acceptable driving record as determined by the Galveston County Sheriff's Office policy in effect at the time of application.

6. Have a stable credit record.

7. Have received nothing less than an Honorable discharge without conditions if separated from military service. If conditions exist, these will be considered on a case by case basis.

8. Meet all standards required and be eligible to be licensed as an Officer by the Texas Commission on Law Enforcement Officer Standards and Education.

9. Not have had any license revoked by the Texas Commission on Law Enforcement Officer Standards and Education (includes voluntary surrender).

10. Pass all pre-employment skills testing as required.

2009-1632

Benson 000202
CONFIDENTIAL

## APPLICANT STATEMENT

I certify that all information I have provided in order to apply for and secure work with the employer is true, complete and correct.

I understand that any information provided by me that is found to be false, incomplete or misrepresented in any respect, will be sufficient cause to (i) cancel further consideration of this application, or (ii) immediately discharge me from the employer's service, whenever it is discovered.

I expressly authorize, without reservations, the employer, its representatives, employees or agents to contact and obtain information from all references (personal and professional), employers, public agencies, licensing authorities and educational institutions and to otherwise verify the accuracy of all information provided by me in this application, resume' or job interview. I hereby waive any and all rights and claims I may have regarding the employer, its agents, employees or representatives, for seeking, gathering and using such information in the employment process and all other persons, corporations or organizations for furnishing such information about me.

I understand that the employer does not lawfully discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant from consideration for employment on a basis prohibited by applicable local, state or federal law.

I understand that this application remains current for only 90 days. At the conclusion of that time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to reapply and fill out a new application. I also understand I may not be told the reason I was denied employment.

If I am hired, I understand that I am free to resign at any time, with or without cause and without prior notice, and the employer reserves the same right to terminate my employment at any time, with or without cause and without prior notice, except as may be required by law. This application does not constitute an agreement or contract for employment for any specified period or definite duration. I understand that no supervisor or representative of the employer is authorized to make any assurances to the contrary and that no implied, oral or written agreements contrary to the foregoing express language are valid unless they are in writing and signed by an authorized authority.

I further understand that I must be willing to accept employment on a probationary status as set forth by county and agency policy.

I also understand that if I am hired, I will be required to provide proof of identity and legal authority to work in the United States and the federal immigration laws require me to complete an I-9 form in this regard.

Do not sign until you have read the above applicant statement.

I certify that I have read, fully understand and accept all terms of the foregoing applicant statement.

Signature of Applicant _Erica Benson_          Date 02 / 21 / 2011

The Galveston County Sheriff's Office is an Equal Opportunity Employer

2009-1632

Benson 000203
CONFIDENTIAL

## DRIVING RECORD

**(CONTINUED)**

**HAVE YOU EVER BEEN DENIED A DRIVER'S LICENSE FOR ANY REASON? ( ) YES (X) NO**
**IF YES, EXPLAIN:** _N/A_

**HAVE YOU EVER BEEN CHARGED WITH DWI, DUI, OR DWLI ? ( ) YES (X) NO**
**IF YES, EXPLAIN (GIVE DATE AND ARRESTING AGENCY):** _N/A_

**HOW MANY MOTOR VEHICLE ACCIDENTS HAVE YOU BEEN INVOLVED IN AS A DRIVER IN THE PAST FIVE YEARS?**
_one_

**HAVE YOU EVER LEFT THE SCENE OF AN ACCIDENT WITHOUT IDENTIFYING YOURSELF? ( ) YES (X) NO**

**HAVE YOU EVER STRUCK AN UNATTENDED VEHICLE AND LEFT WITHOUT LEAVING IDENTIFICATION?**
**( ) YES (X) NO**

**DO YOU HAVE ANY UNPAID MOVING OR PARKING VIOLATIONS? ( ) YES (X) NO**

**LIST, TO THE BEST OF YOUR MEMORY, ALL MOVING CITATIONS YOU HAVE RECEIVED IN THE PAST FIVE YEARS.**

| DATE | VIOLATION | AGENCY | DISPOSITION |
|------|-----------|--------|-------------|
|      |           |        |             |
|      |           |        |             |
|      |     N/A   |        |             |
|      |           |        |             |
|      |           |        |             |

**LIST ALL ACCIDENTS IN WHICH YOU WERE INVOLVED AS A DRIVER IN THE PAST FIVE YEARS.**

| DATE | LOCATION | BRIEF DESCRIPTION |
|------|----------|-------------------|
| May 2010 | 5300 Ave Q | Distracted Side Swiped Parked car Minor Damage |
|      |          |                   |
|      |          |                   |
|      |          |                   |
|      |          |                   |

2009-1632

Benson 000204
CONFIDENTIAL

## ARRESTS AND DETENTIONS

HAVE YOU EVER BEEN ARRESTED? (  ) YES  (X) NO
HAVE YOU EVER BEEN DETAINED (OTHER THAN A TRAFFIC OFFENSE) BY THE POLICE? (  ) YES  (X) NO
HAVE YOU EVER BEEN A SUSPECT IN A CRIMINAL OFFENSE? (  ) YES  (X) NO
HAVE YOU EVER BEEN CHARGED WITH A CRIMINAL OFFENSE (INCLUDING CRIMINAL CITATIONS)? (  ) YES  (X) NO
IF YES TO ANY OF THE ABOVE, EXPLAIN EACH INCIDENT (LIST JUVENILE AS WELL AS ADULT OCCURRENCES).
ATTACH A CERTIFIED COURT DISPOSITION FOR EACH CRIMINAL CHARGE OR CITATION.

| INCIDENT | DATE | DISPOSITION |
|----------|------|-------------|
|          |      |             |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

| INCIDENT | DATE | DISPOSITION |
|----------|------|-------------|
|          |      |             |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

| INCIDENT | DATE | DISPOSITION |
|----------|------|-------------|
|          |      |             |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

_____

### (ATTACH ADDITIONAL SHEETS IF NECESSARY)

HAVE ANY RELATIVES OR PERSONS YOU ASSOCIATE WITH EVER BEEN CHARGED WITH A FELONY? (  )YES (X)NO
IF YES:

| NAME | RELATIONSHIP | OFFENSE |
|------|--------------|---------|
|      |              |         |
|      |              |         |
|      |              |         |

2009-1632

Benson 000205
CONFIDENTIAL

## FINANCIAL INFORMATION

**LIST INCOME FROM ANY OTHER SOURCE OTHER THAN YOUR PRINCIPLE OCCUPATION EXCLUDING SPOUSE**

| SOURCE | AMOUNT | FREQUENCY |
|--------|--------|-----------|
|  |  |  |
|  |  |  |
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

**HAVE YOU EVER HAD ANY DEBTS PLACED INTO COLLECTION? ( ) YES (X) NO**

| ACCOUNT | MOS. BEHIND | EXPLANATION |
|---------|-------------|-------------|
|  |  |  |
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

**HAVE YOU EVER HAD ANY CHECKS RETURNED DUE TO INSUFFICIENT FUNDS? ( ) YES (X) NO**

| DATE | AMT. CHECK | EXPLANATION |
|------|------------|-------------|
|  |  |  |
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

**HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED? ( ) YES (X) NO**

| DATE | DESCRIPTION/EXPLANATION OF REPOSSESSION |
|------|------------------------------------------|
|  |  |
| N/A | N/A |
|  |  |

2009-1632

Benson 000206
CONFIDENTIAL

## REFERENCES

**ALL APPLICANTS MUST LIST AT LEAST THREE REFERENCES, <u>NOT</u> INCLUDING SUPERVISORS, CO-WORKERS, EMPLOYERS OR RELATIVES. YOU SHOULD USE CARE IN SELECTING YOUR REFERENCES AND THEY SHOULD BE INDIVIDUALS WHO KNOW YOU WELL ENOUGH TO ANSWER PERSONAL QUESTIONS ABOUT YOUR LIFE.**

**NAME:** Ishmael ~~███~~                                    **HOME PHONE:** ~~████████~~

**ADDRESS:** ~~██████~~                Galveston      Tx      77550
             Number        Street        City         State      Zip

**EMPLOYER:** Self-Employed          **WORK PHONE:** 409 ~~███~~ 7447

**NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE:** 27

**NAME:** URS Schmig
          Urs Su~~████~~                **HOME PHONE:** 409 ~~██████~~ 56

**ADDRESS:** ~~████████~~ Galveston      TX      77551
             Number        Street        City         State      Zip

**EMPLOYER:** Moody Gardens          **WORK PHONE:** 409 ~~████████~~

**NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE:** 20

**NAME:** Rose T~~████~~                **HOME PHONE:** ~~█████████~~ 56

**ADDRESS:** 2777 ~~████████~~          Galveston      Tx      77550
             Number        Street        City         State      Zip

**EMPLOYER:** Galveston County Sheriff's office   **WORK PHONE:** 4~~████████~~

**NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE:** 27

2009-1632

Benson 000207
CONFIDENTIAL

Benson 000208
CONFIDENTIAL

## EMPLOYMENT HISTORY

**(CONTINUED)**

Moody Gardens

**Name of Employer**

409-744-4673

**Phone Number**

Hope Blvd                     Galveston            Texas              77551

**Address**                    **City**              **State**            **Zip**

**EMPLOYED FROM:** June 2001                      **TO:** July 2003

**POSITION(S) HELD:** Food Service

**DATE(S) AND TYPE(S) OF PROMOTION(S):** N/A

**JOB DUTIES:** Server Assistant

**IMMEDIATE SUPERVISOR:** N/A                                  N/A
                          **Name**                        **Work Phone**
                          N/A                              N/A
**Home Address**                                          **Home Phone**

**CO-WORKER:** N/A                                        N/A
              **Name**                            **Work Phone**
              N/A                                  N/A
**Home Address**                                          **Home Phone**

**SALARY HISTORY: Beginning:** Minimum Wage    **Ending:** Minimum Wage

**REASON FOR LEAVING (EXPLAIN FULLY):** Laid off

**USUAL WORK HOURS:  FROM:** 10 AM      **TO:** 8 PM

**TYPE OF JOB: (  ) FULL-TIME   (x) PART-TIME   (  ) UNPAID   (  ) OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN? (X) YES  (  ) NO**
**B.  ARE YOU ELIGIBLE FOR REHIRE? (  ) YES  (  ) NO**
**C.  WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION? (  ) YES  (  ) NO**

**IF YES ON QUESTION A OR C, EXPLAIN:** As a Busboy I had to be a bartender for a function in which I wasn't certified for.

2009-1632

Benson 000209
CONFIDENTIAL

## EMPLOYMENT HISTORY

BEGINNING WITH YOUR <u>CURRENT OR MOST RECENT JOB</u>, LIST ALL OF THE JOBS YOU HAVE HAD SINCE AGE 17. INCLUDE ALL PART-TIME, TEMPORARY OR SEASONAL POSITIONS. ATTACH ADDITIONAL PAGES IF NECESSARY. A JOB IS DESCRIBED AS ANY POSITION YOU ACCEPTED, REGARDLESS OF HOW LONG YOU ACTUALLY WORKED. ON A SEPARATE SHEET OF PAPER, LIST AND EXPLAIN <u>ALL</u> PERIODS OF UNEMPLOYMENT.

U.S Marine Corps

**Name of Employer**                                    N/A

**Phone Number**

Camp Pendleton                    €              California          92055

**Address**                          **City**              **State**          **Zip**

**EMPLOYED FROM:** 10 / 24 /2005              **TO:** 10/ 23 / 2009

**POSITION(S) HELD:** 0311 ~ Infantry

**DATE(S) AND TYPE(S) OF PROMOTION(S):** 12/01/2006  E-3 / Lance Corporal

**JOB DUTIES:** Rifleman, Security, Special OPS

**IMMEDIATE SUPERVISOR:** N/A                    N/A

**Name**                    **Work Phone**

N/A                    N/A

**Home Address**                    **Home Phone**

**CO-WORKER:** N/A                    N/A

**Name**                    **Work Phone**

N/A                    N/A

**Home Address**                    **Home Phone**

**SALARY HISTORY: Beginning:** N/A       **Ending:** N/A

**REASON FOR LEAVING (EXPLAIN FULLY):** End of Active Contract

**USUAL WORK HOURS: FROM:** 6 AM       **TO:** 4 PM

**TYPE OF JOB:** (x) FULL-TIME   ( ) PART-TIME   ( ) UNPAID   ( ) OTHER _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN?** ( ) YES (x) NO
**B. ARE YOU ELIGIBLE FOR REHIRE?** (x) YES ( ) NO
**C. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?** ( ) YES (x) NO

**IF YES ON QUESTION A OR C, EXPLAIN:** N/A

N/A

N/A

2009-1632

Benson 000210
CONFIDENTIAL

## EDUCATIONAL/TRAINING HISTORY

DO YOU HAVE A HIGH SCHOOL DIPLOMA? ( X ) YES   (   ) NO      G.E.D.? (   ) YES   (   ) NO

DATE HIGH SCHOOL DIPLOMA RECEIVED: _May 2002_   DATE G.E.D. RECEIVED: _N/A_

DID YOU ATTEND COLLEGE ? ( X ) YES   (   ) NO    ARE YOU CURRENTLY ATTENDING? ( X ) YES   (   ) NO

HAVE YOU RECEIVED A DEGREE? (   ) YES   ( X ) NO    TYPE OF DEGREE: _N/A_

DATE OF DEGREE: _N/A_   TOTAL CREDIT HOURS: _40_   GPA: _2.8 avg_

NAME OF COLLEGE: _Galveston College_   LOCATION: _Galveston, TX_

DID YOU RECEIVE ANY DISCIPLINARY ACTION WHILE IN COLLEGE? (   ) YES   ( X ) NO

IF YES, DESCRIBE ANY AND ALL INCIDENTS: _N/A_

_N/A_

_N/A_

_N/A_

_N/A_

---

BASIC PEACE OFFICER ACADEMY ATTENDED: _Currently Attending Galveston College Academy_

ACADEMY ADDRESS: _4015_ _Ave Q_ _Galveston_ _77550_
Number          Street          City          Zip

ACADEMY PHONE #: (409) _944-1263_   CONTACT PERSON: _Gladys Jones_

DATES ATTENDED: FROM _Aug 30 2010_   TO _Currently_

PASSED TCLEOSE LICENSING EXAM? (   ) YES   (   ) NO   IS YOUR LICENSE CURRENT AND ACTIVE? (   ) YES   (   ) NO
                        N/A                                                    N/A

IF YOU ARE A LICENSED PEACE OFFICER CHECK THE MOST RECENT CERTIFICATION YOU HOLD:
                                                                 N/A
BASIC _N/A_   INTERMEDIATE _N/A_ ADVANCED _N/A_   MASTER _N/A_   WHEN? _N/A_

---

BASIC JAIL ACADEMY ATTENDED: _N/A_

DATES ATTENDED: FROM _N/A_   TO _N/A_

PASSED TCLEOSE LICENSING EXAM? (   ) YES   (   ) NO   IS YOUR LICENSE CURRENT AND ACTIVE? (   ) YES   (   ) NO
                                                                      N/A
IF YOU ARE A LICENSED JAILER CHECK THE MOST RECENT CERTIFICATION YOU HOLD: N/A
BASIC _N/A_   INTERMEDIATE _N/A_ ADVANCED _N/A_   MASTER _N/A_   WHEN? _N/A_

2009-1632

Benson 000211
CONFIDENTIAL

# Galveston County Sheriff's Office



# Application For Employment

v13111.01

| Recruitment No. | 2 | 0 | 1 | 1 | – | R | G | – | 0 | 2 | C |
|---|---|---|---|---|---|---|---|---|---|---|---|

**601 - 54th Street**
**Galveston, Texas 77551**
**(409) 766-2300**
**so.employment@co.galveston.tx.us**
**www.galvestonso.com**

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000212
CONFIDENTIAL

**Blank Page**                                                    Page 2 of 36

-- This Page Intentionally Left Blank--

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000213
CONFIDENTIAL

## EMPLOYMENT APPLICATION INSTRUCTIONS
Page 3 of 36

THE GALVESTON COUNTY SHERIFF'S OFFICE EMPLOYMENT APPLICATION (THIS DOCUMENT) IS USED AS A TOOL FOR SCREENING APPLICANTS TO DETERMINE THEIR SUITABILITY FOR EMPLOYMENT WITH THE GALVESTON COUNTY SHERIFF'S OFFICE.   NOT EVERYONE WHO APPLIES IS QUALIFIED.   IT IS VERY IMPORTANT TO FOLLOW THE INSTRUCTIONS IN THIS APPLICATION PRECISELY.

This Application you have received is one part of many documents that make up the complete Application Packet. This Application alone is NOT sufficient enough for applying with the Galveston County Sheriff's Office. The Applicant must build an Application Packet from this Application, ensuring the completeness of the packet before submitting the Application Packet for employment.  For most applicants, this step in the recruitment process is the longest.  This is the first of many steps in the Application Process.

Take your time.

BEFORE YOU BEGIN - READ ALL INSTRUCTIONS CAREFULLY BEFORE PROCEEDING. IT IS YOUR RESPONSIBILITY TO READ AND ANSWER EACH QUESTION FULLY. THE INFORMATION YOU PROVIDE MAY BE VERIFIED THROUGH BACKGROUND INVESTIGATION. ACCURACY IS ESSENTIAL. FAILING TO FOLLOW INSTRUCTIONS, OMITTING INFORMATION, OR MAKING FALSE STATEMENTS MAY BE GROUNDS FOR DENYING OR TERMINATING YOUR APPLICATION.

1. The Application **must** be completed by you, the Applicant.

2. The Application must  be legibly handwritten in **black** ink.  Do not type.

3. If the question does not apply, to you, the Applicant, mark "N/A" for Not Applicable.  Do not leave any blanks. Incomplete Applications will not be considered for process.

4.   **You** are responsible for obtaining all of the required documents, dispositions, transcripts, diploma's, photocopies,  correct addresses, zip codes, area codes and telephone numbers required to submit a completed Application Packet.

5. If there is not enough space for you to complete an answer, **attach** an additional sheet to the Application page being used, noting the page number of the Application page, the question to which the additional sheet corresponds, your name and your Social Security Number in the upper right hand corner of the additional sheet.

6. The COMPLETED Application Packet may be returned in person, by mail, or other delivery service to the address on the last page. The COMPLETED Application Packet **MUST** be returned by the deadline date for the Recruitment Group your application was issued in.  For more information, check www.galvestonso. com.

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000214
CONFIDENTIAL

## MINIMUM STANDARDS FOR ACCEPTANCE TO THE GCSO

**A PERSON WHO IS AN APPLICANT OF THE GALVESTON COUNTY SHERIFF'S OFFICE SHALL:**

1. Be a citizen of the United States of America.
2. Be at least 18 years of age on the date the application is made.
3. Not be awaiting trial for any criminal offense.
4. Not be on probation for any criminal offense.
5. Have a current, valid Texas drivers license and an acceptable driving record as determined by the Galveston County Sheriffs Office policy in effect at the time of application time of application.
6. Have a stable credit record.
7. Have received nothing less than an Honorable Discharge, without conditions if separated from military service. If conditions exist, these will be considered on a case by case basis.
8. Meet all standards required and be eligible to be licensed as an Officer by the Texas Commission on Law Enforcement Officer Standards and Education.
9. Not have had any license revoked by the Texas Commission on Law Enforcement Officer Standards and Education (includes voluntary surrender).
10. Pass all pre-employment skills testing as required.

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000215
CONFIDENTIAL

## DISQUALIFIERS FOR EMPLOYMENT                                Page 5 of 36

**A PERSON WHO IS AN APPLICANT OF THE GALVESTON COUNTY SHERIFF'S OFFICE SHALL BE PERMANENTLY REJECTED AT THE DISCOVERY OF THE FOLLOWING:**

1. Knowingly omit or falsify any information on the application.

2. Conviction of any felony grade offense.

3. Admission or discovery of current substance abuse.

4. Admission or discovery of the manufacture, delivery, sale or possession with the intent to sell or deliver any controlled substance.

5. Termination from any law enforcement agency for cause. ("For Cause" means an affirmed termination due to an action, or failure to act by the applicant.)

6. Asked to resign or resigned while under investigation from a law enforcement agency (does not include economic lay-off).

7. Conviction in military court which resulted in discharge from military service under less than honorable conditions.

8. Conviction of Class A Misdemeanor or above, Conviction of Class B Misdemeanor within the last ten years, or Conviction of two or more Class B Misdemeanors.

9. Conviction of any offense involving moral turpitude.

10. Discovery of domestic violence abuses by applicant.

11. False statement to Interview Board (Any applicant who knowingly gives false information during the oral interview will be disqualified from future selection processes.)

(NOTE: RECEIPT OF YOUR APPLICATION IS NOT A GUARANTEE OR PROMISE OF EMPLOYMENT BY THIS AGENCY)



The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000216
CONFIDENTIAL

## EMPLOYMENT APPLICATION REQUIRED DOCUMENTS | Page 6 of 36

**AT THE TIME THE APPLICATION PACKET IS RETURNED, THE APPLICANT MUST BRING ALL DOCUMENTS REQUIRED.  UPON EMPLOYMENT, OR THE OFFER THEREOF, ORIGINAL DOCUMENTS WILL NEEED TO BE PROVIDED TO THIS AGENCY WHEN APPLICABLE.**

1. Birth Certificate - (Certified copy from County Clerk's Office ONLY) (NOT a Photo copy)

2. GED - (Certified copy from - https://bass.tea.state.tx.us/Tea.GEDi.Web/Forms/CertificateSearch.aspx) (NOT a Photo copy)

3. High School Transcripts (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

4. High School Diploma - (Photo copy only)

5. College Transcripts from each college attended - (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

6. College Degree(s) - (Photo copy only)

7. Social Security Card - (Photo copy only)

8. Texas Driver's License - (Photo copy only)

9. Naturalization Documents - (Photo copy only)

10. Military Certificates - (Photo copy only)

11. DD214 - (Photo copy of "long version") *Applicable to those with military service*

12. Marriage Certificates - (Photo copy of county-issued marriage certificate for each marriage)

13. Divorce Decree's/Dissolution's - (Photo copy of each court - ordered dissolution)

14. Bankruptcy Records & Judgments - (Photo copy only)

15. Certified Court Disposition & Sentencing of all Criminal Charges and Criminal Citations - Juvenile and Adult - (sealed envelope)

16. Civil Suit(s) & Final Judgments - (Photo copy only)

17. All arrest reports in which you were named as a suspect or were arrested - (Photo copy only)

18. All traffic collision reports in which you were a named driver or an involved party within the preceding 5 years - (Photo copy only)

19. All TCLEOSE Certificates / Licenses / Last Weapons Qualification (Current in last 12 Months) - (Photo copy only)

20. All Specialty / Training Certificates - (Photo copy only)

21. All Internal Affairs Investigations - (Photo copy only)

22. Last 5 performance evaluations - (Photo copy only)

23. Copy of Selective Service Registration - (Photo copy only)

24. Copy of Credit Report - (Free at www.annualcreditreport.com)

25. Color photograph of the Applicant;  4"x6" minimum, uncropped and non-edited.

26. Notarized

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000217
CONFIDENTIAL

**APPLICATION FOR EMPLOYMENT**                                      Page 7 of 36



## GALVESTON COUNTY SHERIFF'S OFFICE
### 601 - 54th Street
### Galveston, Texas 77551
### (409) 766-2300

### Freddie Poor, Sheriff

**Position Applied For:** _____   **Date of Application:** _____ / _____ / _____

**Status Requested:**   ☐ **Full-Time - or -**   ☐ **Reserve/Part-Time**

| First 3 letters of last name at birth- | | | - | Last 4 digits of Social Security Number | | | | - | Month of Birth | | - | Day of Birth | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | - | | | | | - | | | - | | |

**Applicant:** _____
　　　　　　　　Last　　　　　　　　　　　First　　　　　　　　Middle　　　　Suffix

**Current Residence:** _____
　　　　　　　Number　　　　Street　　　　　　　　　　　　　　　　　Apt.

　　　　　　　　　City　　　　　　County　　　　　State　　　　Zip Code

( ____ ) _____   ( ____ ) _____   ( ____ ) _____
**Home Phone**　　　　　　　**Work Phone**　　　　　　**Cell/Pager/Other Phone**

**E-Mail:** _____   **Social Security #** _____   **Height:** _____   **Weight:** _____

**Drivers License #** _____   **State:** _____   **Date of Birth:** _____   **Age:** _____

**Race:** _____   **Sex:** _____   **Place of Birth:** _____
　　　　　　　　　　　　　　　　　　　　　　　　City　　　　　　　State

**List all other names by which you have been known, including nicknames:**

_____
　　　　　Last　　　　　　　　　　First　　　　　　　Middle

_____
　　　　　Last　　　　　　　　　　First　　　　　　　Middle

_____
　　　　　Last　　　　　　　　　　First　　　　　　　Middle

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



## EDUCATIONAL / TRAINING HISTORY                                   Page

**Do you have a High School Diploma?** ☐ YES ☐ NO     **G.E.D. Certificate?** ☐ YES ☐ NO

**Date High School Diploma Received:** _____     **Date G.E.D. Received:** _____

**Name of Accredited High School:** _____     **Is it a Public School?** ☐ YES ☐ NO

**High School Address:** _____
          Number                    Street

| City | County | State | Zip Code |
|------|--------|-------|----------|
|      |        |       |          |

**Did you attend College?** ☐ YES ☐ NO     **Are you currently attending?** ☐ YES ☐ NO

**Name of College Attended:** _____

**College Address:** _____
          Number                    Street

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |

**Have you received a degree?** ☐ YES ☐ NO     **Type of degree:** _____

**Date of degree:** _____     **Total Credit Hours:** _____     **GPA:** _____

**Did you receive any disciplinary action while in college?** ☐ YES ☐ NO

**If yes, describe any and all incidents:** _____

**Basic Peace Officer Academy Attended:** Galveston College Police Academy

**Academy Address:** 4015 Avenue Q
          Number                    Street

| City | County | State | Zip Code |
|------|--------|-------|----------|
| Galveston | | Texas | 77550 |

**Academy Phone #:** (409) 944-4242     **Contact Person:** Gladys Jones

**Dates Attended: From** 8/30/10 **To** 5/10/11     **PID No:** ~~3~~

**Passed TCLEOSE Licensing Exam?** ☒ YES ☐ NO   **Is your license current and active?** ☒ YES ☐ NO

**If you are a licensed Peace Officer, check the most current certification you hold:**

☒ Basic  ☐ Intermediate  ☐ Advanced  ☐ Master     **When?:** 5/24/2011

**Basic Jailer Academy Attended:** _____

**Academy Address:** _____
          Number                    Street

| City | County | State | Zip Code |
|------|--------|-------|----------|
|      |        |       |          |

**Academy Phone #:** ( ) _____     **Contact Person:** _____

**Dates Attended: From** _____ **To** _____     **PID No:** _____

**Passed TCLEOSE Licensing Exam?** ☐ YES ☐ NO   **Is your license current and active?** ☐ YES ☐ NO

**If you are a licensed Jailer, check the most current certification you hold:**

☐ Basic  ☐ Intermediate  ☐ Advanced  ☐ Master     **When?:** _____

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

## MILITARY HISTORY

<div style="text-align: right">Page 9 of 36</div>

**Have you registered with the Selective Service?** ☐ YES ☐ NO

**Have you ever been rejected for service by any branch of the U.S. Armed Forces?** ☐ YES ☐ NO

**If Yes, what branch?** _____ **When?** _____

**Have you ever been a member of any branch of the U.S. Armed Forces?** ☐ YES ☐ NO

**Branch?** _____ **Service #** _____

**Date of Induction:** _____ **Date Discharged:** _____

**Last Unit Assigned:** _____

**Highest Rank Achieved:** _____ **Rank at Discharge:** _____

**Type of Discharge:** _____

**While in the Military, were you ever subject to any disciplinary action or charged with any offense that resulted in Article 15, Trial by Deck Court, Summary, Special, or General Court Martial? If YES, give date, Law Enforcement Authority, Type of Court, Charge and action taken for each incident:**

<div style="text-align: center">☐ YES ☐ NO</div>

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Are you currently a member of a U.S. Reserve, National or State Guard Organization?**

<div style="text-align: center">☐ YES ☐ NO</div>

**What Organization?** _____ **Rank?** _____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



## EMPLOYMENT HISTORY

**This section is the <u>MOST</u> important in the Application Packet and requires the <u>MOST</u> atte**

Fill in this section starting with your current employer and list your periods of employment, un. schooling in descending order to the date that you graduated from high school or your seventee whichever came first. **A complete and uninterrupted time line is required.** If you are currently, unemployed during a specific period, write unemployed in the corresponding box with your da. unemployment. If you are or were a college student, which is treated the same as employment, write the name of the college and , dates of enrollment. Complete the address, telephone number and e-mail sections, and be sure to indicate you. position or title, and a brief explanation of your duties and responsibilities. Check off your reason for leaving that job, if applicable, and be sure to indicate if this was a full-time or part-time position. If you have information that you believe would help your Background Investigator, please feel free to note it.

If you are unable to accurately recall your periods of employment, an Employer and Earnings Statement may be obtained from your local Social Security Office for a fee. This statement is not required, but may assist you in in accurately recalling and listing your employers and dates of employment.

☐ YES  ☒ NO   1. Have you ever worked for a City Government? Where? _____

☐ YES  ☒ NO   2. Have you ever worked for a County Government? Where? _____

☐ YES  ☒ NO   3. Have you ever worked for a State Government?  Where? _____

☐ YES  ☒ NO   4. Have you ever worked for a Federal Government?  Where? _____

☐ YES  ☒ NO   5. Have you ever worked as TCLEOSE CERTIFIED Corrections Officer?  Where? _____

☐ YES  ☒ NO   6. Have you ever worked as TCLEOSE CERTIFIED Police Officer?  Where? _____

☐ YES  ☒ NO   7. Have you ever worked as TCLEOSE CERTIFIED Communications Officer? Where? _____

☐ YES  ☒ NO   8. Have you ever worked as a Private Security Officer or Private Investigator? Where? ___

☐ YES  ☒ NO   9. Have you ever worked as Police Officer in another state? Which State? _____

☐ YES  ☒ NO  10. Have you ever worked for Texas Department of Corrections?  Where? _____

☐ YES  ☒ NO  11. Have you ever worked as a Corrections Officer for another State?  State? _____

☒ YES  ☐ NO  12. Have you ever applied with any other Law Enforcement Agencies?  Agency? _Galveston PD_

☒ YES  ☐ NO  13. Do you currently have applications open with other Law Enforcement Agencies? Who? _Galveston PD_

☐ YES  ☒ NO  14. Are you currently seeking other jobs/positions outside of Law Enforcement? Where? _____

☐ YES  ☒ NO  15. Have you applied with the Galveston County Sheriff's Office before this attempt? When? _____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000221
CONFIDENTIAL

## EMPLOYMENT HISTORY - Continued

BEGINNING WITH YOUR <u>CURRENT OR MOST RECENT JOB</u>, LIST ALL OF THE JOBS YOU H
17.  INCLUDE ALL PART-TIME, TEMPORARY OR SEASONAL POSITIONS.  ATTACH AD
NECESSARY.  *A JOB IS DESCRIBED AS ANY POSITION YOU ACCEPTED, REGARLESS* (
*ACTUALLY WORKED.* <u>ON A SEPARATE SHEET</u> OF PAPER, <u>LIST</u> AND EXPLAIN ALL PERIOS (

Name of Employer _____          Phone Number _____

Address _____          City _____          State _____     Zip _____

EMPLOYED FROM: _____          TO: _____

POSITION(S) HELD: _____

DATE(S) AND TYPE(S) OF PROMOTION(S): _____

JOB DUTIES: _____

IMMEDIATE SUPERVISOR: _____          _____
                          Last Name          First Name                    Work Phone

Home Address _____          Home Phone _____

CO-WORKER: _____          _____
               Last Name          First Name                    Work Phone

Home Address _____          Home Phone _____

SALARY HISTORY:          Beginning: _____          Ending: _____

REASON FOR LEAVING (EXPLAIN FULLY): _____

_____

USUAL WORK HOURS:  FROM: _____          TO: _____

TYPE OF JOB:          FULL-TIME          PART-TIME          UNPAID          OTHER _____

A.  WERE YOU DISCHARGED OR ASKED TO RESIGN?          ☐ YES   ☐ NO
B.  WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?   ☐ YES   ☐ NO
C.  WERE YOU EVER LATE?          ☐ YES   ☐ NO
D.  ARE YOU ELIGIBLE FOR REHIRE?          ☐ YES   ☐ NO

IF YES ON QUESTIONS A, B, OR C, EXPLAIN: _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000222
CONFIDENTIAL

## EMPLOYMENT HISTORY - Continued                              Page 12 of 36

**Name of Employer** _____          **Phone Number** _____

**Address** _____ **City** _____ **State** _____ **Zip** _____

**EMPLOYED FROM:** _____ **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____        _____
                            Last Name        First Name                **Work Phone**

**Home Address** _____          **Home Phone** _____

**CO-WORKER:** _____          _____
                Last Name            First Name                    **Work Phone**

**Home Address** _____          **Home Phone** _____

**SALARY HISTORY:**      **Beginning:** _____  **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____  **TO:** _____

**TYPE OF JOB:**      **FULL-TIME**      **PART-TIME**      **UNPAID**      **OTHER** _____

**A.  WERE YOU DISCHARGED OR ASKED TO RESIGN?**            ☐ YES  ☐ NO
**B.  WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**      ☐ YES  ☐ NO
**C.  WERE YOU EVER LATE?**                                ☐ YES  ☐ NO
**D.  ARE YOU ELIGIBLE FOR REHIRE?**                       ☐ YES  ☐ NO

**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000223
CONFIDENTIAL

**EMPLOYMENT HISTORY - Continued**                                    Page 13 of 36

Name of Employer                                              Phone Number

Address                                        City          State          Zip

**EMPLOYED FROM:** _____      **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____
                          Last Name      First Name          Work Phone

Home Address                                                 Home Phone

**CO-WORKER:** _____
               Last Name        First Name                   Work Phone

Home Address                                                 Home Phone

**SALARY HISTORY:**     **Beginning:** _____   **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____   **TO:** _____

**TYPE OF JOB:**      **FULL-TIME**      **PART-TIME**      **UNPAID**      **OTHER** _____

A.  WERE YOU DISCHARGED OR ASKED TO RESIGN?          ☐ YES  ☐ NO
B.  WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?    ☐ YES  ☐ NO
C.  WERE YOU EVER LATE?                               ☐ YES  ☐ NO
D.  ARE YOU ELIGIBLE FOR REHIRE?                      ☐ YES  ☐ NO
IF YES ON QUESTIONS A, B, OR C, EXPLAIN: _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000224
CONFIDENTIAL

**EMPLOYMENT HISTORY - Continued**                                    Page 14 of 36

Name of Employer _____   Phone Number _____

Address _____ City _____ State _____ Zip _____

**EMPLOYED FROM:** _____ **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____ Work Phone _____
                          Last Name        First Name

Home Address _____   Home Phone _____

**CO-WORKER:** _____   Work Phone _____
               Last Name        First Name

Home Address _____   Home Phone _____

**SALARY HISTORY:**   **Beginning:** _____   **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____
_____

**USUAL WORK HOURS:  FROM:** _____  **TO:** _____

**TYPE OF JOB:**     **FULL-TIME**     **PART-TIME**     **UNPAID**     **OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN?**        ☐ YES  ☐ NO
**B. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**  ☐ YES  ☐ NO
**C. WERE YOU EVER LATE?**                            ☐ YES  ☐ NO
**D. ARE YOU ELIGIBLE FOR REHIRE?**                   ☐ YES  ☐ NO
**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____
_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000225
CONFIDENTIAL

## EMPLOYMENT HISTORY - Continued                    Page 15 of 36

**Name of Employer** _____          **Phone Number** _____

**Address** _____ **City** _____ **State** _____ **Zip** _____

**EMPLOYED FROM:** _____ **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____ **Work Phone** _____
                          Last Name          First Name

**Home Address** _____          **Home Phone** _____

**CO-WORKER:** _____ **Work Phone** _____
               Last Name          First Name

**Home Address** _____          **Home Phone** _____

**SALARY HISTORY:**     **Beginning:** _____   **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____   **TO:** _____

**TYPE OF JOB:**     **FULL-TIME**     **PART-TIME**     **UNPAID**     **OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN?**         ☐ YES   ☐ NO
**B. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**   ☐ YES   ☐ NO
**C. WERE YOU EVER LATE?**                              ☐ YES   ☐ NO
**D. ARE YOU ELIGIBLE FOR REHIRE?**                     ☐ YES   ☐ NO

**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000226
CONFIDENTIAL

## EMPLOYMENT HISTORY - Continued

Name of Employer _____  Phone Number _____

Address _____ City _____ State _____ Zip _____

**EMPLOYED FROM:** _____ **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____
Last Name                First Name                Work Phone

Home Address _____  Home Phone _____

**CO-WORKER:** _____
Last Name                First Name                Work Phone

Home Address _____  Home Phone _____

**SALARY HISTORY:**     **Beginning:** _____  **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____  **TO:** _____

**TYPE OF JOB:**     **FULL-TIME**        **PART-TIME**        **UNPAID**        **OTHER** _____

**A.  WERE YOU DISCHARGED OR ASKED TO RESIGN?**          ☐ YES  ☐ NO
**B.  WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**     ☐ YES  ☐ NO
**C.  WERE YOU EVER LATE?**                               ☐ YES  ☐ NO
**D.  ARE YOU ELIGIBLE FOR REHIRE?**                      ☐ YES  ☐ NO

**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000227
CONFIDENTIAL

## EMPLOYMENT HISTORY - Continued                         Page 17 of 36

Name of Employer                                         Phone Number

Address                                    City          State        Zip

**EMPLOYED FROM:** _____    **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____
                         Last Name        First Name          Work Phone

Home Address                                              Home Phone

**CO-WORKER:** _____
              Last Name           First Name              Work Phone

Home Address                                              Home Phone

**SALARY HISTORY:**     **Beginning:** _____   **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____    **TO:** _____

**TYPE OF JOB:**     **FULL-TIME**     **PART-TIME**     **UNPAID**     **OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN?**     ☐ YES  ☐ NO
**B. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**  ☐ YES  ☐ NO
**C. WERE YOU EVER LATE?**                         ☐ YES  ☐ NO
**D. ARE YOU ELIGIBLE FOR REHIRE?**                ☐ YES  ☐ NO

**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000228
CONFIDENTIAL

## EMPLOYMENT HISTORY                                              Page 18 of 36

**Name of Employer** _____   **Phone Number** _____

**Address** _____ **City** _____ **State** _____ **Zip** _____

**EMPLOYED FROM:** _____  **TO:** _____

**POSITION(S) HELD:** _____

**DATE(S) AND TYPE(S) OF PROMOTION(S):** _____

**JOB DUTIES:** _____

**IMMEDIATE SUPERVISOR:** _____   **Work Phone** _____
                           Last Name          First Name

**Home Address** _____   **Home Phone** _____

**CO-WORKER:** _____   **Work Phone** _____
               Last Name              First Name

**Home Address** _____   **Home Phone** _____

**SALARY HISTORY:**     **Beginning:** _____   **Ending:** _____

**REASON FOR LEAVING (EXPLAIN FULLY):** _____

_____

**USUAL WORK HOURS:  FROM:** _____   **TO:** _____

**TYPE OF JOB:**     **FULL-TIME**     **PART-TIME**     **UNPAID**     **OTHER** _____

**A. WERE YOU DISCHARGED OR ASKED TO RESIGN?**         ☐ YES  ☐ NO
**B. WERE YOU EVER SUBJECT TO DISCIPLINARY ACTION?**   ☐ YES  ☐ NO
**C. WERE YOU EVER LATE?**                             ☐ YES  ☐ NO
**D. ARE YOU ELIGIBLE FOR REHIRE?**                    ☐ YES  ☐ NO

**IF YES ON QUESTIONS A, B, OR C, EXPLAIN:** _____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000229
CONFIDENTIAL

## REFERENCES
Page

APPLICANT: YOU MUST LIST AT LEAST FOUR (4) REFERENCES, NOT INCLUDING SUPERV
WORKERS, EMPLOYERS OR RELATIVES. YOU SHOULD USE CARE IN SELECTING YOUR REFERENCES .
THEY SHOULD BE INDIVIDUALS WHO KNOW YOU WELL ENOUGH TO ANSWER PERSONAL QUESTIONS
ABOUT YOUR LIFE.

NAME: _____ HOME PHONE: _____
Last Name          First Name

Address          City          State          Zip

EMPLOYER: _____ WORK PHONE: _____

NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE: _____

NAME: _____ HOME PHONE: _____
Last Name          First Name

Address          City          State          Zip

EMPLOYER: _____ WORK PHONE: _____

NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE: _____

NAME: _____ HOME PHONE: _____
Last Name          First Name

Address          City          State          Zip

EMPLOYER: _____ WORK PHONE: _____

NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE: _____

NAME: ~~_____~~ Jason           HOME PHONE: ~~_____ 97~~
Last Name          First Name

Address ~~_____~~ Galveston   Texas   77554
City          State          Zip

EMPLOYER: _____ UTMB _____   WORK PHONE: _____ N/A _____

NUMBER OF YEARS YOU HAVE KNOWN THIS REFERENCE: _____ 20 _____

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.



**DOMESTIC PARTNERSHIPS** Pa

**APPLICANT:** LIST **ALL** OF YOUR FORMER AND CURRENT SPOUSE(S) OR COMMON PARTNERSHIP'S BELOW, DATING BACK TO YOUR 18th BIRTHDAY. USE MULTIPLE PAGES IF NECESS.

CURRENT NAME: _____ N/A _____   DATE OF BIRTH: _____ N/A _____
                Last Name    First Name

_____ N/A _____
Address                           City          State   Zip

CELL PHONE: _____ N/A _____   HOME PHONE: _____ N/A _____

Date of Divorce / Separation _____ N/A _____ in _____ N/A _____ County, State of _____ N/A _____

CURRENT NAME: _____ N/A _____   DATE OF BIRTH: _____ N/A _____
                Last Name    First Name

_____ N/A _____
Address                           City          State   Zip

CELL PHONE: _____ N/A _____   HOME PHONE: _____ N/A _____

Date of Divorce / Separation _____ N/A _____ in _____ N/A _____ County, State of _____ N/A _____

CURRENT NAME: _____ N/A _____   DATE OF BIRTH: _____ N/A _____
                Last Name    First Name

_____ N/A _____
Address                           City          State   Zip

CELL PHONE: _____ N/A _____   HOME PHONE: _____ N/A _____

Date of Divorce / Separation _____ N/A _____ in _____ N/A _____ County, State of _____ N/A _____

CURRENT NAME: _____ N/A _____   DATE OF BIRTH: _____ N/A _____
                Last Name    First Name

_____ N/A _____
Address                           City          State   Zip

CELL PHONE: _____ N/A _____   HOME PHONE: _____ N/A _____

Date of Divorce / Separation _____ N/A _____ in _____ N/A _____ County, State of _____ N/A _____

CURRENT NAME: _____ N/A _____   DATE OF BIRTH: _____ N/A _____
                Last Name    First Name

_____ N/A _____
Address                           City          State   Zip

CELL PHONE: _____ N/A _____   HOME PHONE: _____ N/A _____

Date of Divorce / Separation _____ N/A _____ in _____ N/A _____ County, State of _____ N/A _____

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000231
CONFIDENTIAL

**DOMESTIC OCCUPANCY**                                      Page 21 of 36

**APPLICANT: LIST ALL OF THE OCCUPANTS OF THE CURRENT HOUSEHOLD WHO ARE 18 YEARS OF AGE OR OLDER BELOW. USE MULTIPLE PAGES IF NECESSARY.**

CURRENT NAME: Benavder Sr Edward ▇▇▇           DATE OF BIRTH: ▇▇▇▇▇▇ 1939
         Last Name   First Name   Middle Name
CELL PHONE: 409 ▇▇▇▇▇▇           HOME PHONE: ▇▇▇▇▇▇▇▇

How long has this occupant lived in the same residence as you? _____
[ ] Husband  [ ] Wife  [ ] Adult Son  [ ] Adult Daughter  [ ] Mother  [X] Father
[ ] Other (List type of Relationship) _____

---

CURRENT NAME: Benavder ▇▇▇           DATE OF BIRTH: ▇▇▇▇▇▇
         Last Name   First Name   Middle Name
CELL PHONE: 409 ▇▇▇           HOME PHONE: ▇▇▇▇▇▇

How long has this occupant lived in the same residence as you? _____
[ ] Husband  [ ] Wife  [ ] Adult Son  [ ] Adult Daughter  [X] Mother  [ ] Father
[ ] Other (List type of Relationship) _____

---

CURRENT NAME: ▇▇▇ Ernestina Garza           DATE OF BIRTH: ▇▇▇▇▇▇
         Last Name   First Name   Middle Name
CELL PHONE: N/A           HOME PHONE: 409 ▇▇▇

How long has this occupant lived in the same residence as you? _____
[ ] Husband  [ ] Wife  [ ] Adult Son  [ ] Adult Daughter  [ ] Mother  [ ] Father
[X] Other (List type of Relationship) Grandmother

---

CURRENT NAME: N/A           DATE OF BIRTH: N/A
         Last Name   First Name   Middle Name
CELL PHONE: N/A           HOME PHONE: N/A

How long has this occupant lived in the same residence as you? N/A
[ ] Husband  [ ] Wife  [ ] Adult Son  [ ] Adult Daughter  [ ] Mother  [ ] Father
[ ] Other (List type of Relationship) N/A

---

CURRENT NAME: N/A           DATE OF BIRTH: N/A
         Last Name   First Name   Middle Name
CELL PHONE: N/A           HOME PHONE: N/A

How long has this occupant lived in the same residence as you? N/A
[ ] Husband  [ ] Wife  [ ] Adult Son  [ ] Adult Daughter  [ ] Mother  [ ] Father
[ ] Other (List type of Relationship) N/A

---

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000232
CONFIDENTIAL

## ADDRESS HISTORY

**APPLICANT:** LIST ALL OF YOUR CURRENT AND FORMER ADDRESSES DATING BACK 15 YEARS OR AT LEA__
YOUR 18TH BIRTHDAY. MILITARY PERSONNEL LIST ALL OF YOUR MILITARY AND PRIVATIZED HO__
ADDRESSES. STUDENTS LIST ALL OF YOUR ON CAMPUS AND PRIVATIZED ADDRESSES. USE MULTIPLE PAGES __
NEEDED.

| | | From: 10 / 85 | To: present |
|---|---|---|
| **Address** | **Apartment #** | **Month / Year | Month / Year** |
| Galveston | Texas | 77551 |
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☒ NO    Evicted? ☐ YES ☒ NO

Camp Pendleton - Camp Horno    From: 10 / 05 | To: 10/09

| **Address** | **Apartment #** | **Month / Year | Month / Year** |
|---|---|---|
| Camp Pendleton | California | 92055 |
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☒ NO    Evicted? ☐ YES ☒ NO

_____ From: _____ | To: _____

| **Address** | **Apartment #** | **Month / Year | Month / Year** |
|---|---|---|
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☐ NO    Evicted? ☐ YES ☐ NO

_____ From: _____ | To: _____

| **Address** | **Apartment #** | **Month / Year | Month / Year** |
|---|---|---|
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☐ NO    Evicted? ☐ YES ☐ NO

_____ From: _____ | To: _____

| **Address** | **Apartment #** | **Month / Year | Month / Year** |
|---|---|---|
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☐ NO    Evicted? ☐ YES ☐ NO

_____ From: _____ | To: _____

| **Address** | **Apartment #** | **Month / Year | Month / Year** |
|---|---|---|
| **City** | **County** | **State** | **Zip** |

Law Enforcement Calls for Service at this address? ☐ YES ☐ NO    Evicted? ☐ YES ☐ NO

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000233
CONFIDENTIAL

**ADDRESS HISTORY - Continued**                                    Page 23 of 36

APPLICANT:  LIST <u>ALL</u> OF YOUR CURRENT AND FORMER  ADDRESSES DATING BACK 15 YEARS OR AT LEAST UNTIL YOUR  18TH  BIRTHDAY.    MILITARY  PERSONNEL  LIST  ALL  OF  YOUR  MILITARY  AND  PRIVATIZED  HOUSING ADDRESSES.  STUDENTS LIST ALL OF YOUR ON CAMPUS AND PRIVATIZED ADDRESSES.  USE MULTIPLE PAGES IF NEEDED.

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

_____ From: _____ | To:_____
Address                                    Apartment #                        Month / Year | Month / Year

City                    County                          State            Zip
Law Enforcement Calls for Service at this address? ☐ YES ☐ NO   Evicted? ☐ YES ☐ NO

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

## MEMBERSHIP / HOBBIES / SPECIAL SKILLS                                    Page 24 of 36

| Name of Organization | Address | Type of Org. | Office Held? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**List all hobbies and and special skills that you might have (Sports, Bilingual, Computer Skills, Etc.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000235
CONFIDENTIAL

**FINANCIAL INFORMATION**                                     Page 25 of 36

**LIST INCOME FROM ANY OTHER SOURCE OTHER THAN YOUR PRINCIPLE OCCUPATION, EXCLUDING SPOUSE.**

| SOURCE | AMOUNT | FREQUENCY |
|--------|--------|-----------|
|        |        |           |
|        |        |           |
|        |        |           |
|        |        |           |
|        |        |           |

**HAVE YOU EVER HAD ANY DEBTS PLACED INTO COLLECTION?**  ☐ YES  ☐ NO

| ACCOUNT | MOS. BEHIND | EXPLANATION |
|---------|-------------|-------------|
|         |             |             |
|         |             |             |
|         |             |             |
|         |             |             |

**HAVE YOU EVER HAD ANY CHECKS RETURNED DUE TO INSUFFICIENT FUNDS?**  ☐ YES  ☐ NO

| DATE | AMT. CHECK | EXPLANATION |
|------|-----------|-------------|
|      |           |             |
|      |           |             |
|      |           |             |
|      |           |             |

**HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED?**  ☐ YES  ☐ NO

| DATE | DESCRIPTION/EXPLANATION OF REPOSSESSION |
|------|------------------------------------------|
|      |                                          |
|      |                                          |
|      |                                          |

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000236
CONFIDENTIAL

**CIVIL LITIGATION**                                                Page 26 of 36

**HAVE YOU EVER BEEN INVOLVED IN ANY KIND OF LAWSUIT (EVEN AS A WITNESS)?**   ☐ YES   ☐ NO

**IF YES, EXPLAIN EACH INCIDENT. USE ADDITIONAL SHEETS IF NECESSARY. ATTACH COPIES OF ALL DOCUMENTS.**

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

**EXPLANATION:** _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

**EXPLANATION:** _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

**EXPLANATION:** _____

_____

_____

| SUIT | DATE | DISPOSITION |
|------|------|-------------|
|      |      |             |

**EXPLANATION:** _____

_____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

## ARRESTS AND DETENTIONS

**Have you EVER been Arrested?** ☐ YES ☐ NO

**Have you EVER been Detained? (other than a traffic offense) by the police?** ☐ YES ☐ NO

**Have you EVER been a Suspect in a Criminal Offense?** ☐ YES ☐ NO

**Have you EVER been Charged with a Criminal Offense? (Including Criminal Citations)?** ☐ YES ☐ NO

**IF YES to any of the above,  EXPLAIN EACH incident (List EACH Juvenile as well as Adult occurrences)**
**AND attach a CERTIFIED COURT DISPOSITION FOR EACH Criminal Charge or Criminal Citation.**

| INCIDENT | DATE | DISPOSITION |
|---|---|---|
|  |  |  |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

| INCIDENT | DATE | DISPOSITION |
|---|---|---|
|  |  |  |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

| INCIDENT | DATE | DISPOSITION |
|---|---|---|
|  |  |  |

NAME OF LAW ENFORCEMENT AGENCY AND CASE# _____

EXPLANATION: _____

**(ATTACH ADDITIONAL SHEETS IF NECESSARY)**

**HAVE ANY RELATIVES OR PERSONS YOU ASSOCIATE WITH EVER BEEN CHARGED WITH A FELONY?**
☐ YES ☐ NO   **IF YES LIST BELOW.**

**DO YOU CURRENTLY HAVE ANY FRIENDS OR FAMILY MEMBERS INCARCERATED IN A COUNTY JAIL OR PENAL INSTITUTION?** ☐ YES ☐ NO   **IF YES, LIST BELOW.**

| NAME | RELATIONSHIP | OFFENSE / INSTITUTION |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000238
CONFIDENTIAL

**DRIVING RECORD**                                                   Page 28 of 36

**DO YOU PRESENTLY, OR HAVE YOU EVER HAD A DRIVER'S LICENSE ISSUED FROM ANOTHER STATE?**
**IF YES:**
☐ YES   ☐ NO

STATE: _____   LICENSE # _____

STATE: _____   LICENSE # _____

**HOW MANY CITATIONS HAVE YOU RECEIVED FOR MOVING VIOLATIONS IN THE PAST FIVE YEARS?** _____

**HAVE YOU DRIVEN A MOTOR VEHICLE WITHIN THE PAST FIVE YEARS WITHOUT PROPER INSURANCE?**
☐ YES   ☐ NO

**HAVE YOU EVER HAD A DRIVER'S LICENSE SUSPENDED?**
☐ YES   ☐ NO

**IF YES, EXPLAIN. SHOW DATE, TYPE OF SUSPENSION, AND DATE SUSPENSION LIFTED.**

_____

_____

**HAVE YOU EVER HAD YOUR DRIVER'S LICENSE PLACED ON PROBATION FOR EXCESSIVE TRAFFIC VIOLATIONS?**
**IF YES, EXPLAIN:**
☐ YES   ☐ NO

_____

_____

**HAVE YOU EVER HAD AN ADMINISTRATIVE HEARING REGARDING SUSPENSION OR PROBATION OF YOUR DRIVER'S LICENSE?**
☐ YES   ☐ NO

**HAVE YOU EVER HAD YOUR INSURANCE CANCELLED?**
**IF YES, EXPLAIN:**
☐ YES   ☐ NO

_____

_____

_____

_____

**HAVE YOU EVER KNOWINGLY DRIVEN A MOTOR VEHICLE AFTER YOUR LICENSE WAS SUSPENDED?**
☐ YES   ☐ NO

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000239
CONFIDENTIAL

## DRIVING RECORD - Continued

Page 29 of 36

**HAVE YOU EVER BEEN DENIED A DRIVER'S LICENSE FOR ANY REASON?**
**IF YES, EXPLAIN:** ☐ YES ☐ NO

**HAVE YOU EVER BEEN CHARGED WITH DWI, DUI, OR DWLI ?**
**IF YES, EXPLAIN (GIVE DATE AND ARRESTING AGENCY):**
☐ YES ☐ NO

**HOW MANY MOTOR VEHICLE ACCIDENTS HAVE YOU BEEN INVOLVED IN AS A DRIVER IN THE PAST FIVE YEARS?** _____

**HAVE YOU EVER LEFT THE SCENE OF AN ACCIDENT WITHOUT IDENTIFYING YOURSELF?**
☐ YES ☐ NO

**HAVE YOU EVER STRUCK AN UNATTENDED VEHICLE AND LEFT WITHOUT LEAVING IDENTIFICATION?**
☐ YES ☐ NO

**DO YOU HAVE ANY UNPAID MOVING OR PARKING VIOLATIONS?**
☐ YES ☐ NO

**LIST, TO THE BEST OF YOUR MEMORY, ALL MOVING CITATIONS YOU HAVE RECEIVED IN THE PAST FIVE YEARS.**

| DATE | VIOLATION | AGENCY | DISPOSITION |
|------|-----------|--------|-------------|
|      |           |        |             |
|      |           |        |             |
|      |           |        |             |
|      |           |        |             |
|      |           |        |             |

**LIST ALL ACCIDENTS IN WHICH YOU WERE INVOLVED AS A DRIVER IN THE PAST FIVE YEARS.**

| DATE | LOCATION | BRIEF DESCRIPTION |
|------|----------|-------------------|
|      |          |                   |
|      |          |                   |
|      |          |                   |
|      |          |                   |
|      |          |                   |

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000240
CONFIDENTIAL

## ALCOHOL / DRUG INVOLVEMENT · Page 30 of 36

**HAVE YOU EVER CONSUMED ALCOHOL ON THE JOB?**
**IF YES, EXPLAIN:**  ☐ YES  ☐ NO

_____

_____

**HAS THE CONSUMPTION OF ALCOHOL EVER ADVERSELY AFFECTED YOUR PERFORMANCE ON THE JOB?**
**IF YES, EXPLAIN:**  ☐ YES  ☐ NO

_____

_____

**DO YOU FREQUENT ANY PARTICULAR CLUBS, LOUNGES OR OTHER LOCATIONS WHERE THE PRIMARY BUSINESS IS THE SALE OF ALCOHOLIC BEVERAGES?**
**IF YES, EXPLAIN:**  ☐ YES  ☐ NO

_____

_____

**HOW MANY TIMES HAVE YOU DRIVEN AFTER CONSUMING ALCOHOL IN THE PAST TWELVE MONTHS?** _____

**HAVE YOU EVER SOLD OR FURNISHED ILLEGAL DRUGS OR NARCOTICS TO ANYONE?** _____

**HAVE YOU EVER TAKEN ANY DRUGS NOT PRESCRIBED BY YOUR PHYSICIAN?** _____

**HAS ANOTHER INDIVIDUAL EVER USED ILLEGAL DRUGS IN YOUR PRESENCE?** _____

## MISCELLANEOUS INFORMATION

**DO YOU, AND IF YOU ARE MARRIED, YOUR SPOUSE, HAVE A RELATIVE CURRENTLY EMPLOYED BY THE GALVESTON COUNTY SHERIFF'S OFFICE?**

**IF YES, GIVE NAME, RELATIONSHIP AND POSITION HELD:**

_____

_____

**IF YOU HAVE PREVIOUSLY WORKED FOR ANY EMERGENCY PROVIDER (MILITARY, SECURITY, FIRE, POLICE, OR EMS), LIST ANY AND ALL INTERNAL INVESTIGATIONS IN WHICH YOU WERE LISTED AS A PARTY OR WERE THE FOCUS OF THE INVESTIGATIONS. USE ADDITIONAL SHEETS IF NECESSARY.**

_____

_____

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

## APPLICANT STATEMENT                                                          Page 31

I, _Edward S Benavidez Jr_ , certify that all information I have provided in order to apply for, and secure work with the employ, true, complete and correct.

I, _Edward S Benavidez Jr_ , understand that any information provided by me that is found to be false, incomplete or misrepresented in any respect, will be sufficient cause to (i) cancel further consideration of this application, or (ii) immediately discharge me from the employer's service, whenever it is discovered. I expressly authorize, without reservations, the employer, its representatives, employees or agents to contact and obtain information from all references (personal and professional), employers, public agencies, licensing authorities and educational institutions and to otherwise verify the accuracy of all information provided by me in this application, resume' or job interview.

I, _Edward S Benavidez Jr_ , hereby waive any and all rights and claims I may have regarding the employer, its agents, employees or representatives, for seeking, gathering and using such information in the employment process and all other person, corporations or organizations for furnishing such information about me.

I, _Edward S Benavidez Jr_ , understand that the employer does not lawfully discriminate in employment and no question on this application is used for the purpose of limiting or excusing any applicant from consideration for employment on a basis prohibited by applicable Local, State or Federal Law.

I, _Edward S Benavidez Jr_ , understand that this application remains current for only 90 days.  At the conclusion of that time, if I have not heard from the employer and still wish to be considered for employment, it will be necessary to reapply and fill out a new application.  I also understand I may not be told the reason I was denied employment.

I, _Edward S Benavidez Jr_ , understand that if I am hired, I am free to resign at any time, with or without cause and without prior notice, and the employer reserves the same right to terminate my employment at any time, with or without cause and without prior notice, except as my be required by law.  This application does not constitute an agreement or contract for employment for any specified period or definite duration.

I, _Edward S Benavidez Jr_ , understand that no supervisor or representative of the employer is authorized to make any assurances to the contrary and that no implied, oral or written agreements contrary to the foregoing express language are valid unless they are in writing and signed by an authorized authority.

I, _Edward S Benavidez Jr_ , further understand that I must be willing to accept employment on a probationary status as set forth by county and agency policy.  I also understand that if I am hired, I will be required to provide proof of identity and legal authority to work in the United States and the Federal Immigration laws require me to complete an I-9 for in this regard.

I, _Edward S Benavidez Jr_ , certify that I have read, fully understand and accept all terms of the foregoing applicant statement.

_Edward S Benavidez Jr_
_____
Sign in the presence of a Notary only when you have read and
understand the above Authorization for Release of Information.
Signature (including maiden name)

Social Security Number

---

STATE OF TEXAS
COUNTY OF GALVESTON

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _Edward S Benavidez Jr_ , KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT AND KNOWLEDGE TO ME THAT HE/SHE EXECUTED THE SAID INSTRUMENT FOR THE PURPOSE AND CONSIDERATION THEREIN EXPRESSED.

SWORN AND SUBSCRIBED BEFORE ME THIS _17th_ DAY OF _June_ , _2011_

NOTARY SEAL                    NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000242
CONFIDENTIAL

## AUTHORIZATION FOR RELEASE OF PERSONAL INFORMATION                    Page 3

I, _Edward S Benavides Jr_ , do hereby authorize a review of and a full disclosure of all records concerning myself to any duly authorized agent of the Galveston County Sheriffs Office, whether all records concerning myself to any duly authorized agent of the Galveston Sheriffs Office, whether the said records are of a public, private, or confidential nature. The intent of this authorization is to give my consent for full and complete disclosure of the records of educational institutions, financial or credit institutions, including records of loans, records of commercial or retail credit agencies; and other financial statements and records wherever filed; medical and psychiatric treatment and/or consultation, including hospitals, clinics, private practitioners and the U.S. Veterans Administration; employment and pre-employment records, including background reports, performance ratings/reviews, complaints or grievances filed by or against me and the records and recollections of attorneys at law, or other counsel whether representing me or another person in any other case, either criminal or civil, in which I presently have or have had an interest.

I, _Edward S Benavides Jr_ , understand that any information obtained by a personal history background investigation which is developed directly or indirectly, in whole or in part, upon this release authorization will be considered in determining my suitability for employment with the Galveston County Sheriffs Office. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for giving this information; and I hereby release said person(s) from any and all liability which may be procured as a result of furnishing such information.

A photocopy of this release will be valid as an original thereof, even though the said photocopy does not contain an original writing of my signature.

_Edward S Benavides Jr_

Sign in the presence of a Notary only when you have read and
understand the above Authorization for Release of Information.
Signature (including maiden name)

Social Security Number

STATE OF TEXAS
COUNTY OF GALVESTON

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _Edward J Benavidez Jr_ , KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT AND KNOWLEDGE TO ME THAT HE/SHE EXECUTED THE SAID INSTRUMENT FOR THE PURPOSE AND CONSIDERATION THEREIN EXPRESSED.

SWORN AND SUBSCRIBED BEFORE ME THIS _17th_ DAY OF _June_, _2011_

NOTARY SEAL                    NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000243
CONFIDENTIAL

## WAIVER OF LIABILITY / EMPLOYMENT TERMINATION HISTORY RELEASE    Page 33 of 36

Have you **EVER** been licensed as a peace officer, reserve law enforcement officer, county jailer or a security officer, in the State of Texas?
[ ] **YES**  [ ] **NO**    If YES, complete this form in the presence of a Notary.

I, _____, understand that a report is submitted to the Texas Commission on Law Enforcement Officer Standards and Education (TCLEOSE), each time I resign or am terminated from employment or appointment with a law enforcement agency.

I, _____, understand the report must include an explanation of the circumstances of my resignation or termination.

I, _____, understand the chief administrator of each law enforcement agency with which I apply for employment may request the contents of each report that pertains to resignation or termination due to substantiated incidents of excessive force or violation of law other than traffic offenses.

I, _____, understand the Commission is not liable for civil damages for providing information contained in a report concerning the circumstances cited above, when a written request, on agency letterhead, from chief administrator and this release is presented to the Commission; and

I, _____, understand a law enforcement agency, chief administrator of a law enforcement agency, or other law enforcement official is not liable for civil damages for a report made by that agency or person if the report is made in good faith.

I, _____, expressly waive my right to hold the Commission, law enforcement agency, chief administrator of the law enforcement agency, or other law enforcement official liable for civil damages for the contents of reports concerning my resignation or termination as a peace officer, reserve law enforcement officer, county jailer, or public security officer which are on file with the Commission, if the law enforcement agency, chief administrator of the law enforcement agency, or other law enforcement agency, or other law enforcement official made the report in good faith; and

I, _____, expressly waive my right to hold the Commission, law enforcement agency, chief administrator of a law enforcement agency, or other law enforcement official liable for civil damages for any action based on information contained in my reports concerning the circumstance of my resignation or termination from prior employment or appoint with a law enforcement agency.

I, _____, have read and understand the foregoing statements. I hereby authorize the Commission to release all reports concerning my resignation or termination pertaining to circumstances cited above as a peace officer, reserve law enforcement officer, or county jailer which are on file with the Commission to the department named above. I also hereby authorize the Texas Department of Public Safety - Private Security Board to release all reports concerning my resignation or termination pertaining to circumstances cited above as a public security officer which are on file with the Texas Department of Public Safety - Private Security Board to the Galveston County Sheriff's Office.

_____
Sign in the presence of a Notary only when you have read and
understand the above Authorization for Release of Information.
Signature (including maiden name)

_____
Social Security Number

STATE OF TEXAS
COUNTY OF GALVESTON

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED _____, KNOWN TO ME TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT AND KNOWLEDGE TO ME THAT HE/SHE EXECUTED THE SAID INSTRUMENT FOR THE PURPOSE AND CONSIDERATION THEREIN EXPRESSED.

SWORN AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____, _____

NOTARY SEAL                _____
                           NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000244
CONFIDENTIAL

**APPLICATION RETURN CHECKLIST**                                    Page 34 of 36

The Jail Lobby is open 24 hours a day, 365 days a year.
Your Application Packet **MUST** be Notarized to be accepted.  Most Banks have Notary Services.

**APPLICANT:**   This  page  **MUST**  be  returned  with  the  **COMPLETED**  Galveston  County  Sheriff's  Office  Application.

# The below form **MUST** be completed by the **VISITATION DEPUTY** when the Application is received from the APPLICANT in the Visitation Lobby.  If the Application Packet is returned by mail, this form will be completed by a Recruiter..

**Return the completed Application Packet to the
Galveston County Jail Lobby or by mail::**

**Galveston County Sheriff's Office - Recruiting
5700 Avenue H, Room 619
Galveston, TX 77551**

**Fax: (409) 621-7979  Office: (409) 763-7585
so.employment@co.galveston.tx.us**

## Visitation Deputy-

*Confirm that the following required documents are included in the applicants packet by placing a check mark in the boxes below.  Not all applicants will be required to produce all the below documents. Timestamp this receipt, print and sign your name, and drop in the APPLICATION Drawer **behind** you.*

☐ 1. Birth Certificate - (Certified copy from County Clerk's Office ONLY) (NOT a Photo copy)

☐ 2. GED - (Certified copy from - https://bass.tea.state.tx.us/Tea.GEDi.Web/Forms/CertificateSearch.aspx) (NOT a Photo copy)

☐ 3. High School Transcripts (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

☐ 4. High School Diploma - (Photo copy only)

☐ 5. College Transcripts from each college attended - (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

☐ 6. College Degree(s) - (Photo copy only)

☐ 7. Social Security Card - (Photo copy only)

☐ 8. Texas Driver's License - (Photo copy only)

☐ 9. Naturalization Documents - (Photo copy only)

☐ 10. Military Certificates - (Photo copy only)

☐ 11. DD214 - (Photo copy of "long version") *Applicable to those with military service*

☐ 12. Marriage Certificates - (Photo copy of county-issued marriage certificate for each marriage)

☐ 13. Divorce Decree's/Dissolution's - (Photo copy of each court - ordered dissolution)

☐ 14. Bankruptcy Records & Judgments - (Photo copy only)

☐ 15. Certified Court Disposition & Sentencing of all Criminal Charges and Criminal Citations - Juvenile and Adult - (sealed envelope)

☐ 16. Civil Suit(s) & Final Judgments - (Photo copy only)

☐ 17. All arrest reports in which you were named as a suspect or were arrested - (Photo copy only)

☐ 18. All traffic collision reports in which you were a named driver or an involved party within the preceding 5 years - (Photo copy only)

☐ 19. All TCLEOSE Certificates / Licenses / Last Weapons Qualification (Current in last 12 Months) - (Photo copy only)

☐ 20. All Specialty / Training Certificates - (Photo copy only)

☐ 21. All Internal Affairs Investigations - (Photo copy only)

☐ 22. Last 5 performance evaluations - (Photo copy only)

☐ 23. Copy of Selective Service Registration - (Photo copy only)

☐ 24. Copy of Credit Report (Free at www.annualcreditreport.com)

☐ 25. Color photograph of the Applicant; 4"x6" minimum, uncropped and non-edited.

☐ 26. Is the document Notarized on the required pages?

**Date Returned: _____/_____/_____   Time Returned: _____:_____ a/p**

**Visitation Deputy – Printed Name: _____**

**Visitation Deputy – Signature: _____**

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.

Benson 000245
CONFIDENTIAL

## APPLICATION DOCUMENT COVER SHEET
### Page 35 of 36

# STOP! Retain this DOCUMENT COVER SHEET for your future use. Make copy's if necessary STOP!

**APPLICANT, REMOVE** this page from the rest of the Application and retain for **future** use. You may have to use this page more than once. Make copy's if necessary. This page is to be kept safe for your use **after** submitting your Application Packet. This form, or a copy thereof, **MUST** be returned with **any** document(s) you are asked to return by your Background Investigator. You may be contacted by your Background Investigator **AFTER** you submit your Application Packet. Complete the form by filling in the blanks below. Ensure, in LEGIBLE PRINT, your name and your Application Information Number (AIN) is included on this Document Cover Sheet, each time you are asked to submit additional documents. **Place this Document Cover Sheet, along with the additionally requested documents in an 8.5" x 11" Manila envelope, label and return to the GCSO Recruiter at the address below.**

| Last Name | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| First Name | | | | | | | | | | | MI |
|---|---|---|---|---|---|---|---|---|---|---|---|

| First 3 letters of last name at birth: | – | Last 4 digits of Social Security Number | – | Month of Birth | – | Day of Birth |
|---|---|---|---|---|---|---|
| | – | | – | | – | |

*Place this Application Document Cover Sheet on top of materials and deliver to:*

**Galveston County Sheriffs Office – Recruiting**
**5700 Avenue H, Room 619**
**Galveston, TX 77551**
**Fax: (409) 621-7979  Office: (409) 763-7585**

☐ 1. Birth Certificate - (Certified copy from County Clerk's Office ONLY) (NOT a Photo copy)

☐ 2. GED - (Certified copy from - https://bass.tea.state.tx.us/Tea.GEDI.Web/Forms/CertificateSearch.aspx) (NOT a Photo copy)

☐ 3. High School Transcripts (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

☐ 4. High School Diploma - (Photo copy only)

☐ 5. College Transcripts from each college attended - (Mailed directly from institution to the Applicant and must be delivered in the original / sealed envelope)

☐ 6. College Degree(s) - (Photo copy only)

☐ 7. Social Security Card - (Photo copy only)

☐ 8. Texas Driver's License - (Photo copy only)

☐ 9. Naturalization Documents - (Photo copy only)

☐ 10. Military Certificates - (Photo copy only)

☐ 11. DD214 - (Photo copy of "long version") *Applicable to those with military service*

☐ 12. Marriage Certificates - (Photo copy of county-issued marriage certificate for each marriage)

☐ 13. Divorce Decree's/Dissolution's - (Photo copy of each court - ordered dissolution)

☐ 14. Bankruptcy Records & Judgments - (Photo copy only)

☐ 15. Certified Court Disposition & Sentencing of all Criminal Charges and Criminal Citations - Juvenile and Adult - (sealed envelope)

☐ 16. Civil Suit(s) & Final Judgments - (Photo copy only)

☐ 17. All arrest reports in which you were named as a suspect or were arrested - (Photo copy only)

☐ 18. All traffic collision reports in which you were a named driver or an involved party within the preceding 5 years - (Photo copy only)

☐ 19. All TCLEOSE Certificates / Licenses / Last Weapons Qualification (Current in last 12 Months) - (Photo copy only)

☐ 20. All Specialty / Training Certificates - (Photo copy only)

☐ 21. All Internal Affairs Investigations - (Photo copy only)

☐ 22. Last 5 performance evaluations - (Photo copy only)

☐ 23. Copy of Selective Service Registration - (Photo copy only) (https://www.sss.gov/RegVer/wfVerification.aspx)
24. Copy of Credit Report - (Free at www.annualcreditreport.com)

☐ 25. Color photograph of the Applicant; 4"x6" minimum, uncropped and non-edited.
26. Notarized Documents.

| ☞ FOR GCSO RECRUITER PERSONNEL USE ONLY ☜ | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Received: | | / | | / | 1 | Received by: | | No. of Pages Received: | |

The Galveston County Sheriff's Office is an Equal Opportunity Employer. The County of Galveston is an E-Verify Employer.

Benson 000246
CONFIDENTIAL

Blank Page                                                    Page 36 of 36

-- This Page Intentionally Left Blank--

The Galveston County Sheriff's Office is an Equal Opportunity Employer.  The County of Galveston is an E-Verify Employer.



Benson 000247
CONFIDENTIAL