# TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGER DIVISION

## VOLUNTARY STATEMENT

**THE STATE OF TEXAS**  **DATE: 07-17-2019**
**COUNTY OF GALVESTON**  **TIME: 1130 hours**

My name is EDWARD S. BENAVIDEZ. JR., I am 35 years of age. I am a peace officer commissioned by the Galveston County Sheriff's Office, Galveston, Texas and have been so employed since October 6, 2011. I give this statement to Texas Ranger James Wilkins freely and voluntarily without threats or coercion of any kind.

On Thursday, July 11, 2019, I Deputy Edward Benavidez was called at 3:35PM by Sgt. Drewes. Sgt. Drewes asked me if I could come into work early to relieve a deputy at the hospital by 5:00 pm. I agreed to come in early for the assignment.

I arrived at the Galveston County Jail at about 4:30 pm. Sgt Drewes informed me that I was going to relieve a deputy who was on watching an inmate (Dennis Benson) at the UTMB Emergency Room. Inmate Dennis Benson had not been booked in yet because he ingested a lot of drugs and wasn't cleared to be accepted at the jail. I got the keys to the van and left the jail at 4:45 pm. I was wearing my GCSO uniform that clearly identified me a Deputy Sheriff.

I arrived to UTMB ER at 5:00 pm and relieved Deputy Bobby Steadham at UTMB ER Room 5. Deputy Steadham informed me that Dennis Benson showed up to court under the influence ("high as a kite") and the District Judge made the decision to revoke his bond, however, due to his level of intoxication (from drugs), the jail would not accept him. Deputy Steadham gave me the paperwork to give to the booking staff when Benson was cleared to return to the jail.

Inmate Dennis Benson was cuffed to the hospital bed and his legs were in leg restraints. I noticed that Inmate Benson was acting jumpy and erratic, likely due to the ingestion of narcotics. Benson mentioned he took a lot of pill and specifically mentioned ecstasy. Hospital staff was in and out of the room checking on Benson. I recall a discussion he had with a staff member (a black male – name unknown) he knew and they discussed Benson getting a job, but Benson was concerned about passing the background check. Inmate Benson asked me to go to the restroom. Due to not having one in the room I checked where the nearest one was. There was one located across the hallway by the nurse's desk. I told Inmate Benson that if he needed to go to the bathroom he would have to relax because he was acting erratic. Inmate Benson stated to me that he would relax but he "took a lot of pills".

At 5:10 I removed the cuff from Inmate Benson's left wrist to escort him to the bathroom but left the leg restraints on. I noticed as I was escorting inmate Benson that he was having difficulty keeping his balance. Inmate Benson used the bathroom with no issues. When finished I escorted inmate Benson back to the room and cuffed him back to the bed.

At approximately 5:30, inmate Benson asked to use the restroom again stating he had to "shit again". Due to inmate Benson's erratic behavior, I instructed him that he that he would have to calm down and relax before I take the cuff's off so he could use the bathroom. When I felt that inmate Benson

1

calmed down, I removed the cuff from his left wrist to escort him to the bathroom. I escorted inmate Benson to the bathroom for the second time. Benson was still wearing the leg shackles.

When Inmate Benson was finished using the bathroom, I escorted him back to the room. Inmate Benson stood next to the hospital bed and stuck out his left arm so I could secure his left wrist in the hand restraint. I grabbed his left wrist with my right hand and was just about to secure inmate Benson's left wrist with the hand restraint when Benson pulled away from me, assaulted me by forcefully pushing me in the chest with both hands and then ran out of the room as I stumbled backwards from the push into the bed railing.

I ran after inmate Benson yelling for him to stop. I was yelling for anybody to stop Inmate Benson before he got the chance to hurt someone or escape. Inmate Benson exited through the first double doors that were already open and ran into the room to the right. I entered the room behind him and attempted to apprehend him by grabbing his upper body. There was only one entrance/exit to the room we were in. Benson pushed at me with his hands and twisted his body keeping me from being able to control him. We both fell to the ground during the struggle as I continued to try and control Benson. Benson landed on top of me when we fell. Benson was physically larger than me, I would estimate approximately 6' tall and I am 5'03". I was trying to grab his upper body. Benson continued to resist my efforts to restrain him by twisting and flailing his arms around and I lost my grip. Benson seemed to be incredibly strong to me and I assumed it was from the drugs he had taken. Inmate Benson then jumped up and ran out of the room. I got up and pursued him. As I ran after inmate Benson, Inmate Benson pushed the button to open the main ER Entrance double doors and exited the building. At some point during the struggle and chase, my handheld GCSO radio was knocked off my belt, leaving me without radio communications.

As inmate Benson was running down the ramp towards the street level, I was screaming for him to stop. Benson must have slipped one of the leg shackles at this point, as he was able to run. I drew my duty weapon, a Glock 17 9MM. As I pulled out my firearm, I accidentally discharged my weapon to my right (northerly direction). I then pointed my firearm toward inmate Benson and loudly instructed him to stop and get on the ground. Inmate Benson slowed down but ignored my commands to stop and continued to walk briskly down the ER entrance ramp. Inmate Benson climbed over the south side wall of the ER entrance ramp onto the grass as I was continuing to scream out commands to stop and get on the ground. Inmate Benson was raising his hands slightly and saying "okay, okay" as if he was going to surrender, but continued to move away from me and ignore my commands to stop. I believed based upon his actions that he was just trying to catch his breath to fight or run. I was physically tired at this point from the 2 struggles and the foot pursuit and concerned with getting in another physical struggle with Benson.

Inmate Benson climbed over a second wall into the UTMB hospital parking lot and it appeared he lost his balance and fell to the ground and quickly started to get back up. I informed Inmate Benson at this point that if he did not stop and get on the ground that I was going to shoot him. I was still on the ramp at this point. I did not see anyone nearby to assist and I did not have my radio. As I saw inmate Benson getting up, still ignoring my commands, I felt based on his conduct up to this point, that Inmate Benson was a danger to the public.. I observed Benson push up with his hands and it appeared that he was about to turn and run further into to the parking garage. I made the decision to shoot him to prevent his escape and protect the public. I fired one shot at Inmate Benson's leg. I observed Benson fall back down, indicating to me he was struck.

2

I immediately yelled for help and motioned for help so Inmate Benson could get treatment. As people started to run down the ramp, I applied pressure to inmate Benson's wound to stop the bleeding. I observed that the leg shackle was still on his right leg, but was not on his left leg. A tourniquet was applied to inmate Benson's left leg and an ace bandage was wrapped around his wound. Benson was twisting around trying to get away. Benson did not seem to be in any pain. I was telling him to stop, that we were trying to help him. As we were trying to pick up Inmate Benson to put him on the gurney, Inmate Benson was still fighting the hospital staff still trying to get away. Inmate Benson was put on the gurney and was taken back to the ER.

At some point during the struggle with Inmate Benson I sustained a 3"-4" scrape to my left arm that broke the skin. Because I came in contact with Inmate Benson's blood, I was treated at the UTMB ER for the potential exposure while they attempted to determine Benson's HIV status. My duty weapon and clothing was surrendered to GCSO Crime Scene Deputies for processing.

_____
SIGNATURE

Subscribed and sworn to before me, Texas Ranger James Wilkins, a peace officer of the State of Texas and pursuant to 602.002 Texas Government Code, on this the 17th day of July, 2019.

_____  Tx Ranger
Peace Officer

3